

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

December 9, 2022

**BY EMAIL**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Joel Zubaid et al.*, 22 Cr. 650

Dear Judge Figueredo:

    The Government writes to respectfully request that the Court unseal the above-referenced indictment, 22 Cr. 650 and assign it to a District Judge. We have been advised that Julian Rebiga, one of the defendants in the captioned case, was arrested yesterday in the Central of California.

                                    Respectfully submitted,
                                    DAMIAN WILLIAMS
                                    United States Attorney

                          by: */s/ Benjamin D. Klein*
                                  Benjamin D. Klein / Emily Deininger
                                  Assistant United States Attorney
                                  (914) 993-1908 / (212) 637-2472
                                  benjamin.klein@usdoj.gov

SO ORDERED:

_____
HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE