

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com
SBraverman@FBDMLaw.com

December 11, 2022

BY ECF
Clerk of Court
United States District Court

Re:   Representation of David Goran
      *United State v. Zubaid* (*David Goran*)
      22 Cr 650 (04)(JPO)

## NOTICE OF APPEARANCE

Please take notice that Samuel M. Braverman, Esq., of Fasulo Braverman & Di Maggio, LLP has been retained to represent DAVID GORAN in the above matter and for all purposes.

Respectfully,

*Sam Braverman*

Samuel M. Braverman
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
SBraverman@FBDMLaw.com

---

**225 Broadway, Suite 715**          **505 Eighth Avenue, Suite 300**       **1086 Teaneck Road, Suite 3A**
**New York, New York 10007**         **New York, New York 10018**           **Teaneck, New Jersey 07666**
**Tel (212) 566-6213**               **Tel (212) 967-0352**                 **Tel (201) 569-1595**
**Fax (212) 566-8165**               **Fax (201) 596-2724**                 **Fax (201) 596-2724**