UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

           Plaintiff,

   -against-                                               **NOTICE OF APPEARANCE**

JOEL ZUBAID, et al.                              22-CR-00650-JPO-1

           Defendants.
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that PORTALE RANDAZZO LLP does hereby enter their appearance on behalf of Defendant Marty Mizrahi. Any and all correspondence, documents, notices and filings should be forwarded to PORTALE RANDAZZO LLP located at 245 Main Street, Suite 340, White Plains, New York 10601.

Dated: White Plains, New York
          December 12, 2022

                                                      Respectfully submitted,

                                                        PORTALE RANDAZZO LLP

                                                        By: /s/ Richard A. Portale
                                                        Richard A. Portale
                                                        *Attorneys for Defendant Marty Mizrahi*
                                                        245 Main Street, Suite 340
                                                        White Plains, New York 10601
                                                        (914) 359-2400

TO:    Counsel of Record (Via ECF)