```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    ORDER
                                 :
JOEL ZUBAID,                     :
                                 :    22 Cr. 650 (JPO)
DAVID GORAN,                     :
                                 :
JULIAN REBIGA,                   :
   a/k/a "Iulian Rebiga," and    :
                                 :
MARTIN MIZRAHI,                  :
   a/k/a "Marty Mizrahi"         :
                                 :
            Defendants.          :
                                 X
- - - - - - - - - - - - - - - -
```

Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Benjamin Klein and Emily Deininger, of counsel, and with consent from the defendants, by and through their counsel, it is hereby ORDERED that the time between the date of this Order and January 26, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to prepare discovery, discuss a potential disposition of this case without the need for trial, and attend an initial

conference in this case.

Dated:   New York, New York
         December 15, 2022

                                     _____
                                            J. PAUL OETKEN
                                        United States District Judge