Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,ON BOND,Restraint_None

# United States District Court
## District of Nevada (Las Vegas)
### CRIMINAL DOCKET FOR CASE #: 2:22-mj-00950-NJK All Defendants

Case title: USA v. Mizrahi

Date Filed: 12/09/2022

Date Terminated: 12/21/2022

Assigned to: Magistrate Judge Nancy J. Koppe

### Defendant (1)

**Martin Mizrahi**
*TERMINATED: 12/21/2022*
also known as
Marty Mizrahi
*TERMINATED: 12/21/2022*

represented by **Craig A. Mueller**
Craig Mueller and Associates
723 South Seventh Street
Las Vegas, NV 89101
702-382-1200
Fax: 702-940-1235
Email: electronicservice@craigmuellerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

Rule 5

### Disposition

TRANSMITTED to Southern District of New York on 12/21/2022

CM/ECF - nvd - District Version 6.3.3    Case 1:22-cr-00650-JPO   Document 23   Filed 12/22/22   Page 2 of 7    https://nvd-ecf.sso.dcn/cgi-bin/DktRpt.pl?100898024257798-L_1_0-1

**Plaintiff**

| | | |
|---|---|---|
| **USA** | | represented by **Nadia Janjua Ahmed**<br>United States Attorney's Office<br>501 Las Vegas Blvd South<br>Suite 1100<br>Las Vegas, NV 89101<br>702-388-6336<br>Fax: 702-388-5087<br>Email: Nadia.Ahmed2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: USA* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2022 | | Case assigned to Magistrate Judge Nancy J. Koppe. (AJZ) (Entered: 12/09/2022) |
| 12/09/2022 | 1 | Rule 5(c)(3) Documents Received as to Martin Mizrahi. Documents received from Southern District of New York include Sealed Indictment and Warrant. (KF) (Entered: 12/09/2022) |
| 12/09/2022 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Martin Mizrahi held on 12/9/2022 before Magistrate Judge Nancy J. Koppe. Crtrm Administrator: *A. Caytuero*; AUSA: *Nadia Ahmed*; Def Counsel: *Craig A. Mueller, Esq.*; PTS: *Jessica Favela*; Court Reporter/Recorder: *Liberty/ CRD*; Recording start and end times: *1:34:39 - 1:45:36*; Time of Hearing: *1:34 PM - 1:45 PM*; Courtroom: *3C*; Defendant is present and in custody. Defendant is in no restraints during this court proceeding. Case Ordered unsealed. Defense counsel retained. Attorney Craig A. Mueller files a Designation of Retained Counsel in open court. Defendant is advised of his rights/ charges. Waiver of Identity Hearing is filed. ORDERED that the Defendant is identified as the named defendant in Indictment and is held to answer in the Southern District of New York. The Court issues an oral order to the parties confirming the United States' *Brady* obligations. Government does not seek detention. Parties are heard regarding conditions of release. IT IS ORDERED that the Defendant is released on a $500,000.00 Bond secured by his property, with conditions. Bond form to be executed. Government's counsel is to provide Pretrial Services and Defense counsel a date, time and location for Defendant's next hearing in the Southern District of New York. Court adjourns. Rule 5 deadline is set for December 27, 2022.<br>**(no image attached)** (Copies have been distributed pursuant to the NEF - AC) (Entered: 12/09/2022) |
| 12/09/2022 | 3 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Nancy J. Koppe, as to Martin Mizrahi on 12/9/2022 by Deputy Clerk: A. Caytuero.<br><br>Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions from the Supreme Court and the Ninth Circuit interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government relating to guilt or punishment that might reasonably be considered favorable to the defendant's case, even if the evidence is not admissible so long as it is reasonably likely to lead to admissible |

evidence. *See United States v. Price*, 566 F.3d 900, 913 n.14 (9th Cir. 2009). Accordingly, the court orders the government to produce to the defendant in a timely manner all such information or evidence.

Information or evidence may be favorable to a defendant's case if it either may help bolster the defendant's case or impeach a prosecutor's witness or other government evidence. If doubt exists, it should be resolved in favor of the defendant with full disclosure being made.

If the government believes that a required disclosure would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, the government may apply to the Court for a modification of the requirements of this Disclosure Order, which may include in camera review and/or withholding or subjecting to a protective order all or part of the information.

This Disclosure Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Disclosure Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges. Nothing in this Disclosure Order enlarges or diminishes the government's obligation to disclose information and evidence to a defendant under *Brady*, as interpreted and applied under Supreme Court and Ninth Circuit precedent. As the Supreme Court noted, "the government violates the Constitution's Due Process Clause 'if it withholds evidence that is favorable to the defense and material to the defendant's guilt or punishment.'" *Turner v. United States*, 137 S. Ct. 1885, 1888 (2017), quoting *Smith v. Cain*, 565 U.S. 73, 75 (2012).

**(no image attached)** (Copies have been distributed pursuant to the NEF - AC) (Entered: 12/09/2022)

| | | | |
|---|---|---|---|
| 12/09/2022 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Martin Mizrahi. (KF) (Entered: 12/12/2022) |
| 12/09/2022 | 5 | DESIGNATION of Retained Counsel by Craig A. Mueller on behalf of Martin Mizrahi. (KF) (Entered: 12/12/2022) |
| 12/09/2022 | 6 | ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail, as to Martin Mizrahi. Signed by Magistrate Judge Nancy J. Koppe on 12/9/2022. (Copies have been distributed pursuant to the NEF - KF) (Entered: 12/21/2022) |
| 12/21/2022 | 7 | PROPERTY BOND Entered as to Martin Mizrahi. Receipt # 55428. (Attachments: # 1 **SEALED** Receipt)(AC) (Entered: 12/21/2022) |
| 12/21/2022 | 8 | TRANSMITTAL to Southern District of New York.<br>Your case number: 1:22-cr-00650-JPO<br>Our case number: 2:22-mj-00950-NJK<br>Please be advised that Defendant Martin Mizrahi was arrested in the District of Nevada (Las Vegas) on a warrant issued by the Southern District of New York and appeared before United States Magistrate Judge Koppe, on 12/9/2022.<br>The Defendant was released on a property bond and ordered to appear in your court on 1/26/2023 @ 11:00 am.<br>All documents completed in this district may be accessed via PACER and our website at |

CM/ECF - nvd - District Version 6.3.3
Case 1:22-cr-00650-JPO   Document 23   Filed 12/22/22   Page 4 of 7
https://nvd-ecf.sso.dcn/cgi-bin/DktRpt.pl?100898024257798-L_1_0-1

https://ecf.nvd.uscourts.gov.
(cc: CriminalTransfer@nysd.uscourts.gov - KF) (Entered: 12/21/2022)

4 of 4

12/22/2022, 10:36 AM

Case 2:22-mj-00950-NJK   Document 4   Filed 12/09/22   Page 1 of 1

☐ FILED   ☐ RECEIVED
☐ ENTERED   ☐ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC -9 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
| v. | ) Case No. 2:22-mj-00950-NJK |
| MARTIN MIZRAHI | ) Charging District's Case No. 1:22-cr-00650-JPO |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  Southern District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  12/09/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Craig A. Mueller
*Printed name of defendant's attorney*

```
          FILED          RECEIVED
          ENTERED        SERVED ON
                  COUNSEL/PARTIES OF RECORD

             DEC -9 2022

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                            DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARTIN MIZRAHI,

Defendant.

Case # 2:22-mj-00950-NJK

**DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE**

The undersigned defendant hereby appoints _Craig A. Mueller_ to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: 9 December 22

_____
Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: 9 December 2022

_____
Attorney's signature

Attorney's address
808 S. Seventh Street
Las Vegas, Nevada
(702) 340-2151
Attorney's phone number

Revised 6/15/09

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:22-mj-00950-NJK |
| | ) | |
| MARTIN MIZRAHI | ) | Charging District:   Southern District of New York |
| Defendant | ) | Charging District's Case No.   1:22-cr-00650-JPO |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Daniel Patrick Moynihan United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:  January 26, 2023, at 11:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   December 9, 2022

_____
Judge's signature

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



_x_ FILED           ___ RECEIVED
___ ENTERED      ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 09, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY