Duration: 27 mins

Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 22cr650

DEFENDANT Martin Mizrahi

AUSA Emily Deininger

DEF.'S COUNSEL Richard Portale
☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
☑ Other: Bail Hearing

DATE OF ARREST 12/8/22 CDCA
TIME OF ARREST _____
TIME OF PRESENTMENT 11am

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 500,000  PRB  ☐ _____ FRP
☑ SECURED BY $ _____ CASH/PROPERTY: Residence at 1097 Broadmoor Ave, Las Vegas, NV
☑ TRAVEL RESTRICTED TO SDNY/EDNY/CDCA, DNV, other districts for business purposes with PTS approval
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

1. Def. may not contact victims or witnesses unless in the presence of counsel.
2. Def. may continue to possess weapons for which he has valid license, but they must remain in locked closet at the time of any visit by PTS.
3. Def. shall not possess any identifiers, access devices, or accounts unless in his name/minor child's name.
4. Def. shall not liquidate any cryptocurrency without PTS permission.
5. Def. shall not open new bank, cryptocurrency, line of credit accounts without PTS permission.
6. Def. shall not receive money/crypto over $5,000 from third parties except compensation from LV.net without notice to PTS.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

☑ CONFERENCE BEFORE D.J. ON 1/26/2023 11am

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED
☐ PRELIMINARY HEARING IN SDNY WAIVED

☐ DEFENDANT TO BE REMOVED
☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____  ☐ ON DEFENDANT'S CONSENT

DATE: 1/25/2023

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.