

**HARTMANN LAW FIRM**

E S T A B L I S H E D   1 9 8 7

Robert Hartmann*
Shelly Aronson

March 7, 2023

**BY ECF & EMAIL**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE: *United States v. Joel Zubaid et al., 22 Cr. 650 (JPO)*

Dear Judge Oetken:

      The next Status Conference is set for 12:00 p.m. May 1, 2023. Counsel on behalf of Mr. Zubaid has a personal, scheduling conflict, and respectfully requests the Status Conference be re-set to 12:00 p.m. May 2, 2023, time excluded to that date.

      I have spoken with AUSA Benjamin Klein and Richard Anthony Portale, who represents defendant Mizrahi, and they are both agreeable. I communicated by email with Kristoff Isiah Williams, who represents defendant Rebiga, and Samuel Michael Braverman who represents defendant Goran, and they are both agreeable.

      I appreciate the Court's consideration.

                              Respectfully submitted,

                        By: _____
                             Robert Hartmann
                             Attorney for Joel Zubaid
                             714 543-2266
                             bob@hartmannlawfirm.net

650 Town Center Drive, Ste. 1400
Costa Mesa CA 92626-7020
Tel: 714.543.2266
www.hartmannlawfirm.net

Shelly Aronson
Cell: 714.501.3508
shelly@hartmannlawfirm.net

Robert Hartmann
Cell: 714.381.1366
bob@hartmannlawfirm.net
*Certified Criminal Law Specialist