

# HARTMANN LAW FIRM

ESTABLISHED 1987

Robert Hartmann*
Shelly Aronson

March 7, 2023

> Granted.  The May 1, 2023 pretrial conference is adjourned to May 2, 2023 at 12:00 pm.  The Court hereby excludes time through May 2, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So ordered:
>   3/7/2023
>
> _/s/ J. Paul Oetken_
> J. PAUL OETKEN
> United States District Judge

**BY ECF & EMAIL**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Joel Zubaid et al.,* 22 Cr. 650 (JPO)

Dear Judge Oetken:

The next Status Conference is set for 12:00 p.m. May 1, 2023.  Counsel on behalf of Mr. Zubaid has a personal, scheduling conflict, and respectfully requests the Status Conference be re-set to 12:00 p.m. May 2, 2023, time excluded to that date.

I have spoken with AUSA Benjamin Klein and Richard Anthony Portale, who represents defendant Mizrahi, and they are both agreeable. I communicated by email with Kristoff Isiah Williams, who represents defendant Rebiga, and Samuel Michael Braverman who represents defendant Goran, and they are both agreeable.

I appreciate the Court's consideration.

Respectfully submitted,

By: _/s/ Robert Hartmann_
Robert Hartmann
Attorney for Joel Zubaid
714 543-2266
bob@hartmannlawfirm.net

650 Town Center Drive, Ste. 1400
Costa Mesa CA 92626-7020
Tel: 714.543.2266
www.hartmannlawfirm.net

Shelly Aronson
Cell: 714.501.3508
shelly@hartmannlawfirm.net

Robert Hartmann
Cell: 714.381.1366
bob@hartmannlawfirm.net
*Certified Criminal Law Specialist