```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :       ORDER
                                 :
JOEL ZUBAID,                     :
                                 :       22 Cr. 650 (JPO)
DAVID GORAN,                     :
                                 :
JULIAN REBIGA,                   :
   a/k/a "Iulian Rebiga," and    :
                                 :
MARTIN MIZRAHI,                  :
   a/k/a "Marty Mizrahi"         :
                                 :
         Defendants.             :
                                 X
- - - - - - - - - - - - - - - -
```

Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Benjamin Klein and Emily Deininger, of counsel, and with consent from the defendants, by and through their counsel, it is hereby ORDERED that the time between the date of this Order and May 30, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to prepare discovery, discuss a potential disposition of this case without the need for trial, and attend a status

conference in this case scheduled for May 30, 2023, at 3:00 p.m.

Dated:  New York, New York
        May 1, 2023

                                                               J. PAUL OETKEN
                                                        United States District Judge