UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────

| | |
|---|---|
| United States of America, | : |
| | : |
| v. | : **Case No.:** |
| | : |
| JOEL ZUBAID, | : 1:22-cr-00650-JPO |
| | : |
| DAVID GORAN, | : **NOTICE OF** |
| | : **PRETRIAL MOTIONS** |
| JULIAN REBIGA, | : |
|   a/k/a "Iulian Rebiga", and | : |
| | : |
| MARTIN MIZRAHI, | : |
|   a/k/a "Marty Mizrahi" | : |
| | : |
|   Defendants. | : |

─────────────────────────────────

**PLEASE TAKE NOTICE** that on September 19, 2023, the defendant, MARTIN MIZRAHI, a/k/a "Marty Mizrahi", by and through his undersigned counsel will move under Rule 12(b) of the Federal Rules of Criminal Procedure, in the United States District Court for the Southern District of New York for orders:

(1) Dismissing Count 6 of the Indictment because 18 U.S.C. § 1028A is unconstitutionally vague and Count 6 fails to state an offense;

(2) Directing the government to provide further discovery in a manner that will enable its effective use at trial;

(3) Directing the government to preserve the rough notes of its agents;

(4) Directing the government to provide Rule 404(b) evidence in a manner that will enable its effective use at trial;

(5) Directing the government to provide a bill of particulars;

(6) Correcting the bond conditions documentation for Mr. Mizrahi;

1

(7) Granting the defense permission to make further motions in advance of trial.

**WHEREFORE**, Mr. Mizrahi respectfully requests the Court to grant the relief sought herein and such other and further relief that the Court deems just and proper.

**DATED:**     White Plains, New York
                July 31, 2023

>                                Respectfully Submitted,
>
>                                By:   /s/ *Richard A. Portale*
>                                **RICHARD A. PORTALE**
>                                *Attorneys for Defendant*
>                                245 Main Street, Suite 605
>                                White Plains, New York 10601
>                                Tel:    (914) 359-2400
>                                E-mail: rportale@portalerandazzo.com

TO:    THE HONORABLE J. PAUL OETKEN
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
       40 FOLEY SQUARE
       NEW YORK, NY 10007

       AUSA BENJAMIN KLEIN
       AUSA EMILY DEININGER
       UNITED STATES ATTORNEY'S OFFICE (SDNY)
       ONE ST. ANDREW'S PLAZA
       NEW YORK, NY 10007