AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22 Cr. 650 |
| Zubaid, et. al. (Martin Mizrahi) | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Martin Mizrahi.

Date:   12/14/2023

s/Louis V. Fasulo
*Attorney's signature*

Louis V. Fasulo
*Printed name and bar number*
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007

*Address*

LFasulo@FGDMLaw.com
*E-mail address*

212 566 6213
*Telephone number*

718 293 5395
*FAX number*