UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

MARTIN MIZRAHI,

                Defendant.

22-CR-650 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court is in receipt of an e-mail and declaration from a non-party individual, and it is the Court's understanding that those materials have also been received by the parties. The e-mail requests that certain public filings on the docket be placed under seal.

    Accordingly, the parties are directed to inform the Court and opposing counsel on or before February 12, 2024 of any objections to the Court's placing ECF Nos. 88, 90, and 91 under seal. Should the parties have any objections, they should detail those objections to the Court in a letter sent by e-mail to OetkenNYSDChambers@nysd.uscourts.gov with all counsel copied on the e-mail.

    SO ORDERED.

Dated: February 9, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge