UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MARTIN MIZRAHI,<br>      Defendant. | 22-CR-650 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  Without objection from the parties, the filings at ECF Nos. 88, 90, and 91 are hereby placed under seal pending further order. The Clerk of Court is directed to remove those docket entries from the public docket.

  SO ORDERED.

Dated: February 13, 2024
    New York, New York

_____
J. PAUL OETKEN
United States District Judge