IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

UNITED STATES OF AMERICA

    vs.                                          Case No: 22-CR-650 (JPO)

**NOTICE OF MOTION**

MARTIN MIZRAHI
      aka "Marty Mizrahi"

      Defendant.

---------------------------------------------------X

**PLEASE TAKE NOTICE** that Defendant, Martin Mizrahi will move before the Honorable J. Paul Oetken, U.S.D.J., on February 12, 2024, for an Order quashing the trial subpoena issued by the government to Defendant Martin Mizrahi and precluding the government from issuing a substitute subpoena. In support of this Motion, Defendant incorporates by reference the accompanying Memorandum of Law.

Dated: Uniondale, New York
       February 12, 2024

                                                      HARRIS BEACH PLLC
                                                    *Attorneys for Defendants*

                                                    Glenn M. Jones, Esq.
                                                    Daniel S. Hallak, Esq.
                                                    Christine D. Vasconcellos, Esq.
                                                    The Omni Building
                                                    333 Earle Ovington Blvd.
                                                    Uniondale, New York 11553

To: All Counsel *(via ECF)*