UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MARTIN MIZRAHI,<br>                    Defendant. | 22 Cr. 650 (JPO) |

## VERDICT FORM

PLEASE CHECK YOUR ANSWER AS TO EACH

*All Answers Must Be Unanimous*

### COUNT ONE:

**(Conspiracy to Commit Wire Fraud and Bank Fraud)**

Not Guilty _____        Guilty __✓__

### COUNT TWO:

**(Wire Fraud)**

Not Guilty _____        Guilty __✓__

### COUNT THREE:

**(Bank Fraud)**

Not Guilty _____        Guilty __✓__

## COUNT FOUR:

**(Conspiracy to Commit Money Laundering)**

Not Guilty _____      Guilty __✓__

## COUNT FIVE:

**(Money Laundering)**

Not Guilty _____      Guilty __✓__

## COUNT SIX:

**(Aggravated Identity Theft)**

Not Guilty _____      Guilty __✓__

## COUNT SEVEN:

**(Conspiracy to Operate an Unlicensed Money Transmitting Business)**

Not Guilty _____      Guilty __✓__

After completing the Verdict Form, please sign your names in the spaces provided below and fill in the date and time. *The foreperson should then give a note — NOT the Verdict Form itself — to the Court Security Officer stating that you have reached a verdict.*



FOREPERSON

Date and Time: 3/4/2024   1:11 PM