UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                              Case No.: 22-CR-650 (JPO)

       -against-

MARTIN MIZRAHI,

                                      Defendant.
-------------------------------------------------------------------------X

## DEFENDANT MIZRAHI'S MOTIONS FOR JUDGMENT OF ACQUITTAL AND FOR A NEW TRIAL

      NOW COMES the Defendant, MARTIN MIZRAHI, by and through his attorneys, Portale Randazzo LLP, and respectfully moves this Honorable Court to enter a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, or in the alternative order new trial pursuant to Federal Rule of Criminal Procedure 33. A memorandum in support of the defendant's motions is attached hereto.

      WHEREFORE, Mr. Mizrahi moves for the entry of a judgment of acquittal, or in the alternative, that the Court order a new trial.

                                      Respectfully submitted,

                                                 _/s/ Richard Portale_____
                                                 Portale Randazzo LLP
                                                 Richard Portale, Esq.
                                                 Chad Mair, Esq.
                                                 Louis Fasulo, Esq.
                                                 245 Main Street, Suite 605
                                                 White Plains, New York 10601

                                                 *Attorneys for the Defendant Martin Mizrahi*

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the Defendant Mizrahi's Motions for Judgment of Acquittal and For a New Trial has been sent this 1st day of April, 2024, to the following: All Counsel of Record, via ECF.

                                                           _/s/ Chad Mair_____
                                                           Portale Randazzo LLP