# PORTALE | RANDAZZO

July 10, 2024

Hon. J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Via email: OetkenNYSDChambers@nysd.uscourts.gov

      **Re:**    **USA v. Mizrahi, 22-cr-650**
              **Letter Motion Requesting Extension of Time to File Sentencing Submissions and to Continue Sentencing Date**

Dear Judge Oetken,

      The defendant, Martin Mizrahi, requests an extension of time to file the Defendant's Sentencing submission currently due July 12, 2024 to July 26, 2024; The Government's sentencing submission deadline would be extended to August 2, 2024, and the Sentencing hearing scheduled for July 26, 2024 at 11:00 AM be adjourned to August 9, 2024 or a date soon thereafter, when this Court can accommodate the hearing.

      Although this is technically the second request for an extension made on behalf of Mr. Mizrahi, the first request was on consent of Government and extended all deadlines approximately only 14 days. I have spoken to AUSA's Klein and Deiniger, who have no objection to this request for the extension.

      Thank you in advance for your attention to this matter.

                                                Sincerely,
                                                */s/ Richard A. Portale*
                                                Richard A. Portale, Esq.

cc:    *All parties via ECF*