

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

1901 L Street, N.W.
Washington, D.C. 20036
+1 202-282-5000
+1 202-282-5100

**CHRISTOPHER D. MAN**
Partner
+1 202-282-5622
CMan@winston.com

July 26, 2024

Hon. J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Via email: OetkenNYSDChambers@nysd.uscourts.gov

    Re:    USA v. Mizrahi, 22-cr-650
           Letter Motion Requesting Extension Of The Sentencing Date

Dear Judge Oetken:

    The defendant, Martin Mizrahi, requests an extension of the sentencing date currently scheduled for August 16, 2024 due to a scheduling conflict for his counsel. We have conferred with AUSAs Deininger and Klein and they would prefer to reschedule the sentencing for some time on August 20, 21 or 23, but they are willing to work around the Court's schedule. As new counsel for Mr. Mizrahi, we would appreciate having additional time to get up to speed and would prefer a date in the second or third week of September (September 9-20). In accordance with the existing schedule, we intend to file Mr. Mizrahi's sentencing memorandum today.

    We appreciate your attention to this matter and hope the Court can accommodate this request.

                        Respectfully yours,

                        */s/ Richard Weber*
                        /s/ *Christopher Man*
                        Richard Weber
                        Christopher Man

cc:    All parties via ECF