# EXHIBIT A

(Part 1)

**INDEX**

Abdolqader, Mahmud ....................

Akerman, Ariel ....................

Alonzo, Iris ....................

Austin, Greg ....................

Babaei, Keanna ....................

Baldridge, Lora ....................

Barry, Jason ....................

Barry, Ronald ....................

Bengochea, Chi Chi ....................

Berlie, Shylynn ....................

Bird, Josh ....................

Blumberg, Carlos ....................

Cain, Steve ....................

Carino, Ingrid ....................

Chattah, Sigal ....................

Chi, Conly ....................

Christensen, Aaron ....................

Coco, Becca ....................

Collin, Steve ....................

Cook, Ron ....................

Cook, Sean ....................

Cousin, David Mizrahi ....................

Cozen, Joshua ....................

Dadashazar, Azar ....................

Davis, Ashley ....................

**INDEX**

Davis, John ........................................................................................................

Del Castillo, Mark ........................................................................................................

Del Muro, Vanessa ........................................................................................................

Do, Van ........................................................................................................

Estrada, Sonya ........................................................................................................

Eubanks, Patrick ........................................................................................................

Ezra, David ........................................................................................................

Fierro, Mark ........................................................................................................

Figueroa, Jose ........................................................................................................

Garbuzaite, Vigita ........................................................................................................

Garcia, Monique ........................................................................................................

Garza, Elizabeth ........................................................................................................

George, Tekino ........................................................................................................

Gray, luz ........................................................................................................

Gregg, Kevin ........................................................................................................

Hakimfar, Sabrina ........................................................................................................

Hatcher, Carol ........................................................................................................

Heftel, Richard ........................................................................................................

Herrick, Justin ........................................................................................................

Herscu, Corey ........................................................................................................

Hinds, Christina ........................................................................................................

Hinojal, Carla ........................................................................................................

Hop, Lorraine ........................................................................................................

Horvitz, Joey ........................................................................................................

Hutcherson, Scotlan ........................................................................................................

**INDEX**

Jacobson, Rachel ........................................................................................................

Jebejian, Mihran ........................................................................................................

Jefferies, Wayne ........................................................................................................

Kaercher, Allen ........................................................................................................

Kaplan, Zachary ........................................................................................................

Kerrigan, Jason ........................................................................................................

Khalil, Graciela ........................................................................................................

Koroghli, Ray ........................................................................................................

Kove, MItch ........................................................................................................

Kubba, Ammar ........................................................................................................

Labrado, Maria ........................................................................................................

Lausen, Brian ........................................................................................................

Layne, McKenna ........................................................................................................

Lazareck, Les ........................................................................................................

Leduc, Toan ........................................................................................................

Dear The Honorable J. Paul Oetken,

As a Networking Engineering Supervisor at lv.net, I have had the privilege of working under Marty's leadership for the past nine years. Marty has been not only my boss but also a mentor and a friend. Our professional relationship began within the confines of the workplace at lv.net, where Marty served as my superior.

Throughout our time working together, Marty has had a profound impact on my life. He has consistently demonstrated unwavering support and kindness, not only towards me but also towards my family. Whenever I found myself in need, whether it be financially or otherwise, Marty was always there to lend a helping hand without hesitation. His generosity and compassion have left an indelible mark on me, and I am deeply grateful for his presence in my life.

Marty's leadership style is exemplary, and he has been instrumental in fostering a positive and supportive work environment at lv.net. His dedication to his team's well-being and professional development is evident in the way he leads by example and always prioritizes the needs of his employees.

One particular moment that stands out to me is when I approached Marty to share the news of becoming a father. His genuine happiness and immediate offer of assistance touched me deeply. Marty's love for his own children is palpable, and his words of encouragement only served to strengthen my resolve to be the best parent I could be.

In my nine years of working alongside Marty, I have never once felt afraid or apprehensive in his presence. He leads with integrity and fairness, earning the respect and admiration of all those who have had the pleasure of working with him.

In conclusion, Marty is not just a boss but a remarkable individual who has positively impacted my life in countless ways. I have the utmost respect and admiration for him, and I wholeheartedly endorse him as a person of impeccable character and integrity.

Sincerely,

Mahmud Abdolqader
Network engineer supervisor

The Honorable J. Paul Oetken,

My name is Ariel Akerman, and I am writing to offer a character reference for Marty Mizrahi who is in the case before you. I have known Marty for nearly three decades and can attest not only to his good character, but also to the positive impact he has had on those people around him and the value he adds to our community.

I have resided in Las Vegas since 1995, and met Marty shortly after moving here from Argentina. I was introduced to him through a family member, and since then, Marty has been a good friend to our entire family, as well as being an outstanding member of our community.

My family and I own and operate 12 souvenir stores on the Strip and Downtown. As a fellow entrepreneur, I've had the opportunity to observe Marty's commitment to his business enterprises firsthand. Over the years, I've watched as Marty's drive, dedication and innovative spirit have brought state of the art services to the Las Vegas community, as well as providing numerous jobs and opportunities for our city residents. Marty has a genuine concern for the well-being of his employees and for the prosperity of our community. His integrity and honesty in business dealings have earned him the respect and admiration of his colleagues and peers, myself included.

In addition, Marty's generous nature has led him to help numerous friends and relatives over the years. One example of his kindness is with his former assistant, Rachael. When Rachael was diagnosed with cancer, Marty immediately stepped into support her. Marty reassured her that her job would be secure during her treatment and recovery, allowing het to take the necessary time off without fear of losing her position. In addition, Marty put a down payment on a home for Rachael to help alleviate some financial and emotional burdens. He spent time with her in the hospital and was supportive until the day she passed.
His warmth and genuine interest in the lives of those people around him fosters bonds that have endured the test of time. He treats everyone with the same kindness and consideration, whether they are friends, employees, customers or strangers.

Marty's dedication to his family is also exemplary. As a father and a son, he maintains close bonds with his parents and daughters, and is an unwavering supporter of them. We have attended each other's family gatherings over many years, so I have a good understanding of the significance Marty places on family values and friendships.

In closing, I want to emphasize that Marty is not just a friend or a business associate; he is a beacon of generosity, compassion, and strength in our community. His contributions, both professionally and personally, have benefited the entire community and the lives of those fortunate enough to know him personally. I trust that this letter offers a glimpse into the character of the man behind the name and urges you to consider it in your deliberations.

Thank you for your time and attention.

Respectfully,

Ariel Akerman

July 10, 2024

Dear The Honorable J. Paul Oetken,

My name is Iris Alonzo, and I am an entrepreneur based in Los Angeles, California. I focus primarily on local, sustainable, and ethical manufacturing in the apparel industry through my company, Everybody.World. Additionally, I have served as a nonprofit board member with Levitt Pavilion for several years, working to build community through art and live music in MacArthur Park, an underserved area in Los Angeles. I am known for being reliable, trustworthy, and an upstanding citizen in both my community and industry.

Marty Mizrahi was my late brother Sean's best friend, and I have known him since I was around 12 years old, approximately 32 years. As a young girl, I remember being struck by how generous Marty was with his time and resources. My big brother was wonderfully unique and had a good heart, but he struggled with alcohol addiction and bipolar disorder, which made him difficult to be around at times, even for his own family. Marty was the only person who consistently opened his doors and heart to my brother, especially during Sean's most challenging moments. Marty would let Sean live with him for months at a time, convincing him to attend Alcoholics Anonymous meetings and supported him, emotionally and financially, in his efforts to get sober, stable and healthy. Marty also gave Sean a path and the resources to help those less fortunate, including feeding the homeless, which encouraged him to appreciate his blessings. As a non-drinker, non-drug user, and successful businessman, Marty was a positive influence on my brother, who admired and respected him immensely.

Tragically, in February 2022, my brother took his own life. After contacting my immediate family, Marty was the first person I reached out to. His main priority was ensuring I was okay, and he continued to check in regularly to offer support. No one else did this for me. Marty has been so present and focused on my wellbeing that I was unaware of his own challenges related to these charges until recently. Even now, in what must be the worst moment of his life, Marty is there for me, and I know I can call him if I need help or advice. He has become somewhat of another big brother to me.

After 30+ years of friendship and unwavering support for my family, I can attest to Marty's core character as one of kindness, positivity, big-heartedness, and a lack of prejudice. Though he has been convicted of a crime, which is not taken lightly, I believe the good he has put into the world is significant and will have a lasting impact on many. I hope that this is taken into consideration when determining his sentence. Thank you.

Sincerely yours,

Iris Alonzo
iris@everybody.world
(213) 305-9450

Dear The Honorable J. Paul Oetken;

My name is Greg Austin and I have been a self-employed entrepreneur for 35 years. I hope this message finds you well.

Throughout my career, I have received numerous accolades and honors, including being recognized for Forbes 5 Star Service Standards of Excellence and being an honoree of the 7 Habits of Highly Effective People.

I met Marty in 2001 through mutual friends, just before 9/11. He quickly took me in as a family member and invited me on a reunion cruise with many of his friends and employees. Realizing that I had no family at that time, he took me under his wing, showed me the best of Vegas, and introduced me to some wonderful friends along the 20-year journey we ventured on.

My relationship with Marty has only grown stronger and matured over the years as we have learned, lived, and loved along the way. I have watched his two beautiful daughters grow up from infants to college, and it has been a long but rewarding journey. I am grateful for Marty's kindness and generosity, which he has shown me altruistically.

I also have a great relationship with Marty's parents, Morris and Elaine, who have generously extended, their family to me in times when I didn't have one.

When I first met Marty, I thought he was abrasive because he always shot straight from the hip and never minced words. But once I got used to his candid humor and business acumen, I grew to love him as a brother and stand-up "mench" that I have always known him to be.

Marty is a very generous person, more than I could ever be, and sometimes I even ask myself, "Why is Marty so kind to me?" I must also disclose that he is a very fast driver, but we all have our vices, and having a nice car deserves the gas pedal from time to time.

For example, recently, I had a car that Marty was so generous to let me park at his house/garage for an extended time. Due to the pandemic, it turned into 5 years, and I felt terrible. As he allowed me to use the car for him or his family as needed, one of them got into an accident while driving it, just one week before my return back to the country after 5 years. Not only did Marty put me up in his home for free, buy food, and allow me the use of his Lucid, a much more expensive car than I presently had, but he worked tirelessly on purchasing a new vehicle to replace the one that got into an accident. Sadly, Marty had to pay out of pocket for my replacement vehicle, but he made things right promptly and provided food, shelter, and transportation while he amended the situation.

Marty has always been a guy of high standards. Everything he does, he does with the utmost thoughtfulness and attention to detail. His cars are beautiful, his house is immaculate, and he does most of his own "bob villa" work with his father to save money and keep costs reasonable when renovating.

I have always known Marty to be extremely well-liked, well-groomed, and clean in all respects. He responds promptly when available and will do whatever he can to help out his friends, even strangers. He just has the gift of "like and loveability" that I have never felt for another friend. His amazing parents did an incredible job with Marty, and he so graciously and generously gives back what he makes and more. He helps his parents live a comfortable life and even shares his house with them. They get along very well, and he always has big parties and events to bring his most beloved friends and large family together to enjoy the festivities and his gift of positive energy.

Marty has also done something very generously, accepted my alternative lifestyle, and accepted me as a gay friend, with few others he has let in his circle. He is very particular in his long-term friend choices, and I am glad that he allows me to be who I am, and never judges or makes me feel less loved or attended to. It is hard to find people these days who accept you for just who you are. So he has taught me much, but without hesitation, allowed me to enjoy what I was born into, without reservation.

In my most recent experience with Marty, I found myself drowning in debt with a storage unit that I got stuck renting for 5 years as I was quarantined outside the country for 3 out of the 5 years and traveled on my final sojourn to find love, peace, and happiness. Not only was Marty kind enough to help me through the difficult nature of my storage unit burning down and what my options were, but he also created options that I would have never asked for or thought of. He sent a truck and a moving man to help me pick up my remnants of the storage unit, and he has so graciously allowed me to keep it in one of his properties gratis, due to my relative financial situation.

Marty showed great kindness and generosity by sending a truck and moving man to help me pick up my belongings from storage. He has also allowed me to keep them in one of his warehouses for free while I deal with difficult decisions in my life.

Your honor, I am terminally ill with several incurable conditions. I plead with you to consider Marty's character and his 20+ years of history with me and many others when making your decision. He is a kind, generous, loving, and genuine person. His altruistic nature is unmatched among my friends. I ask that you grant me one final wish, to allow Marty to make things right and share his gifts with society. I believe he has learned a lesson and should not be taken away from his family, friends, and the hundreds of employees in his employ. They all depend on his good insight into running things and keeping their families fed, their cars running, and their children educated.

I humbly ask for this one last wish so that I may see my friend Marty help many more people the way he has helped me.

Respectfully,

Gregory Kyle Austin

Friend of 20+ Years. ***Direct:*** ***702.327.GREG (4734)***

***International:*** ***702.900.GREG (4734)***

***Accolades & Honors :***

- ***Forbes 5 Star Service Standards of Excellence***
- ***7 Habits of Highly Effective People - Honoree***

***Communication Options***

***"Whats App"***
***"Telegram"***
***"Zoom"***
***"Viber"***

***"Adversity reveals genius, prosperity conceals it" - -Horace--***

***"Mediocrity knows nothing higher than itself, but talent instantly recognizes genius" --Arthur Conan --***

**CONFIDENTIAL & PRIVILEGED COMMUNICATION NOTICE:** ***This e-mail transmission and any attachments, documents, files, or previous email messages attached may contain confidential & legally privileged information that is intended only for the use of the addressee. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, disclosure, distribution, or copying of this e-mail message is STRICTLY PROHIBITED. Interception of an email is a crime under the Electronic Communications Privacy Act. 18 U.S.C. 2510-2521 and 2701-2709. If you have received this transmission in error, please immediately notify the sender by email or telephone and destroy the original e-mail transmission and its attachments without reading or saving them.*** *Gratzi*

*Confidential Health Information May Be Enclosed*

***Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being transmitted to you via email after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited.***

July 1, 2024

To the honorable Judge Oetken,

My name is Keanna Babaei. I graduated from Sacramento State University with a Master's degree in Accountancy and from Cal Poly San Luis Obispo with a Bachelor's degree in Political Science. I work today as a Senior Accountant for Beach House Group based in Los Angeles. I've known Marty Mizrahi now for four years in the capacity of him being my best friend Ashley Davis' boyfriend. In my time knowing Marty, I've known him to be a very generous and helpful person to all those around him. He is always positive and happy spirited and willing to lend a helping hand to anyone in need. Marty is always there for his friends, family, and employees in any capacity he can - his home to stay in, money to help them in their next venture or during a hard time, a car to borrow; he would give the shirt off his back and shoes off his feet to even a stranger if they said they needed it. He is also an extraordinary father to his two well-mannered and intelligent daughters.

I personally have been fortunate enough to see Marty's generosity firsthand. During his time in New York, he allowed me to stay with him and Ashley because I was going through a hard time personally. Marty was always busy working no matter the time of day. Despite his busy schedule he still made time to show me around town during the holidays and my birthday. Marty is like an older brother to me. He planned and booked fun excursions to site see the holiday attractions, some museums and shows, and dinners. We would have nights in where Marty and I would make healthy meals together as he's vegan and I'm on a gluten-free diet. The talks and advice I've received from him over the years have been invaluable to me, his experience and brain is admirable in certain capacities, and I value his opinions.

Even when I go visit Ashley or have plans to meet other friends in Las Vegas, he's always insisting on picking us up from the airport, handling all our bags, available for a ride here and there, and never hesitates to answer the call or help with a favor. I know no matter how late I can always call Marty for a ride as he never wants us girls to be unsafe. There was a weekend Ashley was in Texas visiting her grandmother, and Marty allowed myself and our other friend to stay at his home with his family. He was gracious enough to give us his room for the weekend so we were comfortable, and he stayed downstairs on the couch. He took us everywhere, made sure

we had a good time, and helped facilitate everything our entire trip. Marty always includes myself and our dear friend because he knows she's so happy when we're all together, and Marty makes us feel like were family to him.

It breaks my heart to see the stress Marty and Ashley have been going through. It is horrible Marty is in this situation, as it is very out of character of him as I've only known him to be an honest, hardworking businessman. I've never seen anyone in my life work as much and as hard as I have Marty. Knowing Marty for some years now and learning his characteristics, I can see how he could get himself in a situation like this because I know him to be a little too kind and trusting of people. Ashley and I have always been bothered by certain people Marty has allowed in his life, because we've seen him being taken advantage of handfuls of times but still wants to give the benefit of the doubt and lend a helping hand.

I am so thankful to Marty for how amazing he treats my friend Ashley. She's been through a lot of hard times and Marty has been present, loving, and compassionate towards her. Their relationship is admirable, they are best friends and communicate very well with one another. I would hope to have a healthy, loving relationship like theirs one day. Marty is truly one of the most genuine and reliable people I've had the pleasure to know, a very kind and youthful soul all around. I know how devastating Marty not being present will be not just for my friend, but for his daughters and parents who deeply depend on him on a daily basis. I ask you to please take into consideration Marty's genuine and honest character in your sentencing, as many of us need him present in our lives. Honorable Judge Oetken, I truly appreciate you taking the time to read my letter.

*Keanna Babaei*

Keanna Babaei
916-601-5815

June 25, 2024

Dear The Honorable J. Paul Oetken,

My name is Lora Baldridge, I am a Certified Medical Assistant working for the State of California in Correctional Healthcare. I am writing this letter to provide a character reference for Martin Mizrahi. I have known Marty for 19 years; I had previously worked for Mr. Mizrahi at LV.Net for 5 years. During the time I worked with Marty I became very familiar with his personality and work ethic and am happy to share my impressions with you. I continued to stay in contact with him in the years following my departure from LV.Net.

I had just moved to Las Vegas in 2005, and I had nothing, I had a 6-month-old son that I was taking to job interviews in hopes that someone would give me a chance. Marty gave me that chance! He welcomed my son in the interview gladly and gave me a job! He would later teach me about accounts receivable and payable, taught me all about Excel spreadsheets how the internet works, he also taught my son how to give a stern manly handshake at the age of 6, something that my now 19-year-old remembers to this day! Marty, always treated his team like family and always providing lunch for us, invite us over for movie nights, pool parties and we celebrated our kids' birthdays together!

I have great respect for Marty Mizrahi and feel that this conviction is so un-characteristic of him. In the times that I worked for him he was such a smart business savvy man, so generous and trustworthy, and a lifesaver for me, and my young family. I find these offenses completely out of character and its unimaginable that he would put his, his children's, and his parents' livelihood in jeopardy.

His family values are strong. He has a such a strong bond with his children Autumn and Kylee and his parents. He always made sure they were taken care of. As his parents are getting older now I would suspect they are even more dependent on Marty and that these years together are more important than ever. I know this whole ordeal has upended all their lives and not just his.

I do know that no matter what outcome is... my opinion of Marty will never change! He will always hold a special place in my life, he taught me so many life lessons and showed me how to push myself further which I use now in the medical field. He has always been such a positive person full of energy, that I am sure he will figure out a way to turn this horrible situation into a blessing.

Thank you for your time,

Lora Baldridge

Lora Baldridge

Dear The Honorable J. Paul Oetken,

My name is Jason Barry, and I am a software engineer in San Francisco, CA. Alongside me is my father, Joseph Barry, a retired clinical psychologist in Oxnard, CA. We are writing to provide a character reference for Marty Mizrahi, who is currently facing sentencing.

As cousins, I have known Marty my entire life, and my father has known Marty since he was born. We have grown close with Marty through family functions and gatherings over the years. We feel that we know Marty very well.

Given our long history and close relationship with Marty, we firmly believe that it is out of character for Marty to do what he is accused of. Throughout his life, Marty has shown nothing but honesty, generosity, and a strong sense of responsibility towards his family and community. Here are some examples that speak to his integrity:

- Marty is a family man, raising two daughters with a son on the way. He built his parents 'home inside of his, showing his daughters the importance of a multi-generational community. He is dedicated to his family, whether preparing his daughters for college, attending family events, or dancing at our cousin's bat mitzvah.
- Marty graciously opened up his home to me and my friends when I was a student visiting Las Vegas. I know he is trustworthy because he clearly puts his trust in others, even if they are new acquaintances. He is always willing to pick up out-of-towners from the airport himself, despite his busy schedule.
- One example of community contributions is that Marty has delivered free, reliable WiFi service to Downtown Las Vegas via LV.Net, enabling public access to information and communication for the masses. As an engineer myself, I know this is an impressive feat on a technical level, but more importantly, I recognize the value that it brings to the public good.
- As a vegan who abstains from alcohol and smoking, Marty leads a lifestyle that reflects his dedication to health and ethical living.
- I've seen Marty maintain positive relationships with former coworkers when he introduced me to his former colleague/mentor. It showed me how much he values cultivating relationships and maintaining a positive work ethic.

- He is an excellent listener, giving his full attention during conversations and not getting distracted by his surroundings.

We wholeheartedly vouch for Marty's good character and believe that he will continue to be a constructive member of society. His absence would be a disservice to the lives of his family members and the broader Las Vegas community. We ask for your sympathy and leniency in recognizing the positive impact Marty has had on his loved ones and community.

Thank you for your time and consideration.

Sincerely,

Jason Barry
Joseph Barry

Honorable Paul Oetkin,

My name is Ronald Barry. I'm a cousin of Marty's. I have known Marty all my life. I currently take care of my mom as she's dealing with major health issues. Marty has always been someone I've looked up to due to his business acumen. I've always known him to be an honest, hardworking, generous person and a great father to his daughters. He's never taken a drug or alcohol in his life, which tells you a lot about his character.

When I heard about Marty's conviction, I had a hard time believing it, but the news made it sound very real, I laughed out loud because that is so farfetched of Marty's character. I wanted to know the truth, so I got a hold of the trial transcripts and read all 2300 pages, and Marty's text messages to Joel Zubaid. When Joel was on the stand, he couldn't answer many questions and said I don't know over 100 times. Sounds to me that there might be some errors.

I didn't see proof in the transcripts, nor do I believe Marty is capable of doing the things he's accused of. Marty has always been honest with me and all our family. He doesn't take shortcuts and doesn't look for easy money. Always trying to do right and make the slow dollar.

Although Marty lives in Las Vegas. He comes to Los Angeles for all the family events. My whole family (including my mother) always lights up when we see him. He's always a positive person and never has a bad word about anyone. And when family goes to Las Vegas (myself included) he always offers his home to stay at and is a gracious and generous host. And will take time out of his work schedule (which is hectic) he sometimes works 20-hour days but still takes time to spend with you.

He's a pillar of the community in Las Vegas and held in high esteem in our family. My opinion of him as a person hasn't changed at all. Sending him to prison will be an extreme hardship for not only his daughters, but his parents who he has always supported (emotionally and financially) Please take this letter in consideration when judging Martin.

Thank you,
Ronald Barry

BENTAR
DEVELOPMENT

July 8, 2024

Dear The Honorable J. Paul Oetken,

My name is Amador "Chi Chi" Bengochea, I am the owner of Bentar Development Inc. in Las Vegas, Nevada. I have been in business as a general contractor since 1991, building gas stations, carwashes, restaurants, local corporations' headquarters, churches and many office buildings. Our clients consist of Terrible Herbst, Wow Corporation, Stations Casinos, MGM, UFC, and Aristocrat Gaming to name a few.

I first met Marty in October of 2019. I was developing the old Showboat Casino site that was across from his office at LV.Net. I was very impressed with his office, business development and his willingness to locate and operate a business in the East Fremont area. As our team was developing apartments, Southern Nevada Health District building, a market and storage facility to also help with needed housing and services in the same area.

I find it hard to believe the accusations and don't understand how he got into this situation, but I truly believe that incarceration is not needed to help resolve the problem. Marty can be a better person, for example outside to help others in our community rather than in jail. His dedication to the East Fremont area is needed to help revive the area and provide real jobs in the tech industry.

A few years ago, I was able to have LV.Net provide real internet services for our small community in Blue Diamond. We worked together on a solution and Marty invested all the dollars to create a small system to help the Blue Diamond village have Wi-Fi at the recreation center, fire station, as well as residents that did not have access to high-speed fiber internet. It was a great solution to a very long-term problem.

I can honestly call Marty a friend not just a local businessman neighbor. I hope the court can find a way to clear this matter up and allow Marty to stay in Las Vegas with his family. I know he will do the right things to rectify and learn from this lesson as well.

Sincerely,

Amador "Chi Chi" Bengochea

My name is ShyLynn Berlie,

I have known Martin Mizrahi for 33 years. I was just out of high school and his family hired me to be office personnel for a growing wholesale computer company that helped me become whom I am today. If it was not for Marty and his father in which I call dad, I would have not made it in this life. They invited (the broken) me into their loving, humble and welcoming home. This is where we first started the computer business and build it from the ground up, resulting in the flourishing stability that Las Vegas businesses and resistance depend on today. Vegas.net!

I still have never met "in my entire life" a more giving, understanding, excepting, compassionate, loyal, stand alone man! This I say wholeheartedly! Marty has not only changed my life in so many ways, he has changed countless lives and helped build them up along with their families, all with pure love. He has given many countless hours, and sleepless nights and years to the community as well as built his own beautiful family in which he loves with everything. With a new baby on the way he is only building a bigger empire to help each and every person he comes in contact with. Marty has always shown me the positive side of life even in my darkest days, because of him I was able to see all the light. He has shown me in actions what it is to be an outstanding soul with the biggest compassionate heart. He is "the man" anyone and everyone has always been able to turn to. I look up to Marty in so many ways, and he was and still is my mentor. Whenever I have business or life questions I always call on him to help. He drops everything to help me at all times.

Maybe perhaps this is why I am in the position to write you this letter today. I'm sure he was trying to help and took the person or person(s) for face value and ended up getting swept up in a mess he had no idea what was happening till it was something he couldn't fix or make better on his own. I know Marty and I know this has tore him up inside. I know he will do everything to make this right and show everyone he loves and who loves him that everyone makes mistakes in this bumpy road called life.

In no way has Marty lived his life without integrity, care and putting his best foot forward. His intentions are always golden and to never hurt or harm anyone, always only to help. He is a stand up man and has always stood by his word. He is a man who has and would give the shirt off his back to help anyone whom needed it.

For instance a fond and most memorable time and experience was Marty being the one whom bought me my first car. Driving it from California, calling me asking me if I would ever want a convertible. Me having no idea that he went to great lengths to go purchase a car for me, and being the thankful, grateful young lady, I say "no, I don't need a convertible car, but thank you" hahaha. Well to my surprise he drove the Red cabriolet convertible rabbit to the warehouse and asked me to meet him there! Little did I know I was going to have my first crash course and driving stick shift, let's just say it wasn't the most graceful experience. But he was super patient as he taught me how to drive my first car. It was one of the best

presents I have ever received from anyone in my life. His family always welcomed me and made me feel like I was part of the family. Marty has always been a brother to me. I've always considered them my second family! With all the gatherings, family celebrations, birthdays, just pure love and I am truly a blessed girl.

Marty also has given alot to his brother, his older brother. Gary always struggled with drugs and living a wreck less life. There were many occasions where Marty would have to save his brother and pay for his rent, buy him a car, send him money. But mainly being encouraging and supportive, always just loving his brother for who he was. Even at the end when everyone seen it to be a never ending battle, Marty was the one still stood by his brother. They had a bond that you could see from across the room. Even in his brothers final days with going in and out of the hospital for all the drug use Marty still loved his brother. Marty was the one who gave Gary a proper funeral to be sure everyone could say there goodbyes. Loosing his one and only brother was crushing to Marty but he was the strong one! Holding all of us together.

Marty has always been the one whom everyone holds dear and with high value in their lives. He has always been the light, the reason, the force that has driven so many to live a beautiful life. He doesn't judge nor look down on others, he doesn't like when ladies even use cuss words, he loves for everyone to feel included and together. I'll say it again Marty is the most stand up, solid man I have ever met! And with owning my own Wedding Business here in Las Vegas I have had the pleasure to met and know alot of souls, ones that are native as well as the ones whom have traveled here from all over the world. Marty still holds the torch for so so sooooo many of us. And again when I need any help with my business, I call on Marty. He is like a brother to me.

I would like to simply ask if you could keep in the forefront of your making a decision with the outcome in which you are presented with, there are many many lives that count on Marty. Whether it is his bright smile that lights up the room in which he enters or the corporations and businesses that depend on his outstanding and continuous growing Internet providing business. We All Need Marty!

Thank you for your consideration and time in reading my letter. I put my heart and soul into writing this and this is what Marty has always done for me.

Sincerely,

ShyLynn Berlie

Joshua Bird
joshdbird@gmail.com
808.385.9355
6/24/2024

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Dear Judge Oetken,

My name is Joshua Bird, and I am a Real Estate Broker currently residing in Hawaii. Prior to moving here, I lived in Las Vegas for seven years, during which time I had the distinct pleasure of meeting and forming a close friendship with Marty. I have known Marty since 1998, having been introduced to him through a Jewish professional networking group. Although I have not seen Marty recently, I still hold him very close to my heart because of the profound impact he has had on my life and the lives of many others.

Marty is an exemplary human being who embodies the qualities of love, generosity, and support. He is not only a devoted father and son but also a steadfast friend who is always ready to lend a hand to those in need, even strangers. From the moment I met Marty, I was struck by his welcoming demeanor and energetic personality. He immediately made me feel at home in a new city, which speaks volumes about his character and kindness.

I was particularly impressed by Marty’s commitment to a lifestyle free of alcohol and smoking. In a city like Las Vegas, where such temptations are prevalent, Marty’s choices made him a role model not only for me but for many others around him. His respectful and altruistic nature is evident in his everyday interactions. Marty has always emphasized the importance of honesty, consistently sharing his philosophy that honesty is the best policy in life.

Marty's thoughtfulness and concern for others are unparalleled. He has made significant contributions to his community, often volunteering his time and resources to support local initiatives and help those less fortunate. His good reputation is well-deserved, as he is universally liked and respected by all who know him. Marty’s professional work is of the highest quality, characterized by diligence, integrity, and an unwavering commitment to excellence.

One particular instance that highlights Marty’s character occurred when I was going through a difficult time personally and professionally. Marty not only provided emotional support in a very dark time but also offered practical advice that helped me navigate through my challenges. His unwavering support during that period was instrumental in my recovery and growth. This is just one of many examples where Marty’s actions have had a positive and lasting impact on the lives of others.

Despite the charges against Marty, my opinion of him remains unchanged. His conviction is wholly uncharacteristic of the man I have known for over two and a half decades. Throughout our friendship, Marty has always adhered to the highest standards of integrity and honesty, both personally and professionally. It is unimaginable to me to think that he would have committed the offenses he has been accused of.

I am acutely aware of the negative impact this situation has had on Marty’s life, particularly the strain of being away from his beloved daughters and parents. Marty is incredibly close to his family, and the prospect of being separated from them is undoubtedly devastating. Nevertheless, I have faith that Marty will turn this challenging situation into a positive learning experience, as he has always done in the past.

In conclusion, Marty is one of the most honorable, giving, positive, and honest individuals I have ever known. I trust that these qualities will guide him through this difficult period and help him emerge even stronger. Thank you for considering my perspective on Marty’s character.

Sincerely,

Joshua Bird

The Honorable J. Paul Oetken,

My name is Carlos Blumberg, Esq. I have been licensed to practice law in Nevada since 2001. I am licensed with the State Bar of Nevada, US District Court of Nevada and the 9th Circuit of Appeals in San Francisco, California. I have served as a Municipal Court Judge for the City of Las Vegas, Judge Pro-tem for Clark County, Nevada, as well as being appointed as an Administrative Law Judge and Police Fatality Hearing Officer. Currently, I am a partner at a top 100AM law firm in their general liability practice. I have lived in Las Vegas, Nevada for almost fifty years.

I have known Marty Mizrahi since 1990 when he became not only a close friend but also a family friend, who would always come to our Jewish family Passover Sedars and High Holiday dinners. My father, Alvin D. Blumberg, MD, was very fond of Marty until his passing in 2017. Marty would always help my elderly parents with their computer and internet problems. Marty was always kind, considerate, honest and respectful. I never saw Marty drink one once of liquor nor partake in any drugs, whatsoever.

A single father, like myself, Marty is also a family man who is committed to raising his children right. Like me, he sent his children to Adelson Educational Campus, a traditional Jewish day school, where his younger daughter recently graduated with honors.

Whatever issues Marty recently has had are incompatible with the Marty that I know and love. They are inconsistent with the way he lives his life and how honorable and trustworthy he has lived his life with my family.

I respectfully request your honor to be lenient with Marty Mizrahi. I fully support Marty and it is unfortunate that he finds himself under these circumstances. I ask this Court to take Marty's family and friends into consideration when sentencing and hope and pray this court to grant him a second chance to get his life straightened up so that he may once again become a thriving member of our community and live and love his friends and family as he always had.

If have any questions please feel free to contact me.

Yours,

/s/ Carlos Blumberg, Esq. Carlos Blumberg, Esq 6/11/24

May 14, 2024

Honorable J. Paul Oetken
U.S. District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Oetken:

My name is Steve Cain, and Marty Mizrahi is my cousin. As his cousin, I've seen his journey from our shared childhood to the complexities of his current situation. While I am an insurance executive with no deep understanding of the legal specifics, I am intimately familiar with Marty's character, and it is from this place of deep personal connection that I write to you.

Growing up in Los Angeles, Marty was more than a cousin to me—he was the brother I leaned on during our tumultuous family life when my father's gambling addiction was at its worst. Marty was the steadying force who took me in whenever our father was absent, showing early on his profound capacity for responsibility and empathy. I spent most of my weekends with Marty and his family. He taught me a number of valuable life lessons and never really stopped checking in on me (regular calls & texts).

Marty's drive led him to Las Vegas where he built a life through LV.net, his internet hosting company, and his real estate ventures. Under his leadership, his business grew to support 100+ employees. These successes are all the more significant in light of the fact that he never obtained a college education. When he sets his mind to something, he always sees it through.

Today, as a father to two daughters and caretaker of his aging parents, Marty's roles have multiplied, yet his core remains unchanged. The loss of his brother to substance abuse was a devastating blow to our family, yet Marty shouldered these new responsibilities with a quiet dignity, always mindful of avoiding the pitfalls that plagued our father. His commitment to living a life free of alcohol and drugs —especially within the temptations of Las Vegas—is a testament to his strength and character.

I've been married almost 19 years and Marty and I both have daughters around the same age. Simply stated, he's a family man and great father. He's also been incredibly

May 14, 2024

generous with my family, visiting every time he's in Los Angeles and inviting us to stay with his family in Las Vegas on a number of occasions.

Amidst his current challenges, Marty has maintained a composed and steadfast bearing, focusing on constructive steps forward rather than dwelling on circumstances. His resilience and unparalleled work ethic, which saw him rise from humble beginnings to become a successful entrepreneur, are the very traits that I believe will see him through this time.

Marty's life is a testament to his ability to rise and rebuild. He has consistently shown up for those he loves, providing not just financial support but a strong guiding presence. He's also a man who has made significant, impactful mistakes. I am confident that those mistakes will be rectified but, as much as anything, I want to communicate to you that his future will not be defined solely by these crimes.

Marty's ability to identify a goal and execute on it, to outwork anyone around him has allowed him to achieve heights that have made our family incredibly proud. I have no doubts that, when his attention it turned toward the task of making amends and rebuilding his life, he will apply the same degree of effort. Marty will again make our family proud––we will be there to support and hold him accountable toward those goals.

Thank you for considering my perspective. It is my sincere hope that Marty's efforts to live a meaningful and contributive life will be recognized as you deliberate on his future.

Respectfully submitted.



Steve Cain
C: 818-645-9894
E: Steve.Cain@LTCIPartners.com

06 July 2024

**The Honorable J. Paul Oetken**
US District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Judge,

I am Ingrid Cariño (full given name: Maria Ingrid Mirene), a citizen of the Republic of the Philippines, and I am respectfully writing this letter trusting that you will be able to see a different perspective on Martin "Marty" Mizrahi's character that has been tarnished by the recent turn of events.

I am a licensed pharmacist by profession, and a certificated but a non-practicing paralegal in the Philippines. I have been in the pharmaceutical and food industry for over 20 years responsible for Regulatory and Compliance affairs of the corporations/ group of companies who hired me. I currently work as the Corporate Pharmacist for a cosmetic company with established branches all over the Philippine archipelago.

Marty and my boyfriend, Ted Mizrahi, are cousins from their fathers' side. Ted met his untimely passing last year hence, it felt like I have known Marty a long time through Ted although I have only physically met and spoke to him for about 3 weeks last year.

I know Marty and Ted shared a strong bond since they were kids. They would regularly talk and I would be privy to most of these conversations because either I hear them talk through speaker phone or Ted shares them with me soon as we get together after a day's work. Ted was too fond of his cousin; loved him like his own brother. They used to live together when they were younger, and Ted told me stories about how everyone else loves his cousin, and describes him as the life of every party. When Ted came back to the US in 2021 after living in the Philippines for 5 years, he turned to Marty for help to find a place to stay close to where he was working, and get a vehicle to help Ted build up his credit score. They regularly meet for lunch or dinner upon Ted's return to Las Vegas. Marty was Ted's closest friend through thick and thin. He helped Ted with his problems, and Marty had always been there to guide and advise him. And from Ted's own words: **"I would trust Marty with my life"**. From all of Ted's stories, I have been given the impression that Marty was fun to be with, dependable and helpful, and responsible.

When I arrived in the US for Ted's funeral in June 2023, I stayed with Marty. He brought me around Las Vegas, at times stopping by to some of the relatives, friends, or colleagues, and we drove from Las Vegas to Los Angeles to meet some of the Mizrahi family and later on attend the funeral. **It was during these times that I had the chance to know him as a person and validate what Ted has told me**. He is loved by everyone even those outside of his family. He is a dedicated father to his 2 daughters, and a devoted son to his parents. They all live together in Marty's house and theirs are a close knit. He takes care and is protective of people who are loyal to him, whether they are family, friends, or employees. Even the homeless person who he allows to stay within the office perimeters liked him; they would crack jokes when Marty drives towards the office parking lot.

Your Honor, I feel the accusations directed at him were absurd; it is completely out-of-touch with who we knew him to be. He worked so hard since he was young for what he has. He is a responsible guy from what I saw during the short time I stayed in his house last year. He did not even go to his nephew's wedding in Mexico even though everyone else went nor did he flee the country; he stayed and cooperated with the conditions of his bail because we believe he knew it is the right thing to do.

Your Honor, we humbly appeal that you consider his character and his good values, and we humbly ask to be kind and empathetic. His fate and that of his family, his children, his life and what will be left of it, are entirely up to your wisdom and impartiality. We could only hope and pray for a better outcome.

May you be blessed by the Divine Providence with wisdom and be guided with reason and compassion, and be the guardian of Truth.

Sincerely yours,

Ingrid Cariño

Digitally signed by Ingrid Cariño
DN: CN=Ingrid Cariño,
Reason: I am the author of this document
Location: Toronto, ON
Foxit Reader Version: 9.7.1

5875 S Rainbow Ste 204
Las Vegas, NV 89118

CLG
CHATTAH LAW GROUP

P: 702.360.6200
F: 702.643.6292

May 6, 2024

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

Dear Judge Oetken,

Please accept this correspondence on behalf Mr. Marty Mizrachi in the above-entitled case as I have known Marty for almost two decades and consider Marty one of the most ethical, hardworking and sincerest people I know.

I met Marty in 1995, when I was 20 years old, through a lawyer I was working for in Las Vegas prior to attending law school. We became fast friends and all these years later, I absolutely consider him one of my longest and closest friends of adulthood.

Marty doesn't do drugs, doesn't drink, and in late years, has become a vegan. His rules for when we meet up to eat, "I don't eat anything with a mother, a soul or a face". As funny (and at times annoying) as it is as a statement, I think it does show a level of high morality and conscientiousness as to not harm a living thing.

In our 30 years of friendship, I have never seen Marty deliberately hurt anyone, including women in his life. In fact, I always use to call his house when we were in our 20's "Marty's kibbutz of the fallen". Marty would never miss an opportunity to give someone who has fallen on his luck, a chance to bounce back. Marty is the king of facilitating people's comebacks. There was always some broken person Marty was trying to fix and launch a new career for. That's the magic of Marty.

At the time I met Marty, private household use of the internet was very limited in Las Vegas and Marty was launching a company to provide internet service to residents of Las Vegas. I remember him being this youngster with ridiculous ingenuity, an internet genius, to someone like myself who was just a college student doing the usual thing of getting a degree and going to law school after that.

Marty and I have stayed friends and have maintained our very close friendship for three decades. I remember one of the greatest attributes about Marty even when we were young was how he took care of his parents and his family. Like Marty, I also come from a tightknit family and that is probably his best quality, to this day. His family values are why my parents, also to this day absolutely adore him. Any holiday at my parent's house, he can and has popped by. Like my mother says, he's a good boy.

As we have maintained our friendship over the years, through marriages, divorces, children's birthdays and teenagers, I can also attest to the fact that Marty has been an outstanding father to his two daughters, which he has taught amazing values to and their own personal success today

is directly attributable to his overwhelming involvement and presence in their upbringing. I even know that Marty has custody over his daughter/s and brought them up as a single father even while he was building his business. As a single mother, I know how hard it is to run a business and bring up kids.

As we have established our professional lives, I have represented Marty over the years in various business matters as a lawyer and I can attest that he is a principled and ethical businessman. Frankly, I believe that he always gave too much to his workers, colleagues and always treated his employees more like his family than his employees, which over the years, I have seen many take advantage of. Marty's heart has always been endlessly generous.

Whenever I had computer issues that always seemed disastrous to me at the office, Marty would always ensure that my computer crises, were remedied swiftly, even if it meant dropping everything to take care of it. He would always come to the rescue even during his crazy busy schedule. One reason why Marty would be able to do all of these things for people not only because he had an amazing heart but he didn't sleep a lot and loved to help people, and didn't care of the consequences.

As I have been involved in many charities with law enforcement and political party engagement, any time I would ask Marty to contribute to auctions or whatever the latest community campaign was, Marty was always front and center about supporting our community. When the time came to support feeding the underserved communities of Las Vegas during Thanksgiving a few years ago, Marty assisted with our "Turkey Gobble" and contributed to feed children who would've never had the opportunity for a hot meal for Thanksgiving.

Frankly, any time I need charitable contributions or donations, I know that I can always "hit up" Marty for something or some money to donate and he would never say no. As someone who is huge supporter of Law Enforcement and about 6 other local charities, not to mention the Nevada RNC Committeewoman, these asks are very frequent, and never once has Marty ever said no to me.

When Marty was charged with the underlying indictment, not only was I baffled professionally as a lawyer, but also as his friend. Nobody who has known Marty actually believed that this indictment was real. To say that my parents were blown away would be an understatement. Marty, the guy who never touched a drug or booze in his life, who cured himself from being lactose intolerant, who helped everyone in the universe possible, was indicted with these charging papers? This indictment, frankly, has got to be the most comical miscarriage of justice that I have seen. It is so far fetched that Marty was involved in any way in the allegations of the indictment.

I have no idea what kind of evidentiary issues transpired at trial, but I hope that this Court was able to see the ridiculousness of the allegations, the mitigating circumstances of who this person actually is, his background as an amazing member of the Las Vegas community who I've watched transform Las Vegas into 21st Century high speed Mecca that it is today.

I have 30 years of Marty stories and I can spend hours telling them, but I truly hope this sampling provides a little bit of what a wonderful person Marty is. His integrity, honesty and heart of gold is why I have sustained a 30 year friendship with him. You will probably receive other letters from people like myself, who also have 30 year friendships with him. That alone, should be an indication to you of how much we value Marty as a person and a friend. Friendships don't last for 30 years anymore. There's a reason why ours did.

Thank you,

Sigal Chattah, Esq.

Conly Chi, Esq.
[redacted]
Los Angeles, CA 90212

July 24, 2024

The Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear The Honorable J. Paul Oetken,

My name is Conly Chi. I hold a B.S. from U.C. Berkeley and a J.D. from Harvard Law School. Currently, I am an operator and investor focusing on affordable housing and providing college education opportunities to underserved students.

I have known Marty Mizrahi since 1989. We first met in high school and have remained close friends ever since. Over the years, I have had the privilege of seeing Marty grow into the remarkable person he is today.

As a childhood friend, I can confidently say that I know Marty very well. He is an exceptional individual who has consistently demonstrated kindness, generosity, and a strong sense of responsibility. Marty is a dedicated father of two and a successful businessman. He has always been generous with his time and is remarkably responsive when it comes to helping others. His willingness to assist me and others in our community has earned him a stellar reputation, and he is well-liked by all who know him.

One of the many instances where Marty came to my aid was when I was a 17-year-old first-generation immigrant in 1988. I was constantly ridiculed and bullied, but Marty was one of the few people who accepted me and shielded me from the harsh treatment I faced. His kindness and support during those challenging times have left a lasting impact on me.

More than 30 years later, I trusted and relied on Marty to act as a trustee for my children. When he was removed from this role as a consequence of the current case, I was deeply distraught. Marty is someone I trust implicitly to act lawfully and honorably. I hope you consider keeping him out of jail so that I can rely on Marty for this crucial responsibility again one day.

In my frank opinion, Marty Mizrahi is a person of outstanding character. His integrity, reliability, and compassion make him an invaluable friend and community member. I wholeheartedly endorse him and believe that he embodies the qualities of a good and trustworthy person.

Sincerely,

Conly Chi

Dear The Honorable J. Paul Oetken

My Name is Aaron Christensen, Father of 4 , Husband , Chef & Animal Advocate.
I've known Marty Mizrahi since 2006 for almost 2 decades.

In 2006 Marty (LV.Net) partnered with a company I was working with called "Barvision" . They were our Las Vegas reseller & tech support for our Inventory control product. I was the Director of Sales for the west coast in charge of the reseller program.

Barvison sold after the passing of my mentor / Boss in 2009. I joined LV.Net in a Sales & Marketing roll working directly for Marty. I have been a part of LV.Net & LasVegas.Net ever since . Most recently Marty & I partnered on a food truck. He purchased the truck for me to operate. I've been the company Chef since 2018. Operating the company branded food truck at local festivals & company events. We didn't always agree or see eye to eye but because of our relationship I knew through communication we could come to an agreement that satisfied both of us.

Marty has been more than an employer . He has become family. I lived in his home . Spent holidays with him & his family over the years . He has always had my back through many ups & downs . I know Marty better than my own sibling. When I got divorced a few years back he was the first person to reach out. He offered me steady employment & a roof over my head. I'm forever grateful for his mentorship , guidance & support over the almost 20 years of friendship.

Marty has always been a straight shooter. He would do anything for me & my family. I've never questioned his friendship over the years . We have many mutual friends & I have never heard anyone speak negatively of Marty. Over the last 10 years I volunteered for many local Charities including "The Just 1 Project" & "Three Square '', many times I needed his resources including trucks , volunteers , advertising etc... He didn't hesitate to help. He not only let us take his trucks to feed the homeless and elderly he actually came with me multiple times to help load/unload the trucks & serve. He loved helping people & charities as much as he could.

Bottom line Marty has always been a role model. Watching how amazing he is with his girls & parents has helped me be the father / husband I am today. I've seeked Martys advice & guidance over the years business & personal. I wouldn't be the successful business man that I am today without his support and friendship.

Best Wishes
Aaron Christensen

Dear The Honorable J. Paul Oetken,

My name is Becca Coco, and I am the Business Coordinator for Cellular Sales. I am writing this letter to offer my perspective on Marty Mizrahi, who I have had the pleasure of knowing for four years. In my current role, I have had the opportunity to know Marty through managing his Verizon business account for LV.Net. Over the years, our relationship has grown from professional acquaintances to close friends.

Throughout our friendship, I have come to know Marty very well. He is a person of high integrity and has consistently demonstrated qualities that I deeply admire.

Marty is honest, law-abiding, and generous. I recall several instances where he went out of his way to help others. For example, when we had a mutual friend going through a mental health crisis he was the first one to step up and make sure he received the help he needed while minimizing the damage he could inflict on his own life. His actions speak volumes about his character and his dedication to making a positive impact on those around him.

Marty consistently shows thoughtfulness and concern for others. He has made significant contributions to our community. His efforts have not only benefited individuals but have also brought about meaningful changes and jobs within the community.

On a personal level, Marty has had a profound impact on my life and my childrens lives. He has been a mentor and a friend, offering invaluable advice and support. When I was starting my own business from the ground up as a single working mother he was there at all hours for guidance. He dedicated his time and knowledge to me without any financial gain. I would not be where I am today without him. His guidance and support have been instrumental in my personal and professional development.

It is important to acknowledge that Marty has been charged with a violation of the law. Despite this, my opinion of him remains unchanged. His conviction seems uncharacteristic of the person I know. Throughout our time together, he has always adhered to ethical standards and has been a model of integrity and honesty. The charges against him do not align with the Marty I know, who has always been a positive influence in my life and the lives of others.

I understand the severity of the situation, but I firmly believe that Marty will turn this challenging experience into an opportunity for growth and learning. His commitment to

his family, especially being away from his daughters and parents, is something that weighs heavily on him. I am confident that, regardless of the court's decision, Marty will continue to be the honorable, giving, and positive person I have always known.

Thank you for considering my perspective on Marty. I hope my insights provide a fuller picture of his character and the positive impact he has had on many lives.

Sincerely,

Becca Coco

712.843.6387

***Steve Collin***
***Steve970@gmail.com, 970-920-2400***
***N Las Vegas, 89031***

June 26, 2024

To, The Honorable J. Paul Oetken

RE: Marty Mizrahi

I was formerly an independent contractor working with Marty at LV.Net from 2017 to 2020. My role was Business Development and project management of jobs.

I relocated from Colorado to Las Vegas in 2017, approached Marty in person with my work experience and we hit it off. He was running a successful business and gave me free range to pursue wireless projects for the business which I did until late in 2020. I left Las Vegas in 2021 and was semi-retired in Oregon. Late In 2022, I returned to Las Vegas for a full time opportunity to develop a fiber optic business for Terra Contracting, a N Las Vegas company where I am currently working. I've spoken to Marty a few times over the last year letting him know that I was back in town. I've always considered Marty as a friend and we have shared similar experiences each building our own business.

Marty was always fair and respectful with me; I'm older than he is. We spent some time socially outside of work hours and on some weekends, playing ping pong at his home where he always beat me. I met his parents and daughters and could tell that he was a great parent fully responsible for raising his two girls. Marty is well known throughout the Las Vegas business community and introduced me to Mayor Goodman, prominent business persons and Investors. On occasion we would view potential properties in which to expand the data center facilities for the company. I was always amazed at how quickly Marty could find and setup these operations. On occasion I visited with him late nights or on weekends at these locations. He always amazed me with his ability to get new servers into operation very quickly often working late into the night and developing innovative ways to power and cool the computing hardware. I understood that investors were providing capital to Marty for his crypto mining expertise; and sharing in the rise of crypto currency, and I would have too if I had available capital at the time.

I have no knowledge of what could have gone wrong for Marty. I find it hard to believe that he would knowingly jeopardize the successful business of LV.Net, which he has created; the employees he cared for; or risk the upbringing of his daughters and closeness with his parents. The Marty I know, was thoughtful and cherished what he had. I never saw any indication of wrong doing in my work at LV.Net or in my relationship with him.

Yours Truly,

Steve Collin

Character Reference
For Marty Mizrahi
April 21, 2024

My name is Ronald Victor Cook. I am 82 years old. I am currently an inactive Certified Public Account who holds licenses in Nevada and California since 1966 until retirement from the public accounting field. I graduated from San Jose State College in 1964 with a BA degree in Business and Accounting. I have worked as a CPA, spent 15 years working in the non-profit field and operated my own computer reseller business from 1981 until 2010.

In 1990 I was elected and served in the Nevada State Senate. I have served on the Executive Board of the Greater Las Vegas Chamber of Commerce, as President of the National Kidney Foundation, on the Board of Directors of the Nevada Dance Theatre, as a citizen member of the disciplinary committee for the Nevada Bar Association, as the President of the Nevada Retailer's Association, and as the Chairman of the Las Vegas Sister City program. Since 2000, in connection with LV.Net, a Las Vegas Internet Service Provider (ISP), I have been a financial consultant, CFO, and at one time a business partner.

I have known Marty Mizrahi for more than 30 years. Marty was previously a distributor of computer parts and accessories. He was a supplier of parts for my computer reseller company. Beginning in 2000 he relocated his ISP company, LV.Net, to my computer facility and shortly thereafter I became a partner in the business. I have consistently assisted him in managing the growth and success of LV.Net. In 2007 I semi-retired and moved to the Philippines. Since then, I have continued to work with Marty on a regular basis. I return to Las Vegas 1 or 2 times a year to provide direct assistance and I communicate regularly with him about business and personal matters. We continue to be friends. Having worked closely with him I believe I have good knowledge of his character and value to the community.

Marty has always been a generous individual. He has always been a "handshake" person. I have never known him to not honor his agreements. As a businessman he has been totally devoted to his ISP business. He has spent long hours even into the night managing and communicating with others about the LV.Net operations. Most of his time has been spent on these activities. In addition, he has through the years ventured into other activities. Generally, he has only acted as an investor in other people's business organizations. He has had a habit of trusting people, not documenting the business arrangement, and not properly managing their activities. As a result, many of these side ventures have not materialized or failed. He is not a planner; he focuses on current activities and needs. Marty does not discriminate against anyone, treating everyone on an equal basis.

While I have been closely associated with him, I have observed that he has shown enormous compassion for those who have had problems and those in need. He consistently helps homeless people, providing them with work opportunities and shelter. He has worked with local organizations that assist individuals who have been released from incarceration, providing many with employment opportunities.

Until his recent indictment he worked with local business organizations on a regular basis. He had a very good reputation and many friends throughout the community. He stayed busy and contributed to causes that helped the community.

He has been an unusually good parent to his two daughters who he has raised and been a loving and supporting individual to his parents. He continues to support his aging parents and takes care of them in his personal home. He also provides care for and assistance to his aunt and has helped many of his cousins both financially and personally through the years.

I had a personal business failure during the 2009-2010 financial crisis and had to file for personal bankruptcy. When others did not, he continued to honor his business agreements with me. I was an incubator of his business beginning in 2000 when the company needed financial support and when I needed support many years later, he was there for me. He has shown full generosity and personal support through the years.

He looks after employees who have come to bad times. He has helped these individuals and families through their illnesses even after the employees have passed away. I have seen him continue to provide wages to individuals for more than 6 months while they suffered serious illnesses and were unable to work. He continued to pay them their salaries despite their inability to contribute. In one case he provided continuing financial help and transportation to the widow of a former employee.

Despite the conviction in New York, I continue to respect him for his good qualities. During the period following his conviction he continues to help others. I was surprised at the indictment; this event is so uncharacteristic of Marty that I know and have known for over 30 years. I have observed him acting to use this as a learning experience and to continue working as a productive member of the community.

Ronald V. Cook
[redacted]
Las Vegas, Nevada 89104

702-283-8902

Honorable J. Paul Oetken;

My name is Sean Cook. I am the president's and founder of Global Foods, a government and nonprofit food distributor. We have been distributing food into the Federal Bureau of Prisons since the mid-90s. Ironic, given the fact that Marty could potentially be spending time in one of the prisons we sell food to.

A little bit about my background. After being put up for adoption at 11 months old and making my way through a couple parental figures and households I ended up with a very solid father who adopted me and raised me to achieve extraordinary things. I am very aware of my good fortune. I now work in non-profits with children to make a difference where I can, although I have never had the courage to adopt a kid, like my father did. I remain immensely grateful to him. I am a father of three amazing kids which I consider to be a much greater accomplishment than starting a successful business.

I've known Marty since the mid-90's. My early career was in the IT and technical area and that is where I met and got to know Marty. He was building a company from scratch on a tight budget and working hard every day, long hours over 14 hours of work each day. I thought I was doing good at 12 hours a day back then. Lol.

The computer industry in the 90's was moving at such a fast pace as technology would put people out of business as new opportunities emerged. Marty survived through VERY hard work and his desire to take care of his staff/family and adapt. It was not easy and certainly not very profitable for many, many years. But he was very determined to try, and sometimes fail and get up and keep going.

Marty is a very loyal person. When my father's business was failing in the 90's due to his partners' very bad choices, Marty stepped in to help. Marty was able to provide financial support and help run part of my Fathers business responsibilities as a time my Father was very stressed and left in a very bad financial circumstance. For over 30 years now Marty has been a loyal friend to my father, helping him with his business while also utilizing him as a life mentor, friend and collaborator. Marty and I see similar character in people and honor it. I am grateful for Marty staying loyal and giving my father purpose as he aged, now heading into mid 80's.

I remember Marty's staff was very loyal and dedicated. His work environment felt like a family. He genuinely cares about people, possibly to a fault. He would try to be there for friends, family and staff to help when people needed advice or help.

I would consider Marty a good friend. When I was in New York with my daughter this past January he and I had dinner to discuss the trial. I was able to offer emotional, mental and moral support. His choice to go to court and not settle, like some of the co-defendants made absolute sense to me given the circumstances. I have to admit I was shocked to discover that he was found guilty and even more shocked to learn the types of sentences he could receive.

Marty and I have collaborated on business challenges over the years. His advice has been very helpful on many fronts. In more recent years our collaborations have been more personal pertaining to the kids and college etc.

From a character standpoint the things that pop out the most regarding Marty and the things that I honor about him is that he has always has been a doting and involved father. He and I have always shared the topic of being purposeful caring parents. Additionally, I have very a high standard in health and fitness. We were given the gift of life and we should respect it. I have always been immensely impressed that Marty has lived his life without drinking alcohol, smoking cigarettes, doing drugs and he has a very strict diet. Finding people with this kind of discipline in the US is difficult but finding it in Las Vegas is near impossible. This is rare and something that I've always appreciated and honored about Marty.

Marty has always been kind to me over the years in his invitation for me to help evaluate real estate opportunities. He has a very good way of evaluating and analyzing risk. For whatever reason, probably due to my childhood, I tended avoid risk, often at a great opportunity cost. Very grateful that my primary business worked out sufficiently to take care of my family. But the process that he went through to consider these investments was thorough and I enjoyed it.

As I built, Global Foods, Inc. my government contracting business I was able to offer Marty advice from my standpoint in many areas as well. Very good to have collaborators in these areas as it can be challenging at times.

I know there is lots of room in the BOP given lots of recent releases. However, I really feel strongly that Marty is far better to the country tending to his kids and community.

Thank you

Sean Cook
President
Global Foods, Inc.
702-277-7772

June 2, 2024

To The Honorable J. Paul Oetken;

My name is David Mizrahi. I am a local businessman, President and owner of Best Mattress, a Nevada based company. I have known Marty his entire life. His father is my first cousin, making him my second cousin.

I know Marty to be a loyal and committed family man to both his parents and his children. He is also very committed to his extended family. He has shown philanthropy to the Las Vegas community through his actions such as charitable sponsorships from LasVegas.net and by offering free internet services to the City Of Las Vegas in the downtown area.

He is well liked by his peers and stands in high regard with many members of our community.

In my opinion, the charges are out of character for Marty. His absence in regard his immediate family would be a great hardship. I know that if given the chance, he will somehow change this negative situation into a positive life lesson.

Sincerely,

David Mizrahi

Dear Honorable J. Paul Oetken,

My name is Joshua Tristan Cozen-McNally; I've lived and worked in Clark County since 2001 and I met Marty almost 10 years ago in the downtown arts district.
We found common ground in our communications and media related activities; although we stopped working together several years ago, Marty and his family continue to be part of my life to this day.

I've always appreciated that no matter how big and diverse Marty's world became over the years his familial approach to those who cross his path is constant.
You can count on Marty always willing to give somebody a hand up and not a handout. I have seen that mindset serve him well and I have also witnessed people take advantage of that generosity. When Marty sees opportunity, he then creates opportunities for others including hundreds of jobs in the decade that I have known him.
Routine and rules are also something you can count on with Marty and yet, he always listens to new ideas encouraging you to take ownership of your task at hand.
Second, and then third chances also seem to be the norm when it comes to associates or employees which simply says that Marty is always looking for you to put your best foot forward.

It's for these reasons that I have a hard time believing that Marty would jeopardize or intentionally risk all he holds dear to make an extra dollar.

I hope that I have effectively conveyed how Marty makes a positive difference in the lives of those that surround him and that I am grateful to be part of the LV.net/Mizrahi family.

Regards
Joshua

702.300.0169
joshuatristan@hotmail.com
www.702today.com

Dear The Honorable J. Paul Oetken,

My name is Arash Dadashazar. I am currently an owner operator truck driver. I have known Marty since 1987. We graduated from the same high school in San Fernando Valley, California. Marty is a long life friend of mine. We spent lots of time together when I lived in Las Vegas. He has been there for me during the birth of both my sons. I feel I know Marty very well as we have both experienced each other grow into adults, establish our careers, start our families and stay friends.

In my opinion, Marty has always been a very dedicated man both in family and business. He has always put his daughters and parents as his priority and stayed committed to any business he pursued. I was very impressed to watch him grow a small internet company into a large service provider. I personally helped him in late hours to install internet towers around Las Vegas area in effort to enhance his signal strength to his customers. From what I have seen, Marty has always been an honest business owner and dedicated to providing great service to Las Vegas people. He has contributed a service to las vegas locals and tourists by providing internet service early in the infancy years of the internet. He worked very hard in establishing clients in hotels so room guests would have wifi access. Marty has a great reputation both in California and Nevada. He is a people person and I do not know anyone that does not like him. His biggest quality is commitment to excellence and success as well and establishing long term relationships.

Whenever we went out at night, Marty was always the most generous person in our crowd. He would pay for all of us without anyone even asking. He would also buy food for homeless people when we're out eating. Marty is a very thoughtful giving person.

Above all, he is a great father. I'm not sure where his daughters would be without him. They are his life and he is theirs. Marty always made sure his daughters have everything they need to be safe and successful.

Personally, I will never forget how Marty helped my wife and I when we were having our baby shower. He opened up his house, hired workers, provided all the supplies, gifts, food, drinks etc in making the baby shower a complete success. My wife and I were recently married and Marty's contribution really helped my wife and I get prepared for our newborn child as we did not have any family support or finances. Marty is a true friend. I know no matter what the court says, Marty is one of the most honorable, giving, positive, and honest person I have ever known, and I know he will somehow turn this negative situation into a positive, as well as a tremendous learning lesson.

Regards,

Arash Dadashazar

737-215-7737

6-22-2024

To the honorable Judge Oetken,

My name is Ashley Davis. I have been Marty's girlfriend for 4 years and probably the closet person to him. I am expecting my first child with him September 10th. I am sure you heard my name in the trial and saw me present there from beginning until end. I apologize in advance for the length of this, but I humbly ask you to read its entirety, as I feel there's a lot you should know when considering your sentencing.

I was born and raised in Las Vegas, 3 generations. My mother passed away when I was 7, and I was my father's only child. Growing up was tough after her death, I don't have much family other than my grandmother in Texas (who is now 104) and my dad struggled to get by. He was in a horrible car accident in the 2000's, hospitalized for a year, and disabled in many ways ever since. I started working at 14 years old after school to help my dad and try to make something of myself. I was a straight A exceptional student in all AP classes and wanted to go to law school, was accepted in many great universities, but declined due to my dad's financial situation and the need to work to help support him. Unfortunately, with not much guidance, and since 18 was with a very toxic PERSON for over 10 years. I did however work my butt off, learn the ins and outs of business, and have had success in the car business since 2015. On a personal & emotional note, I was in a very bad place, I was extremely unhappy and saw no way out of my relationship, until Marty came into my life.

Marty and I met working across the street from each other in 2018. At the time my car dealership was across the street from his main internet building in Las Vegas (a bad area of town) We saw each other across the street for years, but never spoke, there was a tiny Mexican restaurant/shack next to me I would regularly eat at, and one day Marty was too. We sparked a conversation. We became friends immediately and talked every day, I never really had anyone to talk to about my personal situation. Marty was so genuine & made me feel comfortable, and I laid it all out to him how bad of a relationship I was in and needed to get away. He right away started thinking of a game plan to help me. It was a mess. Marty wanted or expected nothing in return from me, which was shocking. My ex was basically an obsessive sociopath that didn't want to allow me to leave. He caused Marty many problems, which he should have run & steered clear away from me then but he delt with it for me, my ex put him through hell, even stole a great deal of money from him, but Marty stuck it out with me until I got away. I had a lot of issues I didn't see at the time emotionally due to my ex and as much as Marty hated it he helped me see them and get past it. But eventually I was able to leave with Marty's help, and Marty and I fell in love very fast and were inseparable from that point on. We went through a lot of trials and tribulations, but I account our success to him being such a good man, extremely (sometimes too honest), loving, a listener, nonviolent, doesn't yell, when mad he talks things out maturely, he's gentle, when he's wrong he admits it, he changes for the better to move forward, he's positive and always wants to find a solution for any problem, and he always makes time for me no matter how busy he is.

Your honor to understand why and how Marty got himself into this mess is to understand Marty Mizrahi the man, and 1 day on the stand is impossible for you to understand him. So, I'm going to try my best to tell you.

When I started to get to know Marty, he was like a Unicorn. I didn't believe what he was telling me, because it didn't make sense. He told me he worked up to 20 hours a day, rarely slept, never drank, never did drugs, never smoked, was a vegan, a full-time dad to 2 daughters and took care of his parents who lived with him the last 30 years. Marty has a very kid like presence to him. He's

extremely mature when it comes to life, responsibilities, fixing things but his emotional maturity is sometimes that of a child. He's like daddy day care. He loves watching cartoons or kid movies and he loves playing games with his kids and their friends.

Marty has hundreds of friends and is still best friends with a lot of his childhood buddies. They see and talk to each other all the time. All these things were unheard of to me from someone as successful as he was. He also described unique personality traits of his, that all sounded unbelievable. An example he said "I don't lie" I might hurt your feelings but I'm always honest and also I don't exaggerate much" I thought this guy had to be full of it and "sure that's what they all say". Another quality of his that I admire is he's always done things "by the book". I've even come to him with ideas, or great opportunities with huge financial potential, and he sees 1 small thing that might be wrong and immediately exiles it out and says no. Even his daughters, he doesn't let anyone take the shortcuts and advises me and everyone on the "correct way to do things" Financially I've never seen someone more meticulous with their taxes and wanting everything done perfectly. He has them triple checked by I think 3-4 people to make sure they're perfect every year. He never wants the easy way out, or the quick money, he wants to work for it no matter how hard something is. Until more time went by, and I witnessed everything he said to be more than true. It was truly shocking, I had never in my life met anyone like him, he was truly one of a kind, an ANOMALY. He underexaggerated most of what he told me.

Marty is a family man. He has 2 beautiful, smart, kind daughters Autumn and Kylee. If there were awards for dad of the year, I'm confident Marty would be a reigning champ. He would also win for son of the year for everything he does for his parents. No matter what is going on, he will usually drop anything if his family or I need him. He has physically and emotionally done the world for me, and I could never be as grateful for someone coming into my life as I am him. Beyond our relationship, He is truly my best friend. He is the most reliable man I've ever known to everyone. His word is gold. He is my confident, who I go to for advice, my problem solver, my personal accountant, my fix it man, my dog's dad, my father's son he never had, my emotional support, my therapist, and I genuinely have no idea what I am going to do without him, and it breaks my heart into pieces to think of that future. I went through 10 years of hell, to for once in my life find someone perfect for me, I want to spend the rest of my life with that makes me such a better person, and I now may lose him.

Marty is one of the most selfless, hardworking people I have ever known. He will work endlessly to solve problems, help employees, figure out solutions to problems, or even to do a physical labor job installing something. No job is to "good for him" He has a genius brain when it comes to technology, internet, taxes, numbers, and business. I've never seen a "boss" to his employees so incredibly respected and held to such a high regard as Marty. I have seen him throughout the years help so many of his employees with their personal lives. Whether it's a customer service employee who needs surgery and doesn't have coverage. An employee who is behind on rent and bills. If an employee wants to lose weight, he'll give them a gym membership and hire a personal trainer and teach them how to eat clean. When his employees want to venture out and try new things, Marty always hears them out, and gives them advice. People who aren't afforded many opportunities such as people who have struggled with addiction or criminal backgrounds, he'll give them a job with no judgement. Phil is a great example. Phil was in and out of jail & addiction, and Marty gave him a job. I don't remember how many times Marty put him through detoxes and rehabs (along with countless other people) Phil took care of Marty's buildings, helped in any physical job needed, and even helped Marty's friends and family move when they needed him. Marty did so much for him, even after he was caught stealing, Marty made

him pay him back and then Marty started helping Phil get custody of his kids back, bailing him out of jail, buying him a car, giving him and his kids a place to live. Marty always saw so much potential in Phil, he kept giving him more chances.

I can't tell you how many homeless people I've seen Marty "hire and take care of" Even just to clean the trash up from around his buildings. I've seen him give them cellphones, clothes from his closet, and always meals and waters on his way back in the office. Lonnie is an example and has been around the longest at Marty's office for years. Lonnie is a gentle sweet homeless man. He's been down on his luck for years, and Marty treats that man the same exact way he treats the COO of his company, with kindness and respect. I think Marty single handedly brought a spark back in this man's life and it's a beautiful thing to witness. He gives people chances, some probably that he shouldn't in my opinion. He loves to help people and he says that all the time. I know that sounds cheesy, but it's the truth. He truly enjoys and goes out of his way to do whatever he can to help people, even if he doesn't know them, he'll go the extra mile. I remember when we started dating, we left a restaurant early because of a call he got at dinner. Marty said we had to go run an errand. We drove 30 minutes to a horrible side of town to give one of his employees that needed cash for something for his kid's school field trip the next day. These little things he did always stuck with me. I also remember being at his company's annual holiday party about 4 years ago. A guy named Tony and his wife came up to Marty and I and began thanking Marty with tears in their eyes, they explained to me "Marty saved my husband's life" The story is Tony & his wife told me Tony was extremely sick and unhealthy in and out of the hospital. Marty got him insurance that he didn't have and intervened, forced Tony to quit smoking cigarettes, and worked with him daily about his diet, went to the gym with him, and trained him. Tony told me he was alive today because of Marty's intervention. I could tell you 100 more stories of people I have encountered throughout the years with Marty that he has done the most beautiful things for. I have heard from his friends other stories and I could only imagine the stories of everyone in the 45 years before I met him and how many lives he's truly touched or changed for the better.

Marty having some of the most incredible & selfless qualities a human could have, comes with his downfalls. He can be naïve and completely over trusting, he believes things on the surface. But for someone looking to take advantage of Marty and his money, he is sometimes an easy target. I've seen people do it, I've heard of past women who have done it, business partners, friends and even family members all have taken advantage of him and taken his kindness as weakness, which to me is one of his biggest weaknesses. I've always said he is the Smartest Stupidest person I've ever known. I know that's hard to believe considering the caliber of his success. Reading, contracts, paperwork, comprehending what he reads is hard for him, letting people take advantage of him easily. If I send him a text or email more than a sentence or 2, he will either skim it, won't read it, or get back to me way later. Something in his brain can't comprehend long or drawn-out words. I've had to read and explain things to him many times for him to truly understand it or give multiple examples. I also must follow up with him sometimes 2-3 times, because he forgets, and deletes emails if they're too long. In his defense he was always extremely busy, he gets about 400 emails a day, works all hours of the night and his management and delegation of that is admirable. He also always has so much going on, 5-10 meetings a day on top of a huge workload. He has people constantly in-n-out of his office with business opportunities/investments/ideas. I've seen him turn down hundreds of people, but I guess occasionally, a few slip through the cracks like Joel. I think it was because he knew him for so many years as a "friend". This has dramatically changed since this case, his schedule isn't anything like it used to be and he stopped accepting those meetings, thankfully he's had a great

team of employees through the years that have made up for his weaknesses, because he has so many strengths. For someone who loves him so much, it has driven me crazy to see people take advantage of him, and seeing things I wish he did that he didn't.

In 2019 I learned Marty invested in a car dealer. Marty's plan was eventually to have me leave where I was and run that much bigger dealership. I started asking Marty questions thinking things were off with the amounts he was giving him, and what he was telling Marty in return. I don't know internet, or bitcoin, or real estate but I know the car business. When I raised a lot of concerns I had, Marty immediately told me Well there must be an explanation Anderson the owner of the car lot would never screw me over. I said stuff wasn't adding up. Turns out, as I suspected, it was all lies he wasn't buying cars with Marty's money, he was living lavish spending money at jewelry stores, vacations, shopping, etc. Marty was almost ready to give him another $500k when I caught this. He still wanted to believe Anderson didn't have bad intentions, when I told him he needed to prosecute. The guy tried to steal Marty's vehicles and it just went downhill from there and Marty lost about $1 million.

Marty is someone who chases accomplishments and success but never money. I remember the opening statement in the government's case was "this case is about greed" That couldn't have been further from the truth. Marty doesn't have a greedy bone in his body. (Definitely Frugal) but he's the most generous person I've ever known, to a fault. I can't even get him to buy a $100 shirt to go out to a nice event, he would rather go to Ross. He doesn't care about flashy stuff at all. He's always been financially secure with his internet business, that the side businesses he invests his time and money in for the thrill of building something new and seeing it through from start to finish. He likes accomplishing things people think he can't. That's why he has entertained and invested in so many different things, he loves hard work and seeing things through. He also loves to employee people. He has never done it for money or been greedy.

Marty had it pretty rough at the end of 2020 right when all the Joel Zubaid stuff started. He normally doesn't show his emotions or express concern, but back-to-back to back he had major things happen. His brother died which I know crushed him. Then his assistant for over a decade Rachel died and she literally helped him with everything. She was Marty's right hand in his business and personal life, so I know that was really hard on him, he had to start doing a lot himself that he had never done before. Then he also got really sick with Covid in January of 2021. He was down for over a week and took him quite a while to get back to normal, he had major brain fog. In December of 2020, Marty went to a local casino to pay for damage to one of his company cars and was attacked by four men. It was bizarre, and I couldn't believe this happened to him. Since that point he wasn't the same, he was in constant pain, he had a hard time sleeping, he had nightmares, he wasn't his normal happy fun self, he had anxiety, sexually he didn't want to engage, seemed like he wasn't listening when I was talking, His mind wasn't clear, the biggest part was he was forgetting things left and right, and it truly affected him and our relationship suffered because of it. Literally a month after the attack is when he started doing business with Joel.

Your honor, I am one for Justice and law and order and I believe criminals who try to hurt people or steal should be punished, but what I don't believe is someone who is naïve and blinded to suffer being charged and facing sentencing that of a nationwide drug kingpin. Marty has suffered nothing but losses for the last two years, is someone who takes care of dozens of people, someone who's employed hundreds, someone who has dedicated his life to giving. I don't believe someone like that should rot in prison. The losses Marty has suffered from this case are more of a lesson of any lifetime than prison could ever come close to teaching him. Prison will not reform

him in any way, it will just halt the good he can do in the world and keep him away from all the people that need him the most. It would just be breaking up a family that doesn't deserve it for no good reason. In the five years I've known Marty he has always had a positive attitude and tried to look at the good in things, but I can assure you this was the most eye-opening awakening he has ever experienced that has dramatically changed the course of his life forever, and I can assure you he has learned from his mistakes. He is aware now of all the mistakes he made, he's apologetic, regretful and understands the severity of what those mistakes have cost him and will never put himself in a situation like that again. Since the trial, he doesn't engage himself in anything to do with cryptocurrencies or cash, he doesn't overlook messages or emails, he doesn't put himself in positions that would even remotely put him at any risk and most importantly he is done being naïve and trusting people's word.

Throughout the last 4 years with Marty, I've struggled with infertility. We got pregnant a few times and had miscarriages early on. In January I received a positive pregnancy test. I figured the outcome would be the same as in the past. Especially with the stress of the trial and outcome. I thought I had a miscarriage the day the verdict was read, I had all the symptoms. A month later back home in Vegas I found out I had a healthy little boy almost 4 months, probably the happiest & scariest day of my life. I would have never thought in a million years this would be happening at the worst possible time it could. The man I know & love, the man that made me change my mind about trying for kids, is now facing potentially my unborn child's entire childhood in prison. Fatherless homes are the reason for so many horrible statistics of boys making bad choices, I don't want my son to be another statistic, not by the choice of his father not being able to be there and do the things I am unable to for him. Every kid needs their dad, especially a dad like Marty who gives his all to his kids and prioritizes them in every way despite his hectic schedule. Even with this conviction on Marty's name, I couldn't be prouder of him being the father my son can look up to and I have zero shame in him for this circumstance. Marty is not a criminal; he couldn't be further from one, he just made some big mistakes. He's a genuine great man that's gone his entire life doing the right thing.

I also saw how incredible he was with his parents. It's not often you see people still have their parents live with them and keep them so close and involved in his and the girls' lives. His parents are amazing, truly a fairytale story of love. Marty is literally their world, and I know they live for their weekly family dinners and outings with him. The family Marty has built and maintained is truly admirable.

At some points in the trial, I thought I was in the twilight zone. I was hearing testimony about a "violent man, a money collector, a thug, a man who beats people up" because that couldn't be further from the truth of who Marty is. Marty has never even been in a fist fight or even remotely showcased any type of violence or intimidation whatsoever towards anyone. I would be the one to get into an altercation standing up for him before he would for himself. This man wouldn't hurt a fly. He instead would de-escalate a bad situation to a good one. Marty turns every negative to a positive as best as he can and always talks through things. Marty is a talker, a problem solver, and a solution-based arguer. He is not a fighter. I remember the testimony and proffers David Goran and Joel Zubaid did saying that Marty had kidnapped and beaten Andrew Demaio. For months we had been trying to subpoena Andrew Demaio unsuccessfully. Andrew Demaio told our investigator the FBI had already interviewed him. When we asked the government about the interview, they then provided a handwritten FBI note taken during the interview of Andrew Demaio stating he had never been beaten or kidnapped and never heard of Marty Mizrahi. It was mind-blowing to me that the lie was able to be told, and we couldn't do anything about it. There were so

many other instances just like this in the trial. The prosecution did a great job in this case, they painted a story of a greedy fraudster criminal who intended to defraud and steal from all these people. If I wasn't present during the time of these incidents and I didn't know Marty, I would have thought he could have been guilty of a few things too. But I was there, and I do know Marty. Therefore, their win is that much more heartbreaking

Other things I heard in the trial is that Marty knowingly was laundering money for a Mexican drug cartel. Marty would never. He hates anything to do with drugs. His brother died from drugs, he's lost relationships with his daughters' mothers, and friends due to drugs. Marty is the most anti-drugs or anything that comes from drugs. He won't even watch a lot of movies or documentaries with me if its drug related and children involved, because he hates seeing or hearing anything to do with it. If someone even smokes a cigarette around him, he asks them to leave or he leaves. He would never involve himself in something he morally and on a regular basis stands so against. No amount of money in the world would ever compromise that. So there's no way in hell he would EVER intentionally be involved in anything from the sale of drugs. I've been around this man almost every single day for 5 years. I have never ever seen people like the type described in the trial, especially never in his home other than Joel. Joel came around a lot, and only with who he said was his driver, but he never talked. I saw Joel mainly at Marty's house, his office and restaurant once. After being present for so many of the times Joel came around, I would never ever think something illegal was going on. It was always Joel saying, "his new big investor, a big political person, a real estate developer, a hotel chain owner" telling Marty of his wealthy investors, talking about real estate and bitcoin, and buying a building together to build Marty's crypto plan. Never ever did I hear a conversation about laundering money, fake credit cards, drug cartels. It always was above water conversations, but Joel did sound to me like a car salesman.

I was suspicious of Joel. I felt he was always "overselling" Marty these huge dreams. Joel knew Marty was screwed over in his partnership with Core scientific to build his dream huge crypto mining facilities and operation. He used it and he ran with it. I felt he overcompensated with storytelling, and he played off his knowledge of Marty's nonstop busy schedule and day to day operations. He soaked up every word Joel said to him, and nothing could have made him believe different at that time. Marty would say "this is my friend I've known him 10 years, he's very successful he owns a hotel, a big real estate guy who owns 30 properties in CA, he's connected to a bunch of highly respected wealthy people, Joel would never screw me over" when Marty believes someone I've learned, gives them the benefit of the doubt & sadly there's not much convincing him different unless you have black and white evidence, like I did with Anderson the car guy. Marty was the perfect mark, he's so easy to screw over sadly when he thinks you're his friend. I highly regret not putting more of a foot down and forcing him to see red flags with Joel as they were coming in. But I don't think I even (the pessimist/untrusting person that I am) could have ever saw what this situation became. I would have never thought Marty would have been arrested due to those transactions. I've seen Marty do hundreds of bitcoin transactions over the years, and Joel just seemed like all the rest of them (with the wild big dreams/stories attached) After seeing the governments discovery and watching Joel on the stand in this case, I now know that Joel was a career con man. He did this for a living, hurting, lying and stealing from anyone he could with false promises & made-up stories for decades, for Joels financial gain. The biggest red flag I saw was my bank account. I remember Joel convincing Marty the only way he could receive money was through a Wells Fargo account that was "active over 10 years" that's why he asked to use mine. Then when he asked for the login details, I immediately was suspicious. I tried explaining to Marty there is no way he would need all this to send you money.

Marty called Joel in front of me asking all my questions. Joel gave this crazy elaborate story how his investor/client was out of the country and the only was it would work is if he logged in and sent some request. I mean it was crazy, but Marty totally believed him. Not a shred of thought that it was a scam. Then when the money was taken out of my account, I made him call Joel again, as I was furious. Joel told Marty he got scammed, and this guy screwed him over, blah blah blah. Another thing I thought was total BS but Marty believed "his friend" and said he wouldn't have done this on purpose that guy had to have scammed Joel. He just doesn't see it like a normal person would because he wants to give people the benefit of the doubt. Why on earth would Marty have used his LV.Net bank accounts and merchant accounts through his very successful business that has tons of money coming in at risk for something that was fraudulent such as credit cards or stolen money? Unless he didn't actually know they were fraudulent. Any business owner knows when you run a credit card, if anything goes wrong, you're responsible for the chargeback and fees and they will take it out of your account, it's happened to me with customers before. Unless Marty was going out of business and had no money coming in and planned to shut down there's no way he would have used his accounts that he had a 100% responsibility to pay back if something went wrong. He would have never put LV.Net in that jeopardy. He's spent most of his life building that company to what it is.

I wanted to testify in Marty's trial. Marty's lawyers thought the government would do anything they could to manipulate and twist my words. Marty would not allow me to take the risk, especially with my pregnancy, and everything we had gone through before with the miscarriages. He didn't want the stress of it to hurt me or affect me in any way. I truly wish today I hadn't listened to either of them, and I went and told the truth of what I knew. It is the most infuriating thing to hear lies and fabrications of stories you were witness too that never happened.

The repercussions from Marty's arrest have been ongoing since and he has suffered so much already. He has lost millions of dollars, his reputation, his good name, his respect, his stance in the community, he's lost every credit card, every bank account, my banks accounts, his parents and daughters bank accounts closed, all his loans, his business he spent 30 years building and was his world, kicked out of almost every hotel/casino in Las Vegas, kicked out of his associations he was a part of, his daughters being affected in school, his clean track record, and so much more. It seems like more new losses come about every couple of weeks. The loss of the trial was the biggest gut punch anyone could take. I wish he could go back and do so many things differently. I wish we had presented a much better case and had shown so much more evidence of Marty's innocence, but we can't go back in time now. I also wish Marty wasn't so stubborn in the sense of denying a plea deal, because he was so adamant about proving his innocence. I don't think any of us thought there was a chance we would lose, because of how inconsistent Joel was and how many times he changed his story. Marty and I didn't understand the federal court proceedings and evidentiary laws that prevented so many things from being seen in court. It was truly heartbreaking, this outcome, and so unexpected. Marty fully takes accountability for his actions (or lack of actions) that led him to this outcome. He is guilty of overlooking red flags, of TRUSTING Joel Zubaid, of being naïve, ignorant and believing what was told to him, clerical errors and not doing perfect paperwork, & of not questioning more.

One of the jury members even found me on social media a few days after the trial and messaged me that he looked me up during the trial after hearing my name and felt bad for Marty, and "he didn't feel right about the whole thing and wasn't convinced' he just thought Marty's lawyers did a bad job, didn't present enough evidence and the government presented such a great case.

As I am writing you this letter crying telling you about the man I love, 7 months pregnant with his unborn son, I am terrified. I usually say I'm tough and can handle things, but I can't. I am terrified Marty is going to have to suffer, and possibly be in any danger in prison because he is not cut out for it, never see his elderly parents again, especially his mother who has cancer. I am terrified of the possibility of him missing huge milestones in his daughter's life, like walking Autumn down the aisle at her wedding, or Kylee's college graduation. For 2 little girls at heart (which they are) my heart breaks into pieces for them to lose their dad, who is their world. I'm terrified for all the people that Marty helps and supports will lose their way without him. I am terrified that I won't be able to do it alone and for my son to not know his father; he doesn't deserve that. I am terrified of Marty missing life with me, and me not having my other half & best friend. I don't think I'll ever find it again and I don't want to. You have Marty's life in your hands, and I pray you make an extremely lenient, compassionate decision.

I beg you to consider every possibility to help Marty. Please Invision Marty as not the perpetrator. I promise you won't ever regret it. I know this is a huge weight on your shoulders and must be one of the toughest parts of your job. I beg you not to believe a career con man who's lied his entire life to only benefit himself over an honest hardworking man with never a bad remark on his name and who's always made the right choices. I beg you to consider the pros and cons of Marty's imprisonment, because the cons very much outweigh any pros. Please your honor, don't let him leave me too long. My son, his family and I need him desperately. Please have compassion and mercy.

**07/16/2024 UPDATE**

This is an update to the letter above. I apologize but it is too hard for me to go through and edit out certain parts above. A couple of weeks ago, leaving a Dr appointment for my pregnancy where I received results that my son was in perfect health, I had quite a lot of blood drawn; leaving that appointment I got extremely weak and lightheaded because I just found out I am I'm anemic. I went into a sandwich shop to get something to put in my system to feel better, I ended up fainting and falling hard into a marble counter and rock wall and was injured badly and when I got home got extremely sick. I woke up the next day and didn't feel the baby moving. Marty rushed me to the hospital, the doctors said the baby had no heartbeat and they induced me into labor. I was in labor for over 2 days, delivered a still born and devastatingly we lost our son. His name was Ace Mizrahi, he was 4 pounds and 18 inches, he was so handsome and looked just like Marty other than Ace had a full head of hair. We had to fill out a birth and death certificate at the same time. Having to go through the process of labor, afterwords, and the after physical effects women have after giving birth all with no child is beyond depressing. Losing the stomach that had gotten so big after 7 months, and not feeling any kicks anymore. Trying to keep it together right now is extremely difficult. Writing you this letter is even more. Walking out of the maternity ward of the hospital without a baby is something I wouldn't wish on my worst enemy. Coming home, to the nursery Marty recently painted, set up and decorated for Ace is more devastating. I have to walk past it every day now and can't stop crying every time. In addition, I had blood clotting issues after the birth and have had a rough recovery. We've had to go to 2 Dr appointments a week since. Physically and emotionally, this is the hardest thing we have ever gone through. This has shattered Marty's heart in pieces, seeing his pain makes it even harder for me, because he was more excited than I was to have a baby. It's all he's wanted since we got together. The first picture I ever sent

Marty of myself the week we started dating, his reply was "who's that? The future mother of my kids?" Marty talked to Ace everyday through my pregnant belly and I would put his hand there to feel his kicks all the time (he was like a little ninja). Marty is trying to be strong for me, trying to keep me from falling apart daily, and I know it's so much on him to do that. This loss was beyond shocking, unexpected and life altering in the worst ways. I don't know what I would do without him right now, he's the only person in my life that understands what I am experiencing, because we went through it together. Your honor, we did not want to mislead you, and potentially have you decided his sentence under the impression I was having our baby in September. After losing Ace, I've experienced a great deal of emotions and ups and downs. One thing I realized is I've now never wanted anything more than a child. Everywhere I go, If I walk past a baby or a little boy, I breakdown and wish I had our Ace, I know you must sentence Marty to prison but maybe you can give him house arrest or a lighter sentence. I beg your honor to please allow us the opportunity to have a family. I am at an age where I don't have much longer to have children especially with my difficulties in the past and I so badly want to have 2 kids close in age. I was an only child and growing up I wished I had a brother or sister. Marty is the love of my life, and after what we just went through, I feel even more deeply connected and dependent on him and his love and would never even think of the possibility of not having him as the father to my future kids. If you can search in your heart and find compassion, I would be eternally grateful. The length of his sentence is also my sentence. If you gave Marty home confinement or minimal jail time, he would be family focused moving forward. We would as soon as possible try to have a baby, then shortly after another and raise our family in a positive loving healthy environment. He would continue to do so much good and help so many people, spend time with his daughters, parents. Continuing to go to chemo treatments with his mother, he would be able to help me with the car business and a healthy dog food meal prep company we planned to do. We will just live a normal productive life. He will never ever make the same mistakes again. Please don't take away the chance of not being able to have what we just lost. I need him now more than I ever have.

Thank you so much for reading this.

Please call me if you have any questions.

Ashley Davis

725.251.7366

To the honorable Judge

My name is John B Davis. Marty and my daughter Ashley have been together for over 4 years now. Marty and my daughter are pregnant with my first grandchild, and I couldn't be more excited. I really never thought the day would come. I consider Marty like a son I never had. He is amazing to my daughter, and he is also amazing to me. I am so thankful my daughter has such a great partner in her life and to raise a child together with. When they told me the news I said this is the happiest day of my life. I never thought my daughter would have a child.

My wife Linda, who was the love of my life, passed away when Ashley was 7, and she is my only child. It was just me and her for most of her life. Ashley was always the smartest in school and I knew she had the potential to do big things. I was in a bad accident, hit head on by an armored truck in the late 90's then following 6 major back surgeries which left me with disability. Ashley has been able to help me since she got out of high school, which I'm very grateful for. I really don't know what I would have done without her. She dated someone for a very long time, that made her really unhappy and always stressed, and I didn't see her much, she worked really long hours at the car lot, and he was always creating problems for her. I rarely got to see my daughter because of him unless I went down to her work. It wasn't until she finally got out of that relationship and met Marty that my daughter and I relationship changed a lot. She was finally happy, way less stressed, we started spending much more time together and would go every few months to Houston, TX to visit my mother. I am so thankful to Marty that I basically got my daughter back, and he always invited me out with them, to dinners, to his home and always included me like his own family.

I moved in with my daughter around this time when she got her own house away from her ex. I really started to get to know Marty then since he was always over the house. He always treated me with the upmost respect and most importantly he treated my daughter so well. I don't have many friends or family, and even though I'm sure it's annoying Marty will always spend time with me and entertain my ideas or listen to everything I have to say. I truly enjoy my conversations with him and learning from him. I probably call him a little too much, but he's stuck with me now that he's the father of my grandson. I will admit I don't have much of an education, reading writing and math isn't my strong suit. Marty always helped me do anything I needed on the computer. When I can't connect my phone to the car I would stop by Marty's office, and he always came out and helped me. He did my taxes for me the last few years. If I have questions, Marty always answers his phone, if I call him anytime he answers, even if he's busy he will always call back. If I needed to fix something around the house or move anything, Marty would always offer to do it. My daughter and I, with our dogs, recently moved to a new house so we have a room for my grandson and Marty did almost everything. He could have hired people, but he made sure Ashley didn't lift a finger and spent 4 days moving everything perfectly for her. I also can't lift or do anything with my back, so he assembled my bed for me and set up all my stuff. He Is very well mannered and untemperamental. I have never heard him raise his voice or say anything rude. I have never seen him get mad or upset. He talks to you like a human being no matter what and tried to help you understand in a calm way. I sometimes

have issues understanding things initially, but Marty has always been so patient with me and helpful. Even if my daughter and I have a small altercation or disagreement Marty always calms one of us down, deescalates and helps us resolve it. He is a breath of fresh air compared to her last relationship.

I know Marty was convicted of some very serious things. I can't wrap my head around it. What I've read, and the man I know is completely different. He has always been a very straight and narrow honest man since I have met him and a hard-working businessman. I don't believe Marty committed these offenses; I think there is some major misunderstanding or Marty somehow got duped. Even so, with this conviction I am still proud to call Marty family. If I could have had a son, I would have been honored for him to be Marty. He is a great man and there is no court that could convince me otherwise.

My daughter's happiness, his wonderful parents and his respectful sweet smart daughters he raised are an example of who Marty is. How he has treated my daughter and me and continues to be so supportive is who he really is. He makes her better, he makes her happy, he does the world for her, he is a hard worker, an honest businessman, a family man, respectful, caring, and someone I have grown to know and love like a son. I want to see my daughter and my grandson have what I got to experience with Ashley's mother, a happy family together. I am getting old and can't do as much as I would like to, my grandson will need his father for that, and my grandson will be lucky to have such a great father I know Marty will be. She needs Marty, I am worried for her without him. She went through a lot throughout the years, she finally found a good man that she's been building a life with and creating a family of their own together, I only hope you allow that to continue.

I couldn't talk more highly of Marty and couldn't think of 1 bad thing to say about him, that says a lot. He is a good man who doesn't deserve what he is going through, and I only hope you are as lenient as possible with him. Please don't break up this family. Please allow him to come home and be with us.

Thank you,

John B. Davis

Dear The Honorable Judge Paul Oetken,

I Mark Del Castillo am writing this letter, to provide a character reference about Mr. Martin (Marty) Mizrahi. I have been employed by LV.Net for nearly three years, with Mr. Mizrahi serving as my Director.

## Contributions to our society

Mr. Mizrahi is an Internet pioneer in the telecommunications industry, and his achievements have been well-recognized and documented by numerous state and federal agencies across Nevada. His generous contributions and willingness to provide affordable and free Internet to un-served and underserved communities is a testament to his kindness and compassion for humanity. Mr. Mizrahi is a visionary who took financial risks to provide affordable Internet to remote areas in Nevada, where other ISPs were unwilling to invest due to high costs and small profit margins.

During the Covid-19 pandemic, Mr. Mizrahi told his employees, I will fight for your future and keep you employed during these difficult times of uncertainty, and he kept his word. Mr. Mizrahi has consistently provided employment opportunities to individuals recently released from prison, even when other businesses turned them away; he believes in giving people an opportunity to empower their lives. Mr. Mizrahi also collaborates with state agencies to employ people with disabilities, focusing not on their limitations but on their qualities and contributions.

Mr. Mizrahi is also committed to providing employment opportunities for foreigners through the J1-Internship visa program with much success; some of his interns became citizens and now have their own families while thriving and contributing to our economy. Mr. Mizrahi is well known for paying college tuition for many employees; he has helped numerous people pay their debts, Therapy, Medical expenses, Professional licensing, and vehicles for transportation.

Mr. Mizrahi’s philanthropic approach to life is motivating to witness, he has donated his time and finances to charitable causes throughout Las Vegas, perhaps too many to list. His willingness to help others is unmatched and quite honestly an inspiration for so many.

Mr. Mizrahi is very well known in Las Vegas as an entrepreneur and a leader in the Internet Technology sector, he is one of the most unselfish people you will ever encounter, and his passion for mentoring the next generation is his way of giving back to society.

## Assertions

I can confidently say that Mr. Mizrahi is one of the most generous and compassionate individuals I have ever encountered. I have witnessed employees under his leadership break company policies to an extent that would typically result in termination at most companies, yet Mr. Mizrahi always told me “I am not in the firing business, I am in the fixing business, I enjoy giving people opportunities to correct their mistakes”. He enlightened me on the importance of providing people with the opportunities they need to improve themselves. I am very grateful and honored to have him as a mentor.

Mr. Mizrahi is an extraordinary individual (anomaly) with a truly unique work ethic. He works seven days a week without complaint. When I asked him why he doesn’t travel more, he replied, “This is my life, this is what I love to do.” hard work and dedication pay off when one's heart is in the right place. His relentless drive to overcome adversity is both inspiring and contagious.

Mr. Mizrahi's thoughtfulness and compassion for helping those in need are admirable. He genuinely enjoys helping others without expecting anything in return. In my opinion, his investment opportunities were always driven by his desire to provide his employees and loved ones with a brighter and limitless future.

I understand these unforeseen circumstances have had a profoundly negative impact on Mr. Mizrahi's life, altering his trajectory significantly. Being separated from his daughters and parents will be especially challenging for him, given their close relationship.

When I first met Mr. Mizrahi, he called me "buddy," which felt unusual given that I am an adult. However, as I got to know him and understand his caring nature, I was drawn to his heartfelt way of communicating. It's in his essence to treat people with kindness and respect.

## Final Statement

Throughout my life, I have ministered and preached the Word of God to thousands of people across the United States and in some foreign countries. I established a non-profit religious organization and a Christian university campus in Oregon to expand the kingdom of God and develop new leaders.

During my ministry, I had the privilege of assisting many individuals in overcoming difficult challenges and forming a purpose-driven life. In my opinion, Mr. Mizrahi has always been a transparent and honest person; his conviction seems entirely unlike him. Throughout the time I've known him, he has always adhered strictly to the laws and rules that govern our society and legal institutions.

Honorable Judge, I am deeply saddened by Mr. Mizrahi's current legal situation. I urge you to exercise leniency in his sentencing with compassion and wisdom. I am confident that Mr. Mizrahi will learn from this experience and emerge as an even better person.

In times of difficulty and uncertainty, hope serves as our guiding light. It reassures us that even the darkest nights will eventually lead to dawn, and every challenge holds the potential for a better future.

Thank you for allowing me to express my heartfelt gratitude for this wonderful man we all know as **Marty**…

Sincerely,

Mark Del Castillo

Dear The Honorable J. Paul Oetken;

My name is Vanessa DelMuro, and I am the Managing Director of a talent management company called TalentX. I met Marty in 1994 while I was an executive at a computer peripherals company; Marty was the owner of a small computer business in Las Vegas and was one of my top clients. During this time, Marty became a close friend and remains one to this day.

As long as I have known Marty, I have always considered him to be an honest and loyal person. During our business relationship, he remained a steadfast client and, from what I observed, a generous and fair boss to his staff. He is also one of the hardest workers I have ever known. I often observed him falling asleep when he had time to sit still for a moment because he had been working so many crazy hours. This work ethic has carried on in every business venture he has had since.

After moving on from his computer business, Marty started LA.com right at the beginning of the dot-com boom. I have observed Marty to always be one step ahead of business trends, and this was no exception. He created a lucrative business with LA.com that he eventually sold for a sizeable profit. During his time running this business, I again noticed the regard his employees had for him and the level of work they put forth in helping to build this business. His ability to get high-quality work and output from such a young staff is a rare thing and, in my humble opinion, says a lot about his good character.
Once Marty finished his time at LA.com, he moved back to Vegas to start LasVegas.net, where he built yet another successful business. I saw that several of his key employees continued with him there, and he had a similar effect on new team members, where I could see how hard they worked for Marty. They liked their jobs and seemed to have fun working for him.

On a personal level, I've gotten to know Marty very well. He has always shown great generosity to me and those I care about. He has hosted me and my friends at his home on multiple occasions while we vacationed in Las Vegas. Not only did he open his home to me, but he would pick us up from the airport and entertain us to ensure we enjoyed our time there. He has also shown my friends and family the same hospitality during their visits, even when I haven't been present.

During my visits to Las Vegas over the years, I got to know Marty's family, including his parents and children. They are all polite, kind, and hold Marty in high regard. Marty has been providing for his parents as long as I have known him, including the home they reside in. I have also observed that Marty is an excellent father to his children. He has always prioritized them and their needs as much as a father should. He is the person that keeps his family together and grounded.

Marty is one of the best people I know. He is certainly quirky, but that's what makes him unique. I have never seen him drink alcohol or do drugs. Most of his friends have been longtime friends, which again says a lot about his character.

It truly breaks my heart that Marty is going through this because I don't believe he committed these offenses. I believe he is a victim. But rather than relitigating anything here, I am hopeful that leniency is shown in his sentencing. This is so outside of anything within his character. Someone who is so kind and generous and such a strong pillar of the business community should be allowed to continue being a positive impact those around him. The city of Las Vegas should continue to benefit from his businesses based there. Beyond this, his children and his parents need him in their lives, and I worry about the emotional toll his absence will create for them. Marty has already been ostracized from many parts of his community and has been shamed by the accusations in this case. This, combined with the financial cost he has already paid, feels like punishment enough. I know he has already learned so much from this experience and will turn those learnings into something positive for everyone around him.

Respectfully,
Vanessa DelMuro

To the Honorable Court,

I am writing to offer a heartfelt character reference for Marty Mizrahi, whom I have known for the past three years. During this time, I have come to deeply admire Marty's unwavering integrity, steadfast commitment, and honorable nature.

Our paths first intersected amidst a tumultuous situation involving my ex-business partner's wrongful attempt to claim my share of our business investment. I regretfully allowed him to assume control of the lease, which unfortunately gave him the ability to exclude me from my rightful stake. Following his eviction due to lease nonpayment, Marty promptly contacted me as the rightful owner of the equipment stored at his warehouse. Marty diligently navigated all necessary legal procedures to ensure the equipment was rightfully returned to me. Throughout this challenging ordeal, I entrusted Marty to uphold his commitments and act judiciously, and he consistently surpassed my expectations. He diligently pursued the correct legal avenues to rectify the situation before making any pivotal decisions. Since then, Marty's unwavering integrity has left an indelible impression on me. His actions prevented me from losing my livelihood to a deceitful and self-serving former business partner.

In both his personal and professional life, Marty exemplifies strong ethical principles and moral character. He approaches every situation with honesty, transparency, and a genuine commitment to doing what is right. Marty's integrity is not merely a trait he possesses; it is the cornerstone of his identity, guiding his actions and decisions across all aspects of his life.

Furthermore, Marty's dedication to his work and his community is truly commendable. He takes great pride in his responsibilities and consistently goes above and beyond expectations. Whether through his professional endeavors or his voluntary contributions, Marty approaches every task with enthusiasm, diligence, and a positive attitude.

In conclusion, Marty Mizrahi is an outstanding individual who embodies the qualities of honesty, integrity, and honor. I have complete confidence in his character and abilities, and I wholeheartedly endorse him without hesitation.

I respectfully urge the Court to consider Marty's exemplary character and contributions to society when making its decision. Should you require any further information, please do not hesitate to contact me at 626-223-7025

Sincerely,

Van Do

May 9, 2024

Dear Honorable J. Paul Oetken,

My name is Sonya Duarte and I have been an Executive Assistant for Marty Mizrahi as well at LV.Net in the past. I have known Marty for over 25 years, I met him originally from my best friend, we used to hang out from time to time and he was so generous all the time to everyone including me. He would take everyone out for dinner, but he never drank when we went out. One day years later I went to his home where he was working hard on his own company. We discussed doing business at that time, as I had a cleaning company and was talking about doing services for his home. We continued to see one another out and became longtime friends. My current relationship with Marty is still the same good friend. I know Marty very well, not only have I known him for so many years even though we didn't keep in touch all the time. I knew his character on the friendship side, then when I worked as one of his assistants, I grew to know him more on the business aspect as well.

Unlike myself he never did drugs or alcohol and now I am almost 8 years sober and can remember Marty telling me I should get help. He obviously had a deep concern for me, anyways friends and people thought that was truly amazing to everyone around him that he would never have any interest in partaking with not one drink or drug. No one could believe it; he would stay dedicated to his work and hard long hours and that was so incredible to be able to work so many hours and the absolute dedication he had. I also remember I had really let myself go physically and he motivated me to lose over 40 pounds, he was always good at living a healthy lifestyle and wanted that not only for his friends but his employees as well.

Marty is a very direct, upfront person. He is strong in his character, he is a no-nonsense kind of man so with that he is very honest, he has very strong morals, he has given to the community in so many ways I couldn't even count, and to a fault very generous. For example, he gives homeless people jobs to put a little money in their pocket and is not judgmental about them if anything has empathy and that even goes for people that he has helped go to rehab to get off the streets, clean their act up and provide them a job with his company. Marty has always had an amazing reputation with his friends, employees and clients and especially his family as they have respected him in so many ways as he has brought up alone two smart, beautiful young ladies and has from as far back as I can remember supported his mother and father on his own. He is very well liked by everyone and is a fun, passionate, hard-working, devoted man.

Here is my outlook and how he has changed my life drastically. I was very surprised to learn about his conviction and what the details of it were as I don't see him fitting into many parts of these illegal roles. It broke my heart because I know his character so well that why would he risk all that he has and has built? It makes truly no sense, and this is my opinion of this man as he has never done anything illegal. There would be no upside for him. Now how he has changed my life was when I was working for him, he gave me a job with him when I was down and out, he taught me a lot on how to become a good assistant which led me to another executive assistant position with success. This actually makes me think about how much he hated to read and so I proofread everything which taught me a lot, then I became extremely ill, and he let me take time to go to doctors' appointments all the time, had compassion when I had to stay home for days. Then when I was diagnosed with my illness. I need the money to have surgery which my insurance would not cover. And we are talking in the thousands of dollars. I asked him to help me, and he paid for the entire procedure to be done. I won't get into too much detail, but I had what you call breast implant illness. It took months to figure out what was

happening to me. I was so sick and in so much pain for over 6 months because it was attacking my body from all the toxins. I went to have them taken out and sure enough I had a major ruptured implant. I recovered and if it wasn't for him, I would still be sick or maybe even dead, I wasn't even able to walk. Can you imagine where I would be today if he wouldn't have helped me when no one else would or could? I am still battling with health issues, and he always asks how I am doing; he really saved my life, and I am forever grateful.

Marty himself should not have to go through this and his family would be devastated if they had to be apart from him for any length of time, they depend on him in so many ways and their bond is strong. His daughters hung around him all the time doing fun things together, they wanted to work with him so they one day could do what he does and it was a great example for them to learn that dedication of hard work ethics, the girls did very well in school and he helped them achieve that, his parents even helped in anyway with the business doing small errands etc., like I said they were a close nit family and to take that away is very traumatic for all of them. We all know the trauma it causes, especially for young kids to have their parents taken away, it was bad enough the stuff they had to deal with their mother's that could have cared less in a lot of ways. Thank God they have Marty to raise them on his own. He loves those girls and his parents so very much.

I will end with this, I know one thing about this man is he is not a negative human and is a leader in every aspect and if anything, this will be a huge learning curve for him, he will take this and grow stronger than he already is and make this situation just as positive as he does with any other. I love this man very much and I respect and cherish his friendship with everything that I am and all I know is he deserves a positive outcome.

Kind Regards,

Sonya Duarte

Sonya Duarte

Patrick Eubanks RN
[redacted]
Meridian, Idaho 83646
(208) 801-2159
patrickeubanks522@gmail.com

06/23/2024

Dear The Honorable J. Paul Oetken,

My name is Patrick Eubanks, and I am writing this letter to offer my support and commendation for Marty Mitzrahi, a friend of mine for over two decades. I have been a registered nurse since 2010 and am currently completing my education to become a Nurse Practitioner. In my professional capacity, I work full-time at a Crisis Center, assisting individuals with mental health and substance abuse issues. Given my background and the nature of my work, I feel I am well-equipped to assess and testify to Marty's character.

I have known Marty since 1998, and throughout these years, he has consistently demonstrated a level of integrity and moral fortitude that is rare to find. Marty's ethical standards and his dedication to his faith have positively impacted everyone around him, myself included. He embodies confidence, a strong work ethic, and most importantly,a commitment to doing what is right.

Marty's honesty and straightforwardness are his most admirable traits. He has never hesitated to provide me with sound, balanced, and wise advice, even when it was not what I wanted to hear. This courage to speak the truth is a testament to his integrity. For instance, when I was navigating through numerous challenging relationships, Marty's guidance was invaluable. His advice, honesty and care, helped me make better decisions and improved my personal life significantly.

Marty has been supportive for those in need. One example is his relationship with Sean Alonzo, a high school student we know who has struggled with depression and substance abuse. Marty went above and beyond to offer Sean counsel, even providing him with room and board and assigning him duties to keep him off the streets, drugs, and alcohol. This generous and caring act was typical of Marty.

Marty's professional conduct has always been an example to follow. When I moved to Las Vegas and was in desperate need of work, Marty extended his hand and provided me with a job that helped me get back on my feet. His willingness to help me in a time of need shows his generosity and the quality of his character. Marty's support was not just financial; his mentorship and advice during that period were crucial for my professional and personal growth.

It is with great difficulty that I acknowledge the charges brought against Marty. Despite this, I find it incredibly hard to believe that he would intentionally engage in any unlawful activities. Marty's life , as I know him, has always been guided by a strict moral compass, and this conviction seems completely out of character for him. I firmly believe that Marty would never knowingly violate the law.

Marty's reputation is impeccable. He is well-liked and respected by all who know him. His contributions to his community and his support for his friends and family are just a few examples

of his high moral character. Even in the face of adversity, Marty remains one of the most honorable, giving, and positive individuals I have ever known. I am confident that he will turn this unfortunate situation into a learning experience and continue to contribute positively to society.

I wholeheartedly vouch for Marty Mitzrahi's character. He is an extraordinary individual whose integrity, generosity, and dedication to helping others are unmatched. I sincerely hope that my testimony provides a truthful picture of the person Marty truly is.

Sincerely,

Patrick Eubanks

David Ezra
[redacted]
Las Vegas, NV 89103
HighRiseDavid@gmail.com

702.271.7600
06/07/2024

To Judge Paul Oetken,

I am writing to provide a character reference for Marty Mizrahi, whom I have had the pleasure of knowing for over 25 years. Throughout these years, Marty has consistently demonstrated qualities of generosity, compassion, and dedication, making him a respected and valued member of our community.

In terms of an introduction, my name is David Ezra and I have been an entrepreneur most of my life. It is through owning many businesses that I came to know Marty and form a partnership of 10 years, in which time we co-founded Vegas.com and LasVegas.net. As the years went by, and our life trajectories changed, and Marty bought me out of my share of the business. In the years since, he has been able to grow them into large corporations which allowed him the opportunities to make an impact in our home city, Las Vegas.

Marty is renowned for his commitment to helping those in need and providing a 'hand up' to those who need it most, a trait that speaks volumes about his character. Whether he is doing this through personal acts of kindness or organized community initiatives, his generosity and good Samaritan nature do not go unnoticed. He has a genuine concern for the welfare of others and continuously seeks ways to make a positive impact on the lives around him.

One of Marty's most commendable efforts is his commitment to opening doors for those pursuing the American dream. He has sponsored numerous internships for foreigners, providing them with opportunities that are often hard to come by. These internships not only help individuals grow professionally but also culturally, as they become integral members of our community.

Marty's reputation among his peers reflects the above mentioned and is a testament to his influence within the Las Vegas valley and beyond. He is well-regarded for both his dedication and professionalism, which resonate in every interaction he has, whether personal or professional.

Marty's giving and caring nature goes beyond his work environment and has its deep roots within his home. Throughout the years, I have had the opportunity get to know his family well both inside and outside of the business. He has taken it upon himself to provide for not just his children, but also for his parents as they age.

It is without reservation that I vouch for Marty's character and altruism. He is a beacon of hope for many and an exemplar of the positive impact one individual can have on a multitude of lives. I am confident that Marty will continue to make an impact on those he encounters and the community he lives in.

Thank you for considering this endorsement and should you require any further information, please do not hesitate to contact me.

Sincerely,

David Ezra

FIERRO
COMMUNICATIONS

July 8, 2024

The Honorable J. Paul Oetken

Dear Judge Oetken:

By way of introduction, I am the owner and president of Fierro Communications, a highly regarded and well-established Las Vegas communications firm specializing in public relations, litigation support and crisis management. We represent top physicians, attorneys, architects, business leaders, and nonprofits including animal shelters. We also assist with foundations such as the Sure Wave Foundation, which is dedicated to helping Tanzania's orphaned children with food, clothing, shelter, education and health care.

Marty Mizrahi was introduced to me approximately 15 years ago by a close friend and colleague, Steve Schorr, a man of unquestionable character. Mr. Schorr and I had worked for the CBS station in Las Vegas as news reporters. Mr Schorr went on to head Cox Communications in Nevada for several years and later came to work with my team.

I bring up Mr. Schorr because he had known Marty Mizrahi for many, many years and he would never associate with someone of questionable character. Mr. Schorr passed away recently. He would have been one of Mr. Mizrahi's staunchest supporters.

Following this initial introduction I came to know Mr. Mizrahi through a series of social events locally.

I noticed that Marty doesn't drink, which is rather different in Las Vegas. He is a vegan and a non-smoker.

He had a well known reputation as a devoted family man who was focused on his two daughters and his parents, buying a home that allowed him to care for all of them under one roof. Marty's dedication to his family is quite remarkable. His list of "solid" friends, pillars of the community, is quite impressive.

When Mr. Mizrahi suffered indictment I reached out to him and his attorney to see if I could be of assistance.

During our time together, I learned of Mr. Mizrahi's dedication to his employees, going so far to supply each of them with a new car. In Las Vegas those are not typical business arrangements. Having a car, free of charge, relieves a tremendous financial burden from middle class workers. I have never known Mr. Mizrahi to be unwilling to help an employee in trouble.

I have come to know Marty as a friend as well as an asset to the community. It is my sincere hope that there is some way that his record of kindness, of caring for others including his family and beyond, coupled with the fact that he has demonstrated decency over the years to our community, can somehow come into consideration in your review of his case.

If I can clarify anything stated here or be of any service to the court, please do not hesitate to call on me.

Respectfully,

Mark Fierro

702.743.0816

iPhone Doctor

To the Honorable Judge J. Paul Oetken,

My name is Jose J. Figueroa, and I am the owner and CEO of iPhone Doctor LLC in Las Vegas, NV. I have had the privilege of knowing Mr. Marty Mizrahi for over six years. His company was responsible for setting up the internet access at all my retail locations.

I am writing to express my strong support and admiration for Marty Mizrahi. He is an exceptional individual whose contributions to the Las Vegas community are both profound and far-reaching. Marty is known for his generosity and dedication, consistently going above and beyond to support and unite our community. His work with local charities, such as the Las Vegas Food Bank and various youth mentorship programs, has significantly impacted many lives. His initiatives provide immediate assistance and promote long-term community development and empowerment.

On a professional note, Marty and I have had a mutually beneficial business arrangement where we traded internet services for iPhone repairs, and I displayed his company's signs at all my locations. Marty's generosity was evident, as I was profiting much more than he was from our deal. Additionally, he kindly rented me space in one of his warehouses where I buy and sell returned goods. Initially, he rented me just 3,000 square feet, but I eventually took over the entire warehouse, which is five times that size. Despite this, Marty never charged me extra and allowed me to continue renting the space.

Anytime I had any issues, whether internet-related or not, Marty would drop everything to assist me personally or send one of his staff to help. His dedication and willingness to go above and beyond are truly commendable.

Marty has always been there for me, providing valuable business and personal advice. I consider him a dear friend. The crimes he was convicted of do not reflect the Marty I know. He is a man of integrity and the most honest and fair individual I have ever met. I DO NOT BELIEVE The conviction and hope you don't put him away.

**Sincerely,**

**Jose J. Figueroa**
Owner and CEO

751 N. Rancho Dr., Ste. 150 Las Vegas, NV 89106 Tel: (702) 638-7200
**myiPhoneDoctor.com**

Dear Judge,

My name is Vigita Garbuzaite, and I am the Financial Controller of a large company. I've known Marty since January 9, 2014, when I came from Lithuania to do an internship at LV.Net. I hold a degree in Economics. Marty and I have become friends who catch up once in a while to see how everyone is doing.

I know Marty in both professional and personal life. I am familiar with him in both of these areas, having witnessed him in various situations over the years. When I arrived in the US for my internship, I didn't know anyone, and Marty was always there to ensure that I and everyone else had a good time and felt comfortable. Marty would often hire interns from different countries for various positions on a J1-Visa to assist them in working in the US. He introduced me to people and helped me integrate. When I felt homesick, he provided support and helped me feel at home.

Marty would take us interns out to explore the city and have a good time, ensuring that we did not feel lonely. He would introduce me to his friends and family. I will always be thankful to him for all his support.

I began my professional career in finance with Marty, and he taught me a lot about business and finance. He taught me that all difficult situations can be investigated and solved. He is my inspiration for hard work and dedication to your goals. Marty trusted my skills and appreciated my precision and attention to detail in my job, as his own quality of work was high as well. He was meticulous in reviewing his accounting books, bank applications, reconciliations of different accounts, and spreadsheets. So I was shocked to find out that he was charged with committing this crime. He was an entrepreneur working on various projects, but I cannot imagine that he would risk everything he worked so hard for. Marty was deeply engaged in business development efforts, actively striving to expand his company and acquire additional firms, with aspirations of potentially taking the company public in the future. As I got better with accounting, Marty would rely on me to handle his business and personal finances. I made sure everything was perfect.

Marty is an unforgettable character because he is genuine and a real person. Also, he treats people equally, not dividing them by how much they make or how smart they are. He is a people person, and from what I have seen, people are very important to him. He is always on the phone talking to friends/family, meeting people. Additionally, Marty always helped his employees in any way he could.

I remember when I got into two car accidents with a company vehicle within a 6-month period in 2014. He was just happy that I was okay and wasn't hurt, even though I felt so bad about the damaged company cars. Also, Marty showed high appreciation for my work. He wanted me to continue working at LV.Net and expressed that I am a great asset to the company. In 2018, LV.Net sponsored my green card. I still value Marty as a person, and my opinion has not changed despite what has happened to him.

Thank You,

Vigita Garbuzaite

Dear The Honorable J. Paul Oetken,

My name is Monique Garcia, and I have been blessed to have Marty Mizrahi as a best friend for over 20 years. I currently live in San Diego and run a raw vegan and cold-pressed juice business. As someone who genuinely believes Marty is one of the best people on earth, it comes naturally to write a letter acknowledging his countless positive qualities and immense heart.

I have had the honor of witnessing his genuine kindness and generosity not only toward myself but also toward everyone he encounters for two decades. He is the one person, even more so than my own family, that I know I can count on at ALL times. And I know I am not the only one! For most of us, there are 24 hours in a day, but somehow Marty seems to find what feels like 200 hours in a day. He not only juggles his businesses but also shows up as THE BEST father, son, friend, boss, and all-around great person to anyone he encounters.

The reason I know all of this about Marty is because of the countless times he has demonstrated his caring and generous nature. One situation, for example, was in 2017 when I was at one of my lowest points in life, not seeing light at the end of the tunnel or wanting to carry on. The second I expressed this to him, he got plane tickets for my son and me for the next day. He not only gave us a place to stay but also gave us HIS bedroom! During almost two years of staying with him, he always made us feel at home and so comfortable. He slept in the downstairs room on a bean bag while making sure we were well taken care of. I can’t think of another human that would do this, asking for nothing in return. The extra groceries or entertainment expenses he covered without a second thought; he even made sure there was always a car available to get my son to and from school. He does these acts of kindness for so many; the occupants in his house are always changing because he is either helping someone get on their feet who is at their lowest or allowing anyone wanting to stay there while in town, no questions asked. He has an open-door policy; everyone knows they can count on Marty.

Marty's dedication to his family is unparalleled. He always took his kids to school, picked them up, and dropped everything for them, even if that meant not sleeping. He would taxi them and all their friends to after-school activities, dinners, movies, and friends' houses, living his life for those girls. He also moved his parents into his house. Ever since I knew him, he always made sure they were nearby, but for the last 10+ years, he purposely got a big enough house so that they could live comfortably with him and be a tight family unit and watch their grandkids grow up. I've always loved going to all the Jewish holidays at their home; they have always felt like my family. Marty and the rest of his family would welcome even a stranger and treat them as family.

There is a lengthy list of characteristics that make Marty one of my favorite humans. At the top of the list is how caring he is. He not only wants the best for everyone but also sees the best in everyone. He is incredibly generous, not only financially but also with his time and energy. He is always positive and never dwells on anything negative. Even in this situation, the thousands of people whose lives he has profoundly impacted are appalled and disheartened by this conviction. Marty has chosen not to dwell on it and moves forward in life as best as he can. He believes that being upset over situations doesn't make a change, so he focuses on action.

It is also not surprising how he could have ended up in a situation of this nature, solely because of his trusting nature and seeing the best in people. He takes people at their word. He’s the guy who leaves his house unlocked and his car's convertible top down with all his possessions inside because he is not attached to material things. The most important thing in Marty's life is people and his connections with them. The fact that most of his closest friends have been friends with him since elementary school is a true testament to that. He has the most beautiful relationship with his parents and has always ensured they are taken care of, as well as making his kids his first priority in life. Marty is the person who would give you the shirt off his back, even if he only met you five minutes ago.

I have witnessed countless times where he stopped what he was doing to help friends or even acquaintances move, or woke up in the middle of the night to pick people up from the airport. These acts of kindness are not occasional; they are regular occurrences. Even I can't comprehend it and often tell him he's too nice because I definitely wouldn't be up for it. Knowing him for so many years, he has helped me out countless times, some during very dark periods, which have profoundly touched my heart.

Marty exudes positive energy, and everyone wants to be around him. He is truly one of a kind, and every time I get the opportunity to spend time with him, it is like soup for my soul. It is heartbreaking to watch someone you love go through this. He is the least deserving person of such hardship. He built a business from the ground up and has poured his heart and soul into it, has been recognized by the city numerous times, and maintained positive relationships with mayors and other influential members of the community. This is truly unfathomable, watching this be taken from him for merely being a poor judge of character. I do hope his true character and intentions are taken into consideration before sentencing, as Marty not being around will impact more lives than anyone can comprehend.

I cannot imagine my life without him. Not many people are blessed to have someone they know is their rock. And he is that rock for so many; we will all be crushed if he has to leave us.

Please contact me if you have any additional questions.

Best Regards,



Monique Garcia

monique@elevatedlivingfoods.com

My name is Elizabeth Garza, I was born in Mexico. I live in Las Vegas with my husband and daughter, also my both parents and siblings with their family reside in Las Vegas. We have lived in Las Vegas for more than 40 years. I was a professional acrobat for 15 years and traveled the world with my father and brother. I have been a manager at Pro Gun Vegas for the last 13 years.

I have known Marty for 20 years. He was married to my oldest sister, Gloria. When he started dating Gloria we all immediately liked him. He was very caring, thoughtful and hospitably. He easily fit into our family. We also easily fell in love with his parents.

Soon after, they married and welcomed my niece Autumn. She is the first granddaughter on our side. We all see her like a little sister and love her more than words can describe. Unfortunately, my sister (Gloria) was fighting her own demons and she had began to have a drinking problem that ended the marriage. He tried to help her before the divorce, he tried to get her to go to AA, he talked to my parents, he talked to us, he really tried. It really affected me because in my eyes they were the perfect family. Marty even reached out to Gloria trying to help even though they were divorced. Marty has been a exceptional parent. Has given his daughters everything from love to paying their college. Autumn has another sister Kylee whom we also adore and invite to our family functions. We have always taken Autumn on family vacations. He always made a point to dedicate

time to the girls. Marty is always there for whoever needs him, if I call with a question or need help, he is very responsive and always willing to help. He invites us over to his house for BBQ'ing and he also attends our family functions.

I know him well enough to say he is family and he is amazing father.  He is kind and generous. Many families divide after a divorce and not in this case. He has continued to be family and he is a phone call away if any of us need anything.

Thank you,

Elizabeth Garza
elizabeth@progunclub.com
702-293-2108

Elizabeth Garza-Perrier

Judge Oetkin, SDNY
Dear Judge

I am writing this letter for my boss and friend, Marty Mizrahi, who I have known for 11 years. Marty is a good man who made a mistake, and I believe he deserves a chance for a lighter sentence. The crimes he is being accused of are far from the man I have known for over a decade.

Marty has always been someone who helps others and is kind, giving, and tolerant. He's the type of person who would give you the shirt off his back. As a supportive friend, Marty has shown time and again that he cares deeply about those around him.

Marty has done so much for me personally. He gave me a job opportunity when I needed it most, loaned me money many times, and even provided a place for me and my family to stay. He gave me an auto loan and once flew me back to Alabama for a family emergency while he was out of the country. Marty has provided my children with clothes, shoes, food, and medical care. He also helped me with legal counsel for a situation I was in. Additionally, he has paid off bills for me when I was in a jam, showing his generosity and willingness to support those in need.

Beyond what he has done for me, Marty has also extended his kindness to many others in our community. He has hired many of my friends who were in desperate need of a job, giving them a chance to turn their lives around. Marty has also hired homeless people, offering them an opportunity to get back on their feet and reintegrate into society.

Marty has always worked hard to improve the lives of those around him, no matter who they are or what their situation is. For example, when our coworker Phil Olague was having a tough time and kept relapsing on drugs and alcohol, Marty did everything he could to help. Even though Phil had ongoing problems, Marty gave him and his family a place to live at one of our buildings. When it was clear Phil couldn't get his life on track, Marty sadly had to let him go due to being in the middle of his trial and being unavailable. Marty isn't the type of person who would throw anyone on the street, so he found Phil and his family an apartment, paid their insurance, rent, credit card bills, and phone bills, and even rented storage units for them. He continued to pay for three months. Marty was a huge support for Phil during his hardest times, showing how committed he is to helping others, even when it cost him personally. This is just one example of many others.

I understand the seriousness of his situation, but I also know that this one incident does not define who Marty is. We all make mistakes, and I believe Marty has learned from this experience. He has shown remorse and is committed to never being so trusting again to people who ask him for things.

He's always had my back regardless of how others viewed me. I humbly ask that you consider a more lenient sentence for Marty Mizrahi. He is truly a good-hearted guy who needs a second chance to prove that he can learn from his mistakes. Because Marty lost his company, I lost my job. I hope you let him stay and come back so maybe I and countless others will get my job back.

Tekino George

MARTY MIZRAHI CHARACTER LETTER

My name is Luz Gray, I am currently an assistant preschool teacher.
I have known Marty for about 17 years.
I met Marty through craigslist as he was looking for models for his business magazine.
Currently we are still friends although since my moving out of state we don't talk very much. I lived with Marty for many years and worked for him. I would go everywhere with him, meetings, work, events etc… I feel like I know him very well, although I haven't seen or talked too often in the last several years. He always made sure I was safe no matter where we were.

**I think Marty is a very humble, honest, smart, kind, and giving person.**
**I feel that everyone relies on him for help or support and he was always willing to help or be there for anyone in need.** Yes, he is very kind, generous and hard working.

Marty is a very giving person, he was very kind to myself and all of his friends and employees. I believe that he does have a wonderful reputation, as I have mentioned he has continuously been there when needed in hard times for everyone.
He is very well liked by all and he is the best father!
He is a very hard worker and I always felt comfortable coming to him and talking to him about anything as he was a great friend and listener.
Marty is always looking for ways he can help! He shows tremendous love, dedication, and respect for his parents, kids, friends and business, not to mention his ex wifes, Although they could be a little distasteful to him, he was ALWAYS respectful and always handled himself respectfully for love of his daughters.

Marty helped in many ways. After I was kicked out of my parents house he offered me shelter and a job, he allowed me in his home and took me in as a family where I got to feel and be part of the family for a few years! Through those years I witness countless of times he was there when needed by friends and family. Marty has been a positive impact on my life and he is dearly close to his daughters, parents and friends!

He has always been a very dedicated, hard working, giving, and sweet man. Marty would be there for me for my family as well. We would go to my sisters QuinCierra and family events. Marty never slept always working or helping people. We went to many events and parties, Marty was very social but I never saw him drink or do drugs, he was very clean and loved to stay healthy. Marty had a million friends and they all loved to be around him and loved him very much.

Although I know nothing of what he is being charged with or what he has been going through I believe he is an honorable and honest person. I don't believe that Marty would do anything against the law and all these things said about him is out of his character.

I don't understand or know how this works, but

Thank you for listening and please give him leniency if possible.

Arely Gray

Affordable Computer Solutions

**Date**: June 1, 2024

**Subject**: Martin Mizrahi, (Marty)

To Whom it May concern,

My Name is Kevin Gregg. I own Affordable Computer Solutions.

I have known Marty Mizrahi since about 1994. I met Marty through his company, Eastman Computer Wholesalers while I was with Connecting Point and have worked with him in various capacities ever since. Today I work with Marty at LV.NET, mostly as a customer buying the services of LV.NET for my customers.

Having known Marty as long as I have and having worked side by side with him at my capacity with Connecting Point for many years at the Fremont Street facility, I feel I have a good understanding of Marty's character. We both shared offices for over a decade. Marty created a successful business and always worked countess hours on his business, to ensure its very success. He was usually the first one at the office and the last one to leave. Sometimes slept at the offices. He loves his family and his friends. One of the most generous people I have ever known. I've always considered Marty a friend and Brother. More of a brother than my own blood brothers. Marty has bailed me out of situations with goods and services and resources any time I have asked and without question. His comment was always, "No problem, we'll figure it out later".

Marty always donated to the needs of others. He put people to work that needed jobs even if he didn't really have a position for them. He just found something for them to do. He kept employees of Connecting Point when Connecting Point could not afford to keep them on. Even helped our business when it needed help back in 2010 with resources and financial help. I even met my wife of 20 years through Marty.

In closing I have always felt Marty to be honest, hardworking, trustworthy, and a huge contributor to society. He is smart and outgoing, and I admire him and applaud him for his accomplishments. He is a fantastic father to two smart young ladies that I believe will go far life from his tutelage.

I find it difficult to believe Mary would engage in the things he's been charged with. Given his generosity and trusting nature, I could only believe he got caught up with the wrong people and trusted them more than he should. I only hope that Marty's true character can be recognized, and the courts can go easy on him. He is needed by so many. I wish Marty the very best in his endeavors and will always take his phones calls and jump to his aid if ever called upon.

Kind Regards,

Kevin Gregg
kevin@myacslv.com
Cell: 702-419-8900

Dear The Honorable J. Paul Oetken,

My name is Sabrina Hakimfar. I have known Marty since I was 7 years old as a close family friend with daughters whom I'd play with. Even as a young child I remember Marty coming around as a beacon of light, laughter, spreading joy & wisdom everywhere he went. When Marty came to town everyone was excited to have time with him. I am now 22 years old & can proudly say all the incredible qualities I mentioned above have gotten greater with time. I would describe my current relationship with him as being an important father-figure & mentor in my life. He has helped me navigate through some of my hardest decisions in all areas of my life. He is there for me when I need business/financial advice & guidance, he is welcoming and embraces me as his own daughter when my family falls short of their roles.

I think Martin Mizrahi is 1 in 1,000,000. He has never smoked, drank, done any recreational drugs or even drinks coffee. He is a lover of life and his high's are eating good (10 years vegan), being active, and staying positive always. I truly have never heard Marty speak negatively even in the most challenging circumstances - this legal case being a prime example. Everything is a learning opportunity for him. He is extremely generous to all those around him, constantly sharing his blessings. Marty has taken me under his wing & opened the doors to his home for me while simultaneously coming into my family home to act as a mediator for us during our struggles. He did this without any gain to himself - purely out of love - reassuring me every time I felt it being a burden. Marty does not exaggerate when he says what he loves to do most is help others. I have seen time and time again how gifted he is with deep empathy. He never gives judgment, only plans of action. He always walks forth with integrity effortlessly. He is highly motivational & pushes people into the best, most positive version of themselves.

Being around Marty & his two amazing daughters he raised so beautifully is inspirational. He teaches by leading by example. He is restless in his work. And although he doesn't demand the same from others, he does prize a hard worker and gives credit to anyone with drive. This gives me a lot of motivation. He has made an incredible list of qualities for his employees to carry in the work environment, which should really just be a "Guide to Life". His employees reap many benefits of working for Marty. From his compassion and understanding to guidance and direction. Marty will take the time out of his day to help anyone around him no matter who they are. His incredible, kind & loving nature speaks for itself when it comes to his reputation. Marty's conviction was a surprise to everyone & seem's unfair as he always done & taught others to play by the book. To not have him here with us for some time will be a challenge beyond belief for me - but also especially his daughters, parents, amongst other friends and family. His life will be impacted tremendously from the time he will be away. But he will always be the same Marty - honorable, generous, positive, honest & brilliant.

Warm Regards,
Sabrina Hakimfar

Carol Hatcher
[redacted]
Las Vegas, NV 89113
carolhatcher2024@outlook.com
702.244.0996

6/20/2024

Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, NV 10007

Dear The Honorable J. Paul Oetken,

I am writing to you on behalf of Martin "Marty" Mizrahi, for whom I've had the privilege of knowing both professionally and personally for the past 8 years. I was fortunate enough to be hired by Marty as the manager for his hotel, a role in which I've had the opportunity to witness his admirable character and consistent integrity firsthand.

Marty has always shown kindness, thoughtfulness and an incredible commitment to those around him. His actions during some of the darkest periods of my life stand as a testament to his character. I was involved in a catastrophic car accident, which tragically resulted in the loss of my 16-year-old son at the hands of a drunk driver. The devastation of losing my child in such a senseless manner was overwhelming. After the accident, I was in a very dark place; I couldn't eat, sleep, or even want to talk to anyone. During this incredibly painful time, Marty was a rock of support. Out of concern, he sent an employee to my house to check on me. He has always been there for me, providing not just emotional support but also assisting in practical ways to help me navigate through the overwhelming grief and challenges that followed. After 3 months of being out of work Marty reached out to me to ask if I was ready to return, and if not, I could take as much time as I needed.

Furthermore, Marty stepped in to assist when I found myself unable to pay my rent, due to the financial strain caused by the accident. He helped me file the necessary court documents and contacted attorneys to ensure I would not face eviction, allowing me to focus on healing and rebuilding my life without the additional stress of housing insecurity.

Another dark time in my life was when my father passed away after suffering from prostate cancer (for 16 years). Marty once again provided emotional support as well as extended financial assistance to help with special travel arrangements for my family to attend my father's funeral in Tampa Florida. We had to fly back to Las Vegas the same day because my daughter was in the hospital suffering from double pneumonia. His generosity and care allowed us to be

together during such a difficult time, providing comfort and stability when we needed it the most. This was also during a trying time, in which the world was adjusting to covid. Travel around the world was coming to a halt and the hospitals were being locked down. If it wasn't for Marty I don't know what me and my family would have done.

In addition, Marty's generosity extends well beyond myself. He hired my extended family and friends from Detroit and relocated their entire families to Las Vegas to better their lives. He provided the necessary resources to start an automotive repair business, giving them the opportunity to thrive in a new environment. This selfless act speaks volumes about Marty's character and his commitment to uplift others.

There have been so many instances Marty has tasked me and other co-workers to assist colleagues in their time of need. Seeking rehabilitation centers when they were on drugs. Locating housing when they were facing evictions, helping obtain state assistance and the list goes on. One co-worker in particular, Phillip Olague, needed help finding a drug rehabilitation center and housing for his family. We spent countless hours trying to convince him to go to rehab. Once he agreed, Marty stood by his side till he recovered and was ready to return to work. He often allowed Phillip to leave work early so he could continue his treatment. Marty paid his rent, storage fees, utilities, car insurance and other bills so he wouldn't have to worry about his family (during and after treatment). Even after Phillip stole from him and burned one of the company vehicles, Marty never turned his back on him, because he knew the type of person Phillip was (off drugs) and he felt with the right treatment, he would be back to his old self. After several months Phillip was ready to return to work. Marty's unwavering support during these challenging times highlights his dedication to the well-being of those around him.

The conviction before the court is completely uncharacteristic of the Marty I know. He is a trustworthy, reliable and compassionate individual who consistently goes above and beyond to help those in need. His actions have positively impacted not only my life but also the lives of many others who have had the good fortune of knowing him. Marty has expressed deep remorse to me for his involvement in this situation, showing that he is reflective and genuinely regretful.

I humbly ask that you consider the positive contributions Marty has made to his friends, family, employees and people of the community and the genuine person he is at heart. I believe in his capacity for growth and redemption and am confident that he will continue to be a valuable and upstanding member of society.

Thank you for your time and consideration.

Sincerely,

Carol Hatcher

The Honorable J. Paul Oetken
United States Courthouse
40 Foley Square
New York, New York 10007

June 24, 2024

Re: Endorsement of Marty Mizrahi

Dear Judge Oetken,

My name is Richard Heftel. I own several companies including a group of radio stations serving Southern Nevada and Southern California. I met Marty Mizrahi through the radio stations and I feel that I have come to know him very well. I consider him a friend and someone I can reach out to for help with a variety of things, including but not limited to internet and tower services, technical advice, and introducing us to his colleagues that specialize in many facets of computer and tech. I know I can count on him for any charity assistance that we need help with.

I have known Marty for 7 years. In all that time he has been a man of his word. He has advertised on my stations and I have traded office space for advertising from him for several years (I gave him advertising and he gave me office space in his building). Besides being an ethical business person, he has been very generous in providing assistance to me and to my staff, as well as to charities we have been involved in.

I feel that I have come to know him very well between our business dealings and social interactions, and he has always been ethical and friendly. I wanted to provide a short list of examples of how he has gone out of his way many times to help me, my employees, and even his employees. These say a lot about him:

1. If we needed something he could provide to make our operation work better, Marty would provide it without hesitation. For example, we needed broadband internet service at our broadcast towers across 40,000 sq. miles of desert. He immediately offered to have his engineers design and implement a wireless network to some of the most remote and desolate areas in the U.S. He did it all at no upfront cost to us and no requirements of anything thereafter. He said, "just be our friends and partners". We could not have ever built something like this without his generous help. He is also very supportive of giving back to the community. Helping us with our responsibility as one of the lead

broadcasters for the EAS (Emergency Alert System) that other stations rely on us to get important information from the government out to the public, demonstrated Marty's his commitment to the public and community.

2. We needed a place for our FM booster antenna at Arden Peak. He provided a spot on his tower for it and even had his technicians install it. We didn't and don't write any checks to him for any of this.

3. Since there was no dance radio station in Las Vegas at the time, Marty wanted to create a digital HD Radio channel to provide the community with commercial-free dance music. He purchased all the equipment needed to add digital capability to our FM transmitters, thereby allowing us to offer a dance radio station and other digital entertainment. He founded this radio channel not for his financial benefit, but for the enjoyment of the community. He runs no ads on this station. It's just his gift to the community. His purchase and ongoing support is very significant financially. We could not have not done it without him.

4. On numerous occasions, we've had trouble with our antenna towers. Marty would send his technicians to climb the towers and help us fix the issues. He has never asked for anything in return.

5. When we needed a safe, reliable location to house our computer servers and a large 12-foot satellite dish, he offered us a space in his data center without a second thought and again never asked for anything in return.

6. When we needed internet and phone service at various locations, he offered to have his technicians install service within 24 hours. All at no cost to us.

7. I remember talking with one of his technicians. He told me that Marty spent time teaching him about cryptocurrency and helped him open an account with a brokerage to get started. The technician was very excited that his account was gaining value every day. I thought that was incredibly generous on Marty's part, but then again, that's just the kind of person Marty is. Every one of his employees I've ever met has spoken very highly of him.

These are just some of the many kind and generous things Marty has done. There are many more that come to mind. My opinions, and my companies' opinions remain the same despite any of the negative press or legal issues relating to him.

Marty's conviction seems so uncharacteristic of him. For as long as I have known him, he has always done things by the book. He taught me so much about finances, business and operating technical needs. Its unimaginable to think he would have committed these offenses, its completely not like him. I know this has affected Marty's life tremendously in a negative way and changed the course of his life. Being away from his daughters and parents will be extremely hard since he's so close to them, not to mention being in the office everyday. I know no matter what the court says, Marty is one of the most honorable, giving, positive, and honest people I have ever known, and I know he will somehow turn this negative situation into a positive, as well as a tremendous learning lesson. Marty has always been very positive towards life and business.

I've had the opportunity to meet other business people through Marty. They all say the same thing, "he is so nice". No one has mentioned anything negative about him.

Please go light on his sentencing. I know this will devastate the community.

Thank you,

Richard Heftel
Owner, Heftel Broadcasting Company
(702) 210 – 4286
Richard@heftel.com

To whom it may concern,

My name is Justin Herrick, and I am writing this letter as a character reference for Marty Mizrahi. I was General Manager for Marty's company LV.Net and have known Marty personally for over 18 years as my employer. I am proud to say that he is a person of great character.

In my experience, Marty has always been an honest, hardworking, and responsible individual. He is always willing to lend a helping hand to those in need, and I have seen firsthand his dedication to making the world a better place. Marty has helped me to grow into the person I am now in multiple ways. Starting from paying for my schooling at CSN to allow me to obtain my CCNA (Cisco Certified Network Associate). He also paid for me to take the $300 CCNA test and has done this for many other employees as well.

With so much kindness people often get taken advantage of and I have seen that firsthand while working for Marty. Everything from people stealing from him, lying, pretending to help, but in the end just out for themselves. Even with multiple instances from various employees Marty still encourages everyone around him to treat everyone with respect (including yourself), while being polite, and giving people as well as situations the benefit of doubt.

Marty only wants to hear about the facts with supporting evidence or proof. He raises employee's self-esteem, reminds everyone to be reliable and humble, while promoting positivity in the workplace. It's hard for me to believe what the papers and media are saying about him, as I know Marty would never do anything to hurt anyone, and always tells all his employees to be honest while practicing what he preaches.

In addition, Marty has been an active member of the community, to such a degree that he has even been awarded by the mayor of Las Vegas, Carolyn Goodman. He donates time, money, and supplies to schools around Clark County and is always there to provide a helping hand to anyone in need.

I believe that Marty is a valuable member of our society who has had a positive impact on those around him, including me. I strongly recommend him as a person of great character who deserves leniency in his current legal situation.

If you have any further questions or require additional information, please do not hesitate to contact me.

Sincerely,

Justin Herrick

Justin Herrick

Your Honor,

My name is Corey Herscu, I am a career publicist, I live in Toronto, Canada with my wife and three young children, and I've known Marty Mizrahi for almost two decades in both personal and professional capacities. We initially met through mutual friends at a wedding in Beverly Hills 15 years ago, became fast friends, and spent much time together, so I delayed my flight home to Toronto and headed to Vegas with him for a few weeks and stayed at his house.

Over the years, Marty has become somewhat of an older brother figure, supporting me during some difficult family events and becoming a trusted confidant, helping me make decisions that would change the course of my life. With his support and encouragement, I shifted my career focus from sales to communications and haven't looked back.

My work has me on the road quite often, with Las Vegas, Nevada, being a frequent stop. I will generally call Marty and he has never said no to pick-up, drop-off, or ensuring he takes me to at least one or two meals. Furthermore, unless I insist otherwise, he offers me to stay at his house. It's important to him that he ensures I am okay mentally and financially, and has many times offered me a sales role within his LV.net business – I have always declined. When I stay at his house he usually hosts other people and all Marty is focused on is ensuring his guests are happy and comfortable.

In terms of entertainment and letting loose, I have never, in the 15 years of knowing Marty, seen him drink or do drugs regardless of the environment. He is usually just dancing and having a good time. He is often actually pushing me to drink more water!

Truth be told, I don't believe that Marty did anything criminal; that isn't Marty's character. He's one of the most honest, generous, empathetic people I know, who has a heart of gold and I unequivocally stand beside him.

I hope this was helpful and can be available for a call if needed. 416.300.3030

Thank you,

Corey Herscu
Corey@herscu.ca

HINDS INJURY LAW
LAS VEGAS

Personal Injury Mass Torts Criminal Defense

April 22, 2024

The Honorable Judge J. Paul Oetken of the United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: Martin "Marty" Mizrahi character letter

Dear Honorable Judge Oetken,

My name is Cristina Hinds. I am an attorney practicing in Las Vegas, Nevada for twenty-five (25) years. My family and I have known Marty for approximately thirteen (13) years.

I met Marty when our daughters were five (5) and six (6) years old, and the girls were performing in pageants together. At some point, his daughter Kylee and my daughter Elizabeth were selected to be featured on a very popular TV show on TLC called Toddlers and Tiaras. It was a reality TV show that followed little girls and one family member documenting their preparation for and competition in pageants. I think it is fair to say Marty was not terribly interested in pageants, but they were important to Kylee, so Marty put in 100% effort to make sure she had everything she needed. The show could treat people quite brutally, but Marty happily risked being ridiculed for Kylee. As far as I know, Marty is the only dad to have ever been featured with his child on the show.

During this time, we got to know Marty's lovely parents who are still married and enjoy a close, happy relationship. Many years ago, Marty bought a house large enough so that his parents could live with him, Kylee, his first born daughter Autumn, and the girls' large assortment of dogs. For much of their lives, Marty was the primary caregiver for both girls. Autumn chose to live with Marty full-time when she was thirteen (13) years old due to her mother's substance abuse issues. Marty made sure the girls had a loving, cheerful, stable home.

Our families have enjoyed many celebrations and milestones with our kids throughout the years. My mom and daughter remain very fond of Marty to this day. Marty has always behaved graciously and honorably around my family.

I have always known Marty to be a workaholic. He is a very committed self-made man who does not have formal education beyond high school. He requires very little sleep. He does not drink alcohol or use drugs, and truly spends the majority of time working. I have even never known him to take a

vacation longer than just a few days. Both of Marty's daughters have a tremendous work ethic, which is a testament to Marty's dedication and drive.

I am aware of Marty's convictions. These crimes stand in stark contrast to the man I know as honorable, hard working, gentle, and a loving father and son. I hope your Honor's decision weighs more heavily toward compassion and mercy rather than retribution in determining the appropriate sentence for Marty.

Sincerely,

Cristina Hinds

Cc: Marty Mizrahi
Richard Portale

**05/15/2024**
**1221 S Casino Center Blvd,**
**Las Vegas, NV 89104**

My name is Carla Hinojal, and I had the privilege of meeting Marty in June 2023.I was hired by your company as part of a cultural exchange program called *ICD USA: International Career Development*, from my home country, Spain. This is quite unusual because not many companies know about these programs and want to be a part of them.

I had just finished my degree in Advertising and Public Relations in Spain, and I came in as a marketing intern to work at his company. From the moment I arrived, I had the pleasure of working closely with Marty and his team at LV.Net. Marty gave me the opportunity to learn about American business and guided me to adapt and grow in this environment. His unique and personalized approach to teaching and his strong commitment to professional development have been instrumental in my growth in this new phase of my career. I am grateful for the opportunity to learn and grow under his guidance and look forward to applying what I have learned in my future career.

Marty, as president of the company, not only demonstrated a deep commitment to my well-being and that of all the members of the program. Additionally, he made significant improvements to our working and living conditions, going above and beyond what was necessary. Likewise, when I arrived in the United States to start the program, he picked me up at the airport himself. He also had to wait for me for hours while I figured out where my luggage was because the airline had lost it. The next day, he helped me contact the airline to file a claim and took me shopping for clothes because I didn't have any.

Marty not only provided room and board, in my case letting me stay in his own home with his family, but also organized activities for us to ensure that we had an enriching and rewarding experience. Their generosity and attention to our needs was evident from the beginning, and their unconditional support was invaluable to me and to all of us who participated in the program.

As for his reputation, Marty is widely respected and loved by those who know him. The quality of his work is exceptional and he is available 24/7. He has always been responsive to our job requests and has provided us with the support and guidance we needed to achieve our desired job goals.

In my experience of working closely with him for 11 months, he has instilled in me honesty and compliance with the law. I can say with complete confidence that Marty has always acted ethically and within the law, as has his entire inner circle. As a member of his company's marketing team, I saw firsthand his commitment to intellectual property compliance as it applied to our projects. He always ensured that our creative efforts respected the rights of others and stayed within legal boundaries. Marty has always demonstrated a proactive approach to compliance and ethics in every aspect of his personal and professional life.

His behavior towards me and others reflects a deep sense of responsibility and empathy. He has been a valuable and positive influence in my life and has radically changed it. Despite the allegations against him, my opinion of Marty has not changed in the slightest. I recognize the seriousness of the allegations

and the importance of addressing them appropriately. However, based on my personal and professional experience with Marty, I have complete confidence in his integrity and his ability to handle this situation with the same honesty and ethics that he has always demonstrated. I highly recommend him as a person of good character who deserves leniency in his current legal situation.

I sincerely appreciate the opportunity to express my opinion of Marty's character. I am available to provide any additional information that may be helpful to the case.

Sincerely,

Carla Hinojal Folgueira
carhinofol62@gmail.com
+1 7252721940

The Honorable Judge J. Paul Oetken, SDNY

Your Honor,

I am Lorraine Hop, Marty's aunt. I have known Marty since he was born in Los Angeles. His father is my brother and we have always been extremely close. I know Marty as a kind and generous person.

I resided in Mexico for 35 years. I was getting a divorce, and I wasn't sure what I was going to do. I was talking to my brother Morris (Marty's dad) and Marty overheard the conversation and got on the phone. He listened to my problem and invited me to move to Vegas and would find me a place to live. I was overwhelmed and cried to him. I didn't want to overburden him, but he insisted. I was very scared and wasn't sure but something in me said to trust Marty and when I finally took him up on his offer and decided to move to Las Vegas from Mexico, he totally opened his arms to me, He found me a place to live. He made sure I was always safe. Eventually Marty bought a house and moved his parents and me into the house. I lived with him for 3 years. I have now lived in Las Vegas for 20 years and Marty is a big part of all our family's life. We meet in LA for family events, funerals, Weddings, cousin's parties etc. and all the family loves Marty. He is a big family man. I see him help soooooooo many people.

He helped his brother, Gary, who was struggling with diabetes and a drug problem. He helped him for many years even if he didn't agree with his brother's lifestyle. He never turned away from the people he has helped. Marty has never done drugs or drank alcohol and was completely against his brother's lifestyle. It didn't matter, family is family and he was still there for him, rain or shine, never turning against him.

I also can recall Marty helping a couple of his employees through cancer and their treatment. He kept helping even after they passed away by paying for funerals or helping their family members to make sure they had food on their tables. I witnessed him move people in his house and let them stay with him until they get their life together. Even if he didn't have a room for someone to stay in Marty would put them in the living room or wherever he could find a place.

I eventually moved out of Marty's house and he continued to help me constantly giving advise on how to buy a house, get the loans, among a million other things he helps me with. I eventually got re-married and we all go to temple on high holidays together and see him weekly for dinners or he calls just to talk and check on me. My husband loves Marty as well and Marty always helps both of us with whatever we need. Marty is now a big part of my husband and my life, and we need him here.

Marty has taken care of my brother (Marty's dad) and mom for over 25 years. He is so kind to them, involving them in every aspect of his life.

I believe whatever he did was part of him getting taken advantage of as he is too trusting. He trusts too many people. I don't believe he would do the things the news says he did. He is a smart man and will learn from this and make the best positive that he can.

Thank you for taking the time and reading my letter.

Lorraine Hopp

June 12, 2024

Dear Judge Oetken,

My name is Joey Horvitz. I live in LA. I work as a filmmaker and Creative Producer in various aspects of the film industry.

I have known Marty for about 37 years, since 9th grade when we attended the same high school. During these early years, I was an awkward teenager mostly keeping to myself. It was during this period that Marty befriended me. Immediately I noticed something very special and unique about this person... his passion for life , his intelligence, curiosity,, but most importantly his perspective and kindness. In other words, his character. These are all traits that have persisted to this very day. To best illustrate the Marty that I know, I think its best to provide some reflections, stories and a bit of history.

Lets start with a fun story. When I turned 18, just out of high school, I took a year abroad to live in Israel. I attended university and also worked on a kibbutz for a while. But as I was there for a little over year, Marty decided to visit me, in Israel. Who does that at the age of 18? I remember clearly the moment we finally met up. I was smoking a cigarette and all of a sudden I feel a solid punch to my upper arm and he snatched the cigarette right out of my mouth and threw it away. I had just received the classic dead arm. This was Marty's way of waking me up to a super bad choice of smoking cigarettes. A choice today I wish I never made. But moreover this was my good friend's way of showing he cared for me. And he was right. That was a dirty habit I wish I never would have picked up.

What has always blown my mind, is how Marty has always been, and currently is Sober. Being sober usually insinuates the notion of someone having a problem with alcohol or controlled substances, at some point in their lives, and who is now living sober. This is not the case with Marty. Marty has always been sober. Growing up in society, teenagers are figuring themselves out and trying to fit in, usually bending to peer pressure to experiment with alcohol or drugs... myself included. Or perhaps drugs and alcohol are used as a social lubricant, to medicate fears and anxiety. Not Marty though, he was and is an anomaly. Growing up going to parties Marty was always sober, doesn't even drink coffee!! He has no need to modify or impair his reality and perspective on the world. At the time I did not understand this, (although it worked out NICELY to have a responsible designated driver) But as an adult I understand it more. Marty thrives in the present moment, not needing anything to feel better or more. People spend decades of their lives to achieve this awareness, this way of being that is Marty's default setting.

This lack of fear and sense of presence has always worked for Marty to recognize opportunities. Even as a young teenager he was well ahead of his fellow peers in intelligence. A warm memory I have... In the mid- to late 80s as computers were being introduced into our culture, I remember very distinctly Marty using a spread sheet to organize all his contacts (and there were many!) giving each contact a fun nickname to help remember where he met them. This was all listed alongside their contact information, creating a digital rolodex, a. database of his contacts. Mind you this is long before any contact apps existing. This was genius and I started doing this myself. Marty and I have always shared an interest and curiosity in technology.

As average kids were graduating high school on their way to college, Marty instead moved to Las Vegas and saw an opportunity to start a computer business. When he started the business, Marty hired his parents, and this is when he started to take care of his parents, at the

age of 19 years old. I feel its important to note here, another admirable quality. Marty has always taken care of his family. Whether its employing his parents in his business or making sure they have a home to live in. Even today Marty lives in a home that has two sides to it. One side where he lives and the other side where his parents live. Taking care of your parents is not only a beautiful quality, that somehow has been lost here in the US, but one that exemplifies strong character.

Circa 2019, I was going through some very challenging times. I had lost 2 people very close to me, I lost my amazing job of 8 years at an big indie movie studio. I also had a bad break up,. These intense losses, back to back really tore me open and did quite a number on me.. Then to top it off, here comes this unprecedented pandemic. I was in pain and confusion.. I was just lost, as were many. At the time I had not seen Marty for quite a while. Sure we spoke every so often, and he came to visit me in LA a few times, but I had not actually spent meaningful time with my friend for at least 10 years. I did not have kids or responsibilities in that regard. All I need is my laptop and yoga gear, and I can work from anywhere, why not road trip to Martys and wait out this crazy pandemic together.

With no one hiring in the entertainment industry during the pandemic.. and after blowing through my savings, I was pretty much broke. Marty was kind enough to welcome me into his home, offer me a place to stay and an office to work from I've known his family forever and it was nice to reconnect. I felt safe, I felt at home.

While I was embedded in Marty's life I was able to see the business he built from scratch and how he operates and carries himself. LV.net was an awesome undertaking. Especially going against the big internet/cable telcos. It was motivating for me to witness this. One characteristic that Marty and I share is a curiosity and a thirst for knowledge. It was inspiring to see him try different things out: a car wash lot, NFT's or even a Halloween spooky house, Marty enjoyed experimentation. Sure, you might fail, maybe not, but you'll never know if you don't try. And Marty loved to try and I love that about Marty. And when some things don't work out... Marty would not lose sleep, just move on to the next thing, This ability, I truly admire and wish I had more of.

I stayed with Marty off and on for several months at a time over several years. During this time I was able to see how he interacts with his family, mostly his daughters and his parents. Marty loves his daughters, Autumn & Kylee, and they love him. He has a beautiful bond with them. Same with his parents. I know my mom is turning 78 this year and how dependent she is on me. I love Marty's parents, and I feel good knowing they are getting older with Marty there. He will always take care of his parents and his children, and they depend on him. He is the glue that keeps his family strong.

I've also witnessed how Marty conducts himself and treats his employees. The compassionate quality that Marty imbues, extends well beyond his family and friends to strangers. I've seen Marty offer countless opportunities and jobs to so many that were simply down on their luck. Regardless of being the CEO of a successful internet service provider, employing upwards of 115 people, Marty always found time to have one on one conversations with employees that were experiencing issues, giving them pep talks, second and third chances, even loaning money to those in a jam. Marty has a heart of Gold.

Yes, A portion of Marty's life was in crypto, an ever developing currency, that is still very new to the world. How it is regulated and how it is being integrated within today's financial institutions is just now being defined. The rules and laws are consistently in flux in this brand new world. Yes Marty would experiment, staying on the forefront of new technology, but he has always operated within the confines of the current law. Even in the early days of the internet, Marty would purchase and develop domain names such as Vegas.com and LA.com.

Crypto, which is growing and evolving, is still relatively new to the world. And many people are so interested in this new world... a world that Marty has been one of the experts. He's been mining bitcoin almost since its inception. Yes, many average people wanting to get into bitcoin would meet with Marty to understand it better and see how they could get involved. And yes I witnessed many of these meetings and watched transactions that were all above board.

What gets me so sad and angry about this situation is connecting Marty to the Cartels. I was with Marty almost all the time and I never witnessed anything even minutely related to the Cartel. I don't believe Marty is stupid, and would get involved with anything so dangerous and risky. Why would he? He has a successful internet business that s only growing. Also, Marty hates anything and everything to do with Drugs. He has a deep disdain for dealers and drugs, as he has seen them ruin the lives of so many, some even very close to him, most notably his brother, who had issues with drugs his whole life and died as a result of it. This seems so ludicrous to me, and it seems to be the main element that every news outlet is picking up. This insane idea that Marty was laundering money for the cartel. So many times I've witnessed Marty do the right thing, and be honest. He would never break the law intentionally. This is out of character for Marty Mizrahi.

In closing, I implore you to consider all the above when formulating a sentence. Marty is a good person with a caring heart who has brought goodness into the world. Please don't take him away from his daughters and parents, they are all in unique phases of their lives where they need a father and a son, now more than ever.

Lastly, and I only found this out recently, but Marty has a baby on the way, a son... and that son will need a father. Please show a compassionate heart.

Many thanks for your time,

Joey Horvitz

To whom it may concern;
My name is Scot Hutcherson and I am a personal friend of Martins. I have known him consistently for 33 years as of today. I am a Christian father of four children and currently employed full time,12 years this year at T-Mobile as a Cell Tower Technician of which I partially owe Martin my thanks. I met Martin in 1991 through my sister who was employed as a web designer for him. We became close friends during my tenure as his employee and we shared both professional and personal experiences together, and I also grew close to his parents Maurice and Elaine who quickly became my second family. When I met him, I was just over a kidney transplant, which occurred a couple years out of high school. He offered me not only a position to handle customers as an account manager, but he also taught me important skills such as building computer systems, networking and business management practices which I utilize today in my professional career.
Martin gave me my second chance in my professional endeavors, which was initially and abruptly ended when I enlisted into the Navy, and was denied due to a kidney issue. In fact it was the physicians at the MEPS Military Entrance Processing Station which alerted me of my kidney issues and directed me to seek follow up.

Shortly after my kidneys failed and I had a long battle to recovery. Martin, knowing my condition and all the medications I was on and the challenges I faced, was more than willing to hire me as one of two account managers for his computer wholesale company. I have since gone back to Martin for employment on two separate unrelated occasions and to this day, and I know if I needed a job he would find one or make one for me, as I have seen him do for others in the past.

I have personally witnessed Martin selflessly helping others on various matters such as housing the homeless and offering them jobs and helping many with their personal and financial challenges all the while I never heard Martin asking for anything in return except hard and honest work. On several occasions, he allowed people whom he barely knew to live in his home and employed them while they got back on their feet. I always felt that was risky, but he had a different vision for these people. I have watched him build his businesses on those principals and as a witness to his character, I don't believe he would risk everything he has built by illegal means. He has always been an opponent to drugs and certainly would not knowingly become involved with those who profit from it. He does not have a high opinion on even smokers. Martin knows and has stated on more than one occasion that there are alot of families that depend on his hard work, his diligence and commitment to his businesses.

Additionally, Martin is well admired by his friends and associates, and he has built a reputation on honest business practices and abhors dishonest endeavors. I know from personal experience that many look up to him as an example of success, and I myself call upon his experience for advice for financial and personal matters frequently to this day.

I have always stayed in contact with Martin throughout the years, and I consider Martin to be honest, straight to the point family man and business owner. Personally, I have never

once witnessed him to be dishonest or lie. My Lord teaches us to abhor evil and seperate us from those who participate in wickedness. Martin may need Christ, but he certainly is not dishonest, wicked or participates in criminal activities. Furthermore, Martin unquestionably, does not need profit from illegal means whatsoever. He is a family man and cares tremendously for his girls, parents, employees' families and those close to him. Any conviction that would separate him from his family can only bring more great harm to the many who count on him, and would offer only additional suffering.

Regardless of the decision of the court, Martin will always remain a close friend and one of very few in my life that I consider to be a brother, thus my opinion would not be swayed in the least if he was convicted. I beg of the court to consider my statement of his true character and grant mercy on Mr. Martin Mizrahi and allow him to remain close to his daughters and parents. Allow him the opportunity to grow from this experience, and teach others how to avoid these matters in the future.

Thank you.
Sincerely,
Scotlan Hutcherson

JACOBSON LAW

JACOBSON LAW OFFICE, LTD
64 NORTH PECOS ROAD, SUITE200
HENDERSON, NEVADA 89074
TEL (702) 601-0770

July 10, 2024

**THE HONORABLE J. PAUL OETKEN**

RE: Mr. Marty Mizrahi

Dear Judge Oetken:

My name is Rachel M. Jacobson. I have been a Nevada licensed attorney since October 2001. I have been practicing primarily in the area of family law through Jacobson Law Office, Ltd., which I opened in 2005. I have dedicated my practice primarily to matters involving family law. As a Nevada attorney since 2001 and a dedicated member of this community since 1986, I have had the privilege of knowing Mr. Marty Mizrahi personally. Today, I come before you to share a glimpse of the positive qualities that Marty embodies. My hope is to provide additional perspective and a personal connection that may be helpful in your deliberations regarding the allegations advanced against Marty.

For context, I have known Marty for over twenty years, having first met him through our mutual friends and involvement in the Las Vegas Jewish community, and I've also had the opportunity to "see the real Marty" since 2007 when I represented him in the custody matter regarding his oldest daughter. Over the years, Marty and I have developed a strong personal and professional relationship, and I believe I know Marty quite well.

As noted above, in 2007 I represented Marty in matters involving the custody of his oldest daughter who was then approximately two years old. Through this connection, I learned firsthand that Marty is an honest, reasonable, forgiving, and caring person. Moreover, Marty is a doting father who prioritizes the needs of his children well above his own. Marty demonstrated emotional stability, responsibility, reliability, and willingness to co-parent. He provided a supportive environment and fostered a positive relationship and close bond with his daughter. She was clearly the apple of his eye, and he was hers. It was clear that, in Marty's care, his little girl was the priority, and her best interests would be served. Marty was awarded custody back then and has never taken it for granted.

Marty continues to be one of the best fathers I've known. It is my sincere hope that he will not be judged solely by the indiscretions associated with the allegations he now faces because, nevertheless, Marty is a good father. He is a good person.

Throughout the years, I have observed Marty to consistently demonstrate exceptional character and integrity in areas outside of his family and/or children as well. Marty has consistently demonstrated honesty, thoughtfulness, and a genuine concern for others. His dedication to helping those around him, whether through professional advice or personal support, is truly commendable. Marty regularly assists those in need by helping to secure shelter and/or sustenance for anyone who asks or simply looks like he is lacking.

One of the most significant experiences I have had with Marty is seemingly simple but had a great impact as Marty helped me navigate through a significant emotional setback related to personal and business events though he was facing a temporary hardship of his own. Marty took the time to patiently and actively listen to me. He was somehow able to lift the negative interpretation which I applied to the underlying events. Without any judgment, Marty questioned me in a manner that helped me break from the damaging view which, up to that time, had controlled my thoughts in a counterproductive and, frankly, destructive manner. Marty's creative and positive problem-solving approach and guidance were invaluable, and his willingness to assist me without expecting anything in return speaks volumes about his generosity and selflessness. Marty's ability to provide sound advice and support is a testament to his intelligence, emotional insight and stability, and, most of all, his commitment to others.

Despite the foregoing, I recognize that Marty has been charged with a violation of the law. However, my opinion of him remains unchanged and it is truly difficult, and rather impossible, for me to connect Marty with any acts that violate the law in a manner that is damaging to the public at large or any one person. Such allegations/charges seem completely uncharacteristic of the Marty I have known for over twenty years.

The Marty I know has always adhered to high morals and standards and has been a role model in both his professional and personal life. I am confident that Marty will use this challenging experience as an opportunity to grow in a manner that will enable him to continue to contribute positively to the lives of others as I sincerely believe that, despite an appearance of ulterior motive that may be associated with

the underlying charges against Marty, Marty will remain a person of high character primarily motivated by sparking joy and comfort in others and that he will ultimately find his way back to positively impacting and enriching the lives of those around him.

Thank you for your time and consideration.

Sincerely,
JACOBSON LAW OFFICE, LTD.

*/s/ Rachel M. Jacobson*

Rachel M. Jacobson, Esq.

Dear The Honorable J. Paul Oetken;

My name is Mihran Jebejian. I am a General B Contractor working as a Project Manager / Superintendent in commercial, industrial and multi family construction. Over the years I have helped build a multitude of large scale projects such as Home Depots, Dollar General stores, Caliber Collision shops, the Dodger Stadium Hall of Fame Display, etc...

I met Marty in the early 2000's soon after moving to Las Vegas. We found it ironic after knowing each other for years that his aunt and my aunt have been lifelong best friends since before we were born.

Over the years I consulted Marty on multiple construction projects and wound up being his Construction Manager, Project Manager for his hotel remodel and his Owner's Representative.

Marty and I, along with a deep trusting professional relationship, have always been very close friends I consider him to be like a brother. Marty and I have long confided in each other in personal situations and he has always been a go to person for me for advice. When my wife and I were considering purchasing a new home I showed it to him to get his opinion. When the pressures of Covid weighed heavily on my relationship resulting in our divorce I consulted in Marty.

Marty has always been an employer willing to give workers opportunities to prove themselves when many others would overlook them. He and I put many people to work who wound up turning their lives around for the better and wound up on very positive paths and who appreciate those opportunities to this day. It hasn't always worked out for the best. For some people no matter how hard we tried they rreverted to their old habits. Marty has always given people more chances than one would expect. everyone a 2nd 3rd and beyond chances.

The work he has done over the years has always been honest, above board and of a quality worth its cost. I never believed that Marty would knowingly participate in any kind of deal that would risk his freedom and take him away from his family and his girls. His daughters and parents are everything to him and any time they loose with him will create a great void in their lives. He takes care of his parents and many other depend on him.

I don't know the particulars of this case against my friend and frankly I don't really believe as stated above that he would have knowingly and willingly broken the law. Regardless of the verdict I believe in my friend and that he will find a way through this situation and wind up finding a way to pull as many positives out of it in the end. We all love marty and I hope you see it in yourself to give him another chance.

When the dust settles I will be there for my friend and his family as I always have been.

MJ - Mihran Jebejian
(702)491-3328

- Gen. B Cont. License
- OSHA 30 Cert.
- ProCore Cert.
- Microsoft 365 Cert.
- Microsoft Project Cert.
- Bluebeam Cert.
- Primavera P6 Cert.
- Xactimate Cert.
- Heavy Equip. Cert.
- Pro Tools Cert.
- F-Sona Laser Cert.
- Midas ProX Cert.

Wayne F. Jefferies

CEO/Sierra Medical Services

8068 W. Sahara Ste. C

Las Vegas, NV 89117

wayne@sierramedservices.com

702-521-8154

05-17-2024

The Honorable J. Paul Oetken

United States District Court Southern District of New York

500 Pearl Street New York, NY 10007

Dear Judge Oetken,

I am writing to provide a character reference for my dear friend, Marty Mizrahi, whom I have known for over 25 years. Throughout the many years of our friendship, I have come to know Marty as a person of great integrity, compassion, and reliability. Marty and I met in through very close mutual friends, and since then, I have had the privilege of witnessing his strong moral character and unwavering commitment to helping others.

Marty has always been the type of person who goes out of his way to assist those in need, whether it be through volunteering his time, offering support to friends and family, or contributing to community initiatives. In both personal and professional settings, Marty has demonstrated an admirable work ethic and a deep sense of responsibility. He is dedicated to his career, his family and consistently strives for excellence in everything he undertakes.

His colleagues and peers speak highly of his professionalism, dependability, and willingness to collaborate to achieve common goals. On a personal level, Marty is a loyal and trustworthy friend. He has been a constant source of support and encouragement in my life and in the lives of many others. His kindness, empathy, and genuine concern for the well-being of those around him have earned him the respect and admiration of our entire community.

Furthermore, Marty has always been there when I've needed help from him over the years with advice and support. Marty has helped me and still does to this day with improving and scaling my MVNO and Streaming business. Marty has stopped me from getting taken advantage of by a number of unscrupulous characters over the years. But mostly hes always be there when I needed him, for example, when I first looked into the data storage business almost 10 years ago, Marty spent months helping me and advising me. Marty has always made himself available to me and has more then gone out of his way for the last 25 years to help me. And not once has never asked for anything in return. He operates selflessly and I've seen him help others in the exact same way!

So I know first hand that Marty Mizrahi is a person of outstanding character who upholds the highest standards of honesty and integrity. I hope that this letter serves to convey the profound positive impact he has had on my life and the lives of countless others. If you require any further information, please do not hesitate to contact me.

Thank you for your time and consideration.

Wayne F. Jefferies

CEO Sierra Medical Services

KAERCHER INSURANCE
AN ALERA GROUP COMPANY

Dear The Honorable J. Paul Oetken,

My Name is Willima Allen Kaercher, a native born Las Vegan and President of Kaercher Insurance, founded in 1954 and incorporated in 1961. I have a U. S. Airforce security clearance and have been involved in MANY community associations and Charity Board.

I have known Marty for about 18 years and have worked with him in business as his Insurance Broker. I have found Marty to be a great family man, he invited my wife and I to have dinner with his parents and meet his two daughters. I have found Marty to be an extraordinary gentleman with a brain and IQ like an Elon Musk. I have watched him treat his business employees like family. He has been very generous for charities and people in need. In fact, he helped create a high tech internet company in Las Vegas called LV Net.

As long as I have known Marty I have found him to be Intellectual, Charitable and compassionate for our great city of Las Vegas. You Can call on me for a character witness any time you need me.

Sincerely,

William Allen Kaercher

Zachary Kaplan
[redacted]
Calabasas, CA 91302
Zacharymkaplan@gmail.com
(818) 857-5654

Your Honor,

I am writing this letter as a character reference for Marty Mizrahi, whom I had the privilege of knowing and working for at LV.Net from June 2017 to June 2020. I have come to regard Marty not only as a mentor and employer but also as a friend and guiding light during some of the most challenging times in my life.

Marty extended a compassionate hand to me when I was struggling to navigate through college and life's obstacles. He provided me with not only a job but also a place to live, transportation, and essential tools to thrive, including a cell phone and a vehicle. His generosity and support were instrumental in helping me stay afloat during those tumultuous times.

Under Marty's guidance, I learned invaluable skills in salesmanship and professional communication. He took the time to teach me the nuances of conducting business, including the proper etiquette of sending business emails. These skills have not only helped me in my professional endeavors but have also equipped me with the confidence to face any challenge head-on.

Beyond professional development, Marty played a pivotal role in my personal growth. He supported me through difficult times, including the passing of my mother, providing unwavering encouragement and understanding. Additionally, he played a significant role in helping me overcome my dependency on Adderall, demonstrating his commitment to my well-being beyond the scope of professional obligations.

Moreover, Marty introduced me to a network of individuals whom I now consider to be family. Through his connections and guidance, I had the opportunity to attend events and forge relationships that have enriched my life immeasurably.

In summary, Marty Mizrahi has been a beacon of support, guidance, and inspiration in my life. His unwavering kindness, generosity, and mentorship have made an indelible impact on my personal and professional journey. I wholeheartedly support him and vouch for his character, integrity, and contributions to our community. I earnestly hope for his swift return to society, as I believe his presence and positive influence are greatly needed.

Thank you for considering my perspective. Please do not hesitate to reach out if you require any further information.

Sincerely,

Zachary Kaplan

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
May 8th 2024

Dear Judge Oetken,

My name is Jason Kerrigan, and I am currently a real estate agent. Previously, I served as Vice President for a publicly traded home builder and was a business owner. My initial professional interaction with Marty Mizrahi began 17 years ago when I first became a customer of LV.NET Data Center

Over the years, our relationship has transitioned from a professional acquaintance to a personal friendship. This long-standing connection provides me with a profound insight into his character and ethics.

Marty is a remarkably upright individual, always ready to extend his support to others. He demonstrates exceptional care towards his employees and exhibits a deep willingness to engage and assist wherever needed. His integrity is without question; he is law-abiding and generous, often contributing to our community through various initiatives. Marty has organized numerous events aimed at helping the less fortunate, consistently prioritizing the needs of others over his own.
In Las Vegas, Marty is well-regarded for his professional diligence and his personal ethics. His work is exemplary, characterized by a high standard of quality that has significantly benefited our local community. His willingness to find solutions and give back to the community is commendable.

I have personally benefited from Marty's guidance and wisdom, particularly in areas of finance and business operations. His mentorship has been pivotal in shaping my professional path, always emphasizing ethical practices and responsible decision-making.

The charges against Marty are profoundly surprising and seem entirely inconsistent with the man I know. He has always been a proponent of doing things 'by the book,' making these allegations hard to reconcile with his character. This situation has undoubtedly taken a toll on him, especially the possibility and impact of being separated from his close-knit family and his daily business engagements. I consider myself fortunate to count Marty as a friend. He is a man of honor and kindness, traits that have deeply influenced those around him.
Thank you for considering my perspective on Marty Mizrahi's character. I sincerely hope this letter aids your understanding of his true nature and the positive impact he continues to make on our community.

Sincerely,

Jason Kerrigan

My name is Graciela Khalil. I am 40 years old and currently living in Las Vegas, Nevada. I have been in Las Vegas for 40 years with both parents, 3 sisters and one brother. I have been working for a gun range in Las Vegas - Pro Gun Vegas for the last 13 years.

I have known Marty for 20 years. He was married to my sister. When Marty was dating my sister Gloria over 20 years ago. They would pick me up and drop me off at school at the University of Nevada, Las Vegas. I was also working part time at JCPenny at the Boulevard Mall which was only a few miles apart. His office is near UNLV and JCPenney and my parents' house. Marty is a family member. He is not a violent type. He is a law-abiding citizen. He is a humble, kind, and a giving man. He has been a good father to my niece. Marty is a good parent to both of his daughters. I am close to both of his daughters. They come over to my family house for birthdays and family functions. Marty would be there too, and the girls would stay to spend more time with their cousins.

Marty's has given my niece, Autumn, and her sister a stable good family functioning home. Something my sister couldn’t give her and still can’t give her today. Marty’s parents have lived with him since he had his daughters. Marty’s parents are lovely people. They do not drink alcoholic beverages in their household or have any type of addiction and neither does Marty. My sister Gloria has always been an alcoholic as far as a can remember. She is that unpleasant drunk that causes violence and drama. When Marty and my sister got married that was an issue in their marriage. Marty tried getting her help plenty of times as they have a daughter together. He paid for her to get help and counseling. Absolutely nothing has helped. She gets drunk and calls Marty, causes lots of trouble and drama. For this reason they got a divorce. To this day myself and my family still love Marty and enjoy his company.

When Gloria and Marty got married, I was happy that she left my parents home. During this time, I was living with my parents and going to college. I didn’t want her to jeopardize my career in college or life for her late drunken violence with my mom. I put myself through college and got a degree in finance. Marty and my sister were married less then a year. He tried to do so much for my sister to get better, he would take her to AA meetings, he had conversations with my parents to try and help her. Also my parents are from Mexico, they do not speak much English, he tried as much as he could but unfortunately it did not work out. My sister moved back to my parents when Marty and her separated. Even though Marty and Gloria separated, he was still there for my family and especially his daughters. When I was a junior in college I got married and moved out. Gloria is a non-functional alcoholic. She will be 50 years old this year, still an alcoholic with no job because she can’t hold a job because of her addiction. If it wasn’t for my parents, she would be in the streets. I have not had much of a relationship with her for about 20 years. Marty did the right thing and my niece has a better life because of his decision.

Marty helps everyone and expects nothing in return. When I was in college I would go to his office, and I was allowed to use the copier and computers for my homework in college. He helped with my computer science classes and to learn Hebrew. I have always considered him my brother-in-law and family. He had a daughter with my sister so he got closer to my family. His daughter is like a little sister to me. And now that I am a grown adult I see her as a daughter.

His company is part of the growth in Las Vegas for the last 20 years. Marty has always helped the community of Las Vegas helping schools, family owned business, charities events and the Jewish community. I have also been present to those community events. He has worked really hard for his business for the last 20 years I have known him. Anyone in Las Vegas that knows him for his good business ethic and service. Ask all his customers and employees. He puts in lots of time and hours of integrity, good reputation and fairness. Most employers do not care about their employees' personal lives but he does and will help them by giving them a car to get to work. He also helps people and family members through hardships.

I understand that marty is going through a hard time right now with the courts and I know he will learn from whatever they say he did. I personally don't believe it and I hope this letter helps bring marty back. Marty's daughters and parents really need him.

Thank you

Graciela Khalil

Graciela Khalil

בס״ד

**Ray Koroghli**
**702-260-2013**
**koroghli@msn.com**

Dear The Honorable J. Paul Oetken,

I am a real estate investor and own many other businesses including a large RV Park. I have known Marty for over 15 years. He is a close family friend and he has come to my house to enjoy high holidays once in a while, to pray and with his kids and my family. In addition, his company used to be our internet service provider at The Oasis RV Resort Park. I also asked him to donate internet services to one of our temples. Marty is efficient, detail-oriented and extremely competent. He successfully finished the task before the deadline.

Marty has helped me in so many ways. Marty's conviction seems so uncharacteristic of him. For as long as I have known him, he has always done things by the book. He taught me so much about finances, business, etc. Its unimaginable to think he would have committed these offenses, its completely not like him. I know this has affected Marty's life tremendously in a negative way and changed the course of his life. Being away from his daughters and parents will be extremely hard since he's so close to them, and not being in the office everyday. I know no matter what the court says, Marty is one of the most honorable, giving, positive, and honest person I have known, and I know he will somehow turn this negative situation into a positive, as well as a tremendous learning lesson.

I can confirm that he is a person of great integrity, is extremely dedicated to his family and work, and he is entirely peace loving. The Marty I know is not greedy and is very genuine. I don't believe the offences Marty is facing and I hope this letter helps you understand his character and how Marty doesn't care about money, just to help people.

Thank you for your time and consideration.

Sincerely,

Ray Koroghli

**Mitch Kove**
[redacted] **NV 89135 / 702-306-2196 / mitch@mamnevada.com**
**April 28, 2024**
**The Honorable Judge**
**Re: Character of Marty Mizrahi**

Your Honor,

My name is Mitch Kove and I work in the real estate industry as an agent and construction project manager for almost 25 years, since 2000.

I'm written you today to express my strongest support for Marty Mizrahi in the case before you. I have known Marty since high school for over 37 years and we have remained best friends ever since. During this time, I have consistently found him to be a person of the upmost integrity, honesty, and reliability.

Marty is a highly principled individual who has always conducted himself in a professional and ethical manner. He is known for his strong work ethic and his commitment to following the rules. I fact, Marty has been a valuable resource for me, offering guidance on family matters, business deals and financial guidance. His knowledge and adherence to proper procedures were instrumental in the day-to-day life challenges. I was starting a new business and Marty let me use his building for free to get me and all his friends which I know a lot of them and what he has done for them through the years.

This one mistake should not define an incredible man and his extraordinary career. It should not erase 37 years of his hard work and immense dedication to serving Las Vegas. He is hurting and is fully aware of the enormity of his mistake. Every day Marty will miss being a part of making Las Vegas the greatest destination for community members he truly cares about.

The allegations against Marty come as a complete surprise to me. They are entirely out of character for the Marty I know. He is a devoted family man who cherishes his time with his daughters and parents. Our families have spent a lot of time together as on of my daughters is 3 days apart from Kylee his daughter. The prospect of him being separated from them would be devastating for all involved.

I understand the seriousness of the charges, but firmly believe he is not the type of person who would knowingly engage in any wrongdoing. He is deeply regretful for this situation and the impact it has had on his life and those around him. No matter the court's decision, I have no doubt that Marty will learn from this experience and emerge a stronger person. He is a positive and resourceful individual who will find a way to turn this situation into a learning experience.

I urge you to consider my testimony when making your decision. Marty is a valuable member of our community and deserves a second chance.

Sincerely,

Mitch Kove

**Mitch Kove**

To the Honorable Judge J. Paul Oetken:

My name is Ammar Kubba. I am a licensed attorney (in California) but have spent most of my career as an entrepreneur and investor, building companies in the online space.

I've known Marty since the fourth grade, in Los Angeles. Marty was the very first friend I made after my family emigrated from England in 1980. As you can imagine, being the new, awkward, and shy kid with a funny accent doesn't lend itself well to making friends at a new school, in a new city, in the mean halls of elementary school.

My first memory of Marty was from the first day at my new school in January 1981. I stood alone, uncomfortably, at the front of the class while our teacher introduced me and asked for volunteers to show me around school. Crickets. Not a single person raised their hand. Until Marty. He raised his hand high and volunteered to be my guide. We've been friends ever since.

Marty and I remained close friends through elementary, junior high, and high school. During that time, we learned about computers together, we learned basic programming together, and we learned the value of hard work, initially working together at his family's furniture store, which was both of our first jobs.

After high school, Marty's parents moved to Las Vegas. That fall, after graduation, Marty and I took a few college classes together. It became abundantly clear, almost immediately, that Marty wasn't cut out for school. We all knew he wasn't a good student in high school, but those early weeks of college cemented that notion. It would not be much of an exaggeration to say that Marty reads at a very elementary level. He absolutely hates reading. He has trouble spelling. He has trouble remembering. And he especially has trouble focusing. Soon after starting those courses, Marty dropped out and followed his parents to Las Vegas.

I stayed in Los Angeles and attended UCLA for undergrad, and then Loyola Law School. During those seven years of school, we didn't see each other as much and gradually drifted apart. I was busy studying and enjoying college life, while Marty was busy building his computer business in the real world. During those years, when I did see Marty, he was living a lifestyle none of his friends could comprehend. He was working crazy hours, barely sleeping, taking care of his family, and somehow still finding time for "normal" life activities in between. As one of Marty's closest friends, it was always a wonder to me how someone with his educational (or lack thereof) background was able to flourish in the business world, but despite all that, he persisted to build his business and his life.

Then, in 1996 or 1997, soon after I graduated law school, Marty and I finally caught up and he told me about a new, "online" business he was getting into… domain names. I was hooked, and that encounter with Marty changed my life forever, for the second time.

Since then, Marty and I have collaborated on various projects, investments, and ideas, and have remained close friends throughout. I've watched Marty build his company, LV.Net, from the ground up into the respected and thriving business that it is today. I've watched him grow as an individual, as an entrepreneur, and as a community advocate for his adopted city of Las Vegas. (He has established relationships with multiple mayors, local business groups, and even has a day named after his company, LV.Net Day.) I've watched him discover, explore, and invest in new technologies, including cryptocurrency hosting and mining, well before they became fashionable or mainstream. I've watched him raise and love his two daughters, Autumn and Kylee. I've watched him care for and support his aging parents, Maurice and Elaine.

Marty is a wonderful, generous, and caring human being. He is a passionate and ambitious entrepreneur that tries to help all those within his orbit – family, friends, employees, and sometimes even strangers. But he is not without flaws. Marty's life, business and personal, is nonstop – a 24/7 stream of calls, texts, emails, and meetings. Sometimes – oftentimes – Marty takes on too much. So much so that even his closest friends sometimes get frustrated by his inability to focus, pay attention to detail, or even engage in uninterrupted conversation. If you knew him well, you'd joke that he'd regularly call you and, between the time he dialed and the moment you answered, he'd already forgotten what he was calling about. I'm obviously not a doctor, but I'm almost certain Marty has ADHD or something similar.

Another issue, in my experience, is that Marty's far too trusting and too open to new and unvetted people. This is especially problematic when those people bring him new and unvetted business opportunities. It's this flaw that I believe led to the predicament Marty finds himself in today. Marty trusts people before they've earned that trust, and he takes people at their word, sometimes despite evidence to the contrary.

At the end of the day, though, Marty is truly a good person. He is a productive member of society. And he adds value to the world and those around him.

Thank you, your Honor,

Ammar Kubba

Maria Agnes Labrado

Las Vegas, NV 89108

MariaAgnes.aouon@gmail.com

(415) 825 - 2654

July 8th, 2024

The Honorable J. Paul Oetken

Dear Judge Oetken,

I am writing to provide a character reference for Marty Mizrahi whom I had the privilege of working for six years and knowing for the past 8 years. During my time working under Marty Mizrahi, I experienced firsthand their exceptional qualities of compassion, generosity, and integrity. As my employer, Marty went above and beyond to support not only my professional growth but also my personal well-being and that of my family.

Marty demonstrated kindness and understanding during a particularly challenging period in my life. He provided crucial assistance by helping me secure affordable housing and even contributed to repairing my car, and ensuring my family had reliable transportation. This was so nice and generous of him and it meant so much to me. This helped me to remain focused and productive at work.

Beyond his generosity, Marty exhibited strong leadership and dedication to his employees and community. He fostered a work environment built on respect, teamwork, and mutual support. His guidance and mentorship played a significant role in shaping my professional skills and confidence.

I firmly believe that Marty is a person of outstanding character and integrity, committed to making positive contributions to the lives of others. He has compassion and I have seen him so many times give to assistance to those in need.

One thing I will never forget while working for Marty was him allowing me to bring my three young children to the office with me when I didn't have the funds for childcare. As a single mother my kids were at the office with me fifty percent of the time, Marty would even let them hang out in his office as long as they were quiet. He would spend time with them, feed them, and it really took a load of my back.

I hope this letter provides valuable insight into Marty Mizrahi's character and the positive impact they have had on my life. I am confident that they will continue to make meaningful contributions to our community.

Thank you for considering my perspective. Please feel free to contact me if you require any further information.

Sincerely,

Maria Agnes Labrado

(415) 825 - 2654

Brian Lausen
LEGAL ASSISTANT
Tele: (702) 471-8161
Email: BrianL@LV.Net

Monday, July 3, 2024

The Honorable J. Paul Oetken
UNITED STATES DISTRICT JUDGE
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge, Oetken,

I am writing to support Martin A. Mizrahi, known to me and many as Marty, with a character reference. I began working for Marty, the owner of LV.Net, in late February 2023 as a legal assistant. From the beginning, I have had the privilege of observing his skillful leadership and management style. Marty is not only fair and reasonable as a boss, but he is also remarkably empathetic and understanding.

Please allow me to provide some background about myself. I would like to share a brief snapshot of my education, professional experience, and my current role at LV.Net. My name is Brian Lausen, and I am a proud U.S. Air Force Veteran of the Gulf War, where I served with honor and distinction. Currently, I have had the privilege of serving as a Legal Assistant at LV.Net, where I provide support to the business's legal operations by contributing my efforts and insights from my growing academic knowledge and previous work experience in the legal field. Thanks to Marty's incredible support and encouragement, as well as his generous offer to help further my education by financing many of my college legal courses, I was able to return to school and am currently pursuing an Associate of Applied Science degree in Paralegal Studies at the College of Southern Nevada. It is Marty's belief in my potential and his willingness to invest in my future that has been the factors in inspiring and encouraging me.

**Specifically, I provide** Marty with critical legal support by conducting detailed research, reading court-related documents, and presenting summaries of criminal and civil cases. In addition, I clarify many of the complex details and elaborate concepts by simplifying the difficult legal documents into shorter, more concise key points, helping to make the information easily understandable for Marty. Marty has me research legal work to make sure he and LV.Net are following the law regarding our human resource department and other items.

During the trial, my two co-workers and I supported Marty's defense team the most by reviewing hours of defense exhibits and evidence. We received daily updates on the criminal proceedings and would usually be emailed copies of the court transcripts the night of, or more often, the day following a court session. As I carefully read and examined each of the daily transcripts, it became more and more clear to me that Marty was being wrongly accused and unjustly portrayed as the mastermind of this money laundering and credit card scheme. I think the government may have made a mistake and wrongfully accused Marty of this crime. After reviewing the transcripts and all the discovery documents from before, during, and after the trial, I can see that Marty was indeed negligent in some areas; this doesn't make him a criminal. His actions were unintentional and did not reflect any criminal intent.

Over these past sixteen months working under Marty, I have developed a professional relationship with him, and have noticed that he sometimes struggles with lengthy, complex emails and documents. He often finds it challenging to read more than one or two sentences before he might lose interest in them altogether. I have also observed that this can sometimes affect how he communicates with others, causing him to be short with the people around him. Those who don't know Marty very well might perceive him as rude, condescending,

or just outright arrogant. When in all reality, he is none of these things! This reminds me of a time when I first started working at LV.Net. We had just finished a meeting where Marty had outlined some tasks for the legal team he wanted completed when he asked us if we had any questions. Without thinking, I blurted out, "Why are you such an ass?" My two co-workers tried to blend into the surrounding area of Marty's office, as I thought to myself, 'Oh my God, what the Hell did I just say?' even as one of them was nervously trying to distance himself from me to try and avoid being associated with my foolish, career-ending statement. Marty turned to me with a bemused expression and, without missing a beat, explained, "I'm not being an ass; I just have no patience for 'fluff'" – his term for long-winded or difficult-to-read texts, emails, or documents.

Marty's support and leadership foster a positive, dynamic working environment that promotes creativity and encourages respect and professionalism. He is deeply committed to his team members' personal and professional growth, as demonstrated by his many acts of kindness and generosity. For example, my air conditioner caught fire last summer during a sweltering Las Vegas night. After hearing about this incident from one of my co-workers, Marty promptly reached out to discuss the situation with me and what he might be able to do to help. After learning that my landlord wouldn't take immediate action to fix the problem, Marty arranged for an A/C repair technician, whom he paid out of his pocket, to ensure I would have a working air conditioning unit in the oppressive Vegas desert heat. Another instance of his generosity that stands out is when Marty covered the initial upfront bill for a huge truck repair that turned into a full-blown engine overhaul and replacement. This generosity allowed me to repay him in smaller, more manageable payments, relieving the immediate financial pressures and stress such a costly repair would have typically caused. These small acts of kindness exemplify Marty's compassionate nature, supporting others during their times of need – despite his legal issues and struggles, demonstrating his strong integrity in his personal and professional life.

Marty is celebrated for navigating complex business challenges and contributing substantially to the Las Vegas community. Most notably, Marty spearheaded an initiative to provide free Wi-Fi to Downtown Las Vegas, greatly enhancing connectivity and accessibility for countless residents and visitors. This effort earned him high praise from Mayor Carolyn Goodman, who recognized his contributions by proclaiming March 10 as "LV.Net Day." This day honors Marty's visionary leadership and commitment to bridging the digital divide within our community.

Finally, I could share countless other stories about Marty's impact on my life and others around me, but I need to mention the current situation at LV.Net. Two of my co-workers recently resigned over fears regarding job security because of Marty's conviction. To be honest, deep down, I know my job is also at risk, and I am very scared about if or when I might be let go. Despite this uncertainty, I am holding on to the hope that you will be lenient with Marty and allow him to return home. His return would not only help restore stability to our team but also allow us to bring back those who left and prevent further job losses from occurring. Many families have suffered due to this situation, and I know that Marty's return is vitally important for us, the LV.Net family, to move forward again.

In conclusion, Marty Mizrahi is a remarkable and inspiring individual whose dedication, profound empathy, and commitment to supporting and uplifting others make him an outstanding leader and mentor. While I am aware of the charges against Marty and his recent conviction, my steadfast belief in his character remains unchanged. Again, I have read through many of the case's discoveries and transcripts, and I don't see much evidence of what the government found about Marty's guilt. Throughout the time I have known him, Marty has always acted honestly and with a deep-seated moral compass, consistently demonstrating compassion, generosity, and selflessness toward everyone around him. To me, his conviction appears uncharacteristic and does not reflect the true nature of the person I have come to know and respect. This is why I will never be able to believe Marty was capable of any of these offenses he was charged with.

Thank you for taking the time to consider my perspective on Marty Mizrahi. Regardless of the court's decision, I am confident that Marty will continue to exemplify dedication and profound empathy toward his colleagues and associates, along with his commitment to supporting and uplifting everyone around him, whether they are an employee, a friend, a family member, or a passerby on the street, as I have endeavored to convey throughout this character letter. His tireless efforts, dedication, and inspirational leadership will continue to benefit the lives of those he has influenced and the community he has passionately served.

Please feel free to contact me if you require any further information, have additional questions, or would like to discuss Marty's character and contributions in greater detail.

Sincerely,

Brian Lausen

May 24, 2024

The Honorable J. Paul Oetken

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dear Judge Oetken,

My name is McKenna Layne, and I have a career as a Project Manager for a homebuilder. I am writing to you regarding my dear friend, Marty, whom I have known for 23 years. We met through mutual friends during a visit to Las Vegas, and since then, Marty has become one of my closest and dearest friends, if not my best friend. I often think I know him better than he knows himself, as he is so predictable, reliable, and always even-keeled.

Our friendship began well before we had children, and it was a joy to become parents at the same time, allowing our daughters to grow up together. Marty is without a doubt the most honest, kind-hearted, generous, and dependable person I have ever known. There are countless instances where his kindness and dependability have literally saved my life. He has driven hours in the middle of the night to help me when my car broke down, picked me up when I was gravely ill, and nursed me back to health. When my daughter and I were at our lowest, he provided us with a place to live without expecting anything in return. Marty would give the shirt off his back for anyone in need.

I have watched Marty's daughters grow and witnessed the father he has been and continues to be to them. Marty has not only raised his daughters on his own but has also always cared for his now elderly parents. His relationship with his daughters and parents is simply magical. They have the most beautiful bonds. Marty searched for years to find the perfect home that could house them all—a home where he could create a special space just for them, ensuring they would always feel comfortable and close. They spend every day together, and now that his parents are elderly, they depend on Marty. He is their son and best friend. Not having him there would be detrimental to them and their health. They have instilled the most beautiful sense of family, always gathering for meals and spending time together. I am fortunate enough to consider them also my family because that is always how they have made me feel. Their arms have always been open.

Marty's kindness and trusting nature, unfortunately, are the reasons he is now facing the fight of his life. He is an incredibly good person who is loved by everyone he encounters. My daughter thinks of him as a father and knows that we can always count on him. There has never been a time that he did not answer my call or drop everything to help someone in need. Marty stands up for what is right and never turns a blind eye to wrongdoing or mistreatment.

I hold Marty in the highest esteem, akin to my father and grandfather. He is one of the few individuals in this world who upholds such high standards of goodness. He has single-handedly raised two incredible daughters, taken care of his family and friends, and built multiple successful businesses without ever

compromising his commitment to his loved ones. Marty would never jeopardize what means the most to him—his family.

Your Honor, I believe you will be profoundly moved by the overwhelming outpouring of love and support for Marty. He is loved beyond measure, and it has been heartbreaking to witness this grave injustice. I am confident that, regardless of the outcome, Marty will continue to be positive and find a way to use his misfortune to help others because that is who he is.

In conclusion, Marty is an incredible father, son, friend, and human being who has been wrongfully charged. I hope and pray that it becomes clear what an injustice this is, not only to him but to all who love and need him, especially his daughters.

Thank you for your time and consideration.

Sincerely,

McKenna Layne

[redacted]
Encinitas, Ca. 92024
Mckennalayne002@gmail.com
702-466-8336

Home Energy Connection
Building Performance Experts

5509 Villa Lucia Ct • Las Vegas • NV • 89141
702-451-8630
www.homeenergyconnection.com

July 7, 2024

Dear The Honorable J. Paul Oetken;

I am writing this letter on behalf of my friend Marty Mizrahi whom I have known for many years.

I am a building performance specialist focused on making buildings earth friendly while maximizing the comfort, health, safety, energy efficiency and durability of new and existing residential and commercial buildings based on building science through my company, Home Energy Connection, LLC, that I founded in 2007. We provide IECC (Energy Code), RESNET Home Energy Raters (HERS), and the Building Performance Institute (BPI) training across the country. Appointed by Nevada Governors Steve Sisolak and Joe Lombardo to represent Clark County on Nevada's Clean Energy Fund Board (Green Bank) since 2020, I serve as the Vice-Chair. In addition, I oversee the verification of the energy performance components for Nevada's Affordable Housing Program for the Nevada Housing Division. My education includes holding a bachelor's degree in mechanical engineering from the University of California, Santa Barbara, and several certifications. I have been married for 17 years.

I first met Marty when he owned a computer business in 1991, and I was just starting my own PC consulting business. From the beginning, Marty was incredibly helpful and provided invaluable guidance that greatly contributed to my success. He shared better ways for me to approach my work and introduced me to mentors who further enhanced my skills.

Marty has always demonstrated a genuine care for his employees, offering them the same level of guidance and support that he extended to me. His generosity with his time and his willingness to help others have always stood out to me. He consistently went out of his way to assist both his employees and me, embodying the qualities of a dedicated and compassionate leader and friend.

As our businesses grew, we both became busier and primarily communicated via phone and text. However, after the pandemic we reconnected and began catching up over lunch. Our conversations would often revolve around new technologies, current events, and, most importantly, family. Marty frequently spoke about his parents and daughters with great affection and pride.

Throughout our long acquaintance, I have always considered Marty to be an honest businessman. His love for helping others succeed and his generosity with his time are qualities that I deeply admire. I have always enjoyed my interactions with Marty and have appreciated his positive influence on my personal and professional life. Based on my 33-year friendship with Marty, it is unconscionable that Marty would have knowingly committed the crimes he was convicted of. These actions do not align with Marty's character.

Thank you for taking the time to consider my perspective on Marty's character. I believe that his actions and values consistently demonstrate his commitment to integrity, generosity, and the well-being of those around him.

Regards,

Les Lazareck

Les Lazareck, CEM

# TOAN D LEDUC

(310) 487-8742

July 7, 2024

To Your Honor,

My name is Toan Leduc, I live in Irvine, California, and I am an accountant by profession. I am writing this letter in reference to Marty Mizrahi, who is before your court. There have been rumors and online articles regarding his involvement with other individuals whom I do not know that led to criminal investigations. My letter however, is about a person whom I have known for over 38 years, a dear friend who is more like a younger brother to me, a genuine friend who was always there for me and many others in times of need, and a very loyal friend who never forgets his roots despite of his success.

Marty asked if I could write a reference letter for him, but the truth is that I was already planning on doing so several months ago. I am very concerned about his future and well-being, not just for Marty but his family and two daughters. I can only hope that the court finds the sincerity in my words; knowing my friend, there's nothing Marty would not do to reverse the actions that led him here today.

It is extremely difficult for me to ask the court to believe or understand that Marty Mizrahi is a good person. I still remembered the day an 13 year old boy on skateboard came by my photobooth and asked me all kind of questions about photography. Like any boy at his age, I find them obnoxious but with Marty, he was also funny but kind and sincere. Despite of the odd encounters and the 9 years difference in our age, I was taken in by his family and treated like an older brother to Marty. Occasionally, I drove Marty and his friends to the beach, malls, etc, hung out with his family and watched over him to make sure he doesn't step out of line. Several years later, Marty moved to Las Vegas and started a computer business which formed into an internet company called LasVegas.Net, I enjoyed witnessing my little brother's success. One thing I've noticed from the very beginning of our friendship was, Marty always has a lot of people who cared and loved him throughout his life, but with the success of LV.net, new acquaintances entered his life and I began to question Marty's judgement because he was always trusting others and was easily influenced by these individuals.

Like all of us, Marty should be accountable for his actions and it appears that he may have made some mistakes. However, I am also confident that he has a lot of remorse for which he wants to repair the damages he has caused. This is only possible if our justice system and society provide him with an opportunity to make amend of his actions and allowing him to be a productive member of our community again. Marty has always been honest and a good friend to have around. He is also a good father to his daughters and his family. Being a successful businessman, Marty contributed to his community by creating jobs and endless opportunities for many others. On a personal level, I've never seen Marty judged anyone and he was always willing to help others. In my 38 years friendship with him, I never heard of any criticism of anyone and he often defended victims of bullying in public and in social gatherings. Marty Mizrahi is a good man and I will vow for his character. Hence, it is my belief that the core principle of our criminal justice system should not just punish the individual but we should also taking into consideration his past accomplishments and contributions to his community, thereby allowing him an opportunity to learn and correct the mistakes he made and becoming a valuable member of our society again.

I trust the decision that this court makes on my friend's life and I respect that decision. On behalf of Marty's family and friends, I respectfully requested this court for understanding and leniency because I also recognized how powerful your decision can have on Marty's life and those who loved and cared for him.

Sincerely,

Toan Leduc