# EXHIBIT D



You: How did you feel helpless lol



I don't feel right about the whole thing. I am not convinced. but sadly it's over.

😭

Mar 10, 7:38 PM

How did everyone come back so quickly with the same decision? I figured there would for sure be some debate in there



The whole team thought you were a really good person



Everyone was saying he did it

I said let's give him benefit of doubt but noooo



**Benoni** 

> Benoni: Yup only me

> So what made you go the other way?


lack of support and evidence

I think Marty lawyers didn't do a good job

> Benoni: How's Marty?

> Marty is trying to stay positive... I think he's frustrated so much evidence that proves his innocence wasn't allowed in court...

Really

He should appeal




I guess he will win in higher court