# EXHIBIT H

1/19/24

A.D.  702-807-7722
(TABAK ON CALL)

THEY THREATENED ME OVER MONEY

THEY CAME TO MY PARENTS HOUSE

PICS OF GUARD/GATE HOUSE GOLF COURSE

ONLY NAME REMEMBER JOEL ZUBAIA

KEPT CALLING    SOMEONE IS COMING

NEVER KIDNAPPED/BEATEN

DOESN'T RECALL MM NAME
  MAYBE MM WAS ONE OF THE CALLS
  BUT NOT SURE.

WILLIAM ASA WAS A CLIENT
                         SEPERATION AGREEMENT
DEAL WENT BAD — DON'T GET PAID
              NON-PERFORMANCE
                    GOT MAD

DOESN'T DO BTC