

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 4, 2024

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Martin Mizrahi*, S2 22 Cr. 650 (JPO)

Dear Judge Oetken:

    The Government respectfully submits this proposed preliminary order of forfeiture in advance of defendant Martin Mizrahi's sentencing, which is currently scheduled for next Tuesday, September 10, 2024, at 3 pm. Please note that although the Government's sentencing submission stated that $690,000 of the total requested forfeiture of $4,545,704.00 was forfeitable as the proceeds of the offenses charged in Counts One through Three, the Government believes that those funds are more properly forfeited as property involved in the offenses charged in Counts Four and Five of the Indictment, as reflected in the attached proposed forfeiture order.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:   /s/
    Benjamin Klein / Emily Deininger
    Assistant United States Attorneys
    (914) 993-1908 / (212) 637-2472

cc:    All counsel of record (by ECF)