

NORTH AMERICA  SOUTH AMERICA  EUROPE  ASIA

1901 L Street, N.W.
Washington, D.C. 20036
+1 202-282-5000
+1 202-282-5100

**CHRISTOPHER D. MAN**
Partner
+1 202-282-5622
CMan@winston.com

December 9, 2024

Hon. J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Via email: OetkenNYSDChambers@nysd.uscourts.gov

    Re:    USA v. Mizrahi, 22-cr-650
            Unopposed Letter Motion Requesting Termination of Appearance Bond

Dear Judge Oetken:

    Martin Mizrahi asks that the Court terminate his appearance bond because he complied with the conditions imposed by the Court and now has reported to prison. The bond itself states that "[t]his bond will be satisfied and the security will be released when. . . the defendant reports to serve a sentence." DE33 at 2. As the Court may recall, the Mr. Mizrahi was subject to a $500,000 appearance bond secured by a lien against a residential property. DE34 (minute entry). We ask that the Court terminate the appearance bond and lift the associated lien. The government does not oppose this motion.

                        Respectfully yours,

                        /s/ *Christopher Man*
                        Christopher Man

---

Granted. Defendant Martin Mizrahi's bond is hereby discharged and the lien against his residential property is vacated.
  So ordered.
  December 10, 2024

*J. PAUL OETKEN*
United States District Judge